| | |
|---|---|
| Karen L. Handorf (admitted *Pro Hac Vice*) | Todd Jackson (Cal. Bar No. 202598) |
| Michelle C. Yau (admitted *Pro Hac Vice*) | Nina Wasow (Cal. Bar No. 242047) |
| Julia Horwitz (admitted *Pro Hac Vice*) | FEINBERG, JACKSON, WORTHMAN & |
| COHEN MILSTEIN SELLERS & TOLL PLLC | WASOW, LLP |
| 1100 New York Ave. NW ● Fifth Floor | 383 4th Street ● Suite 201 |
| Washington, DC 20005 | Oakland, CA 94607 |
| Telephone: (202) 408-4600 | Telephone: (510) 269-7998 |
| Fax: (202) 408-4699 | Fax: (510) 269-7994 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles Baird, | Case No: 17-cv-1892-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR RELATED RULE 12 MOTION** |
| v. | |
| BlackRock Institutional Trust Company, N.A., et al., | |
| Defendants. | |

Pursuant to Northern District of California Local Rule 6-2, Plaintiff Charles Baird and Defendants BlackRock, Inc.; BlackRock Institutional Trust Company, N.A., The BlackRock, Inc. Retirement Committee; Jason Herman; The Administrative Committee of the Retirement Committee; and The Investment Committee of the Retirement Committee (collectively, the "Defendants") by and through their respective counsel, stipulate and agree to the following:

1. Plaintiff sent the request for waiver of service of on April 11, 2017. As a result, Defendants' responsive pleading would ordinarily be due 60 days later, on June 12, 2017.

2. The Parties conferred and agreed to a briefing schedule in the event that Defendants file a Rule 12 motion in response to the complaint due to potential scheduling conflicts likely to arise for Plaintiff's Counsel at the time such motion would likely be

filed. Yau Decl. ¶¶ 3-5. The Parties have stipulated and agreed to the following schedule:

| | |
|---|---|
| **June 1, 2017** | Defendants' responsive pleading due |
| **July 14, 2017** | If Defendants file a Rule 12 motion, Plaintiff's opposition to such motion due |
| **July 28, 2017** | Defendants' reply due |

3. No previous requests for time modification have been made in this case.

4. A declaration from Michelle Yau, setting forth the reasons for the Parties' request, is attached hereto as Exhibit A .

Dated: April 24, 2017

        **FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**

By: /s/ *Nina Wasow*

Nina Wasow (Cal. Bar No. 242047)
Todd Jackson (Cal. Bar No. 202598)
383 4th Street
Suite 201
Oakland, CA 94607
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julia Horwitz (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
jhorwitz@cohenmilstein.com

***Attorneys for Plaintiff***

| | |
|---|---|
| | /s/ *Meaghan VerGow* |
| | **O'MELVENY & MYERS LLP** |
| | Meaghan VerGow (admitted *Pro Hac Vice*) |
| | Brian Boyle (Cal. Bar No. 126576) |
| | 1625 Eye Street, N.W. |
| | Washington, D.C. 20006 |
| | Tel: (202) 383-5504 |
| | Fax: (202) 383-5414 |
| | mvergow@omm.com |
| | bboyle@omm.com |
| | |
| | Randall W. Edwards (Cal. Bar No. 179053) |
| | Adam M. Kaplan (Cal. Bar No. 298077) |
| | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA 94111-3823 |
| | Tel: (415) 984-8700 |
| | Fax: (415) 984-8701 |
| | redwards@omm.com |
| | akaplan@omm.com |
| | |
| | ***Attorneys for Defendants*** |

### ATTESTATION

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: April 24, 2017         By:    /s/ *Nina Wasow*

                                                      Nina Wasow

### ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Defendants shall respond to the complaint by June 1, 2017. Plaintiff shall file any opposition to a Rule 12 motion by July 14, 2017. Defendants shall file any reply by July 28, 2017.

Dated: April 27, 2017

Judge Haywood S. Gilliam, Jr.
U.S. District Court for the
Northern District of California

Case No: 17-cv-1892-HSG: STIPULATION AND [PROPOSED] ORDER TO MODIFY TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR RELATED RULE 12 MOTION        Page 3 of 3