| | |
|---|---|
| Karen L. Handorf (admitted *Pro Hac Vice*) | Todd Jackson (Cal. Bar No. 202598) |
| Michelle C. Yau (admitted *Pro Hac Vice*) | Nina Wasow (Cal. Bar No. 242047) |
| Julia Horwitz (admitted *Pro Hac Vice*) | FEINBERG, JACKSON, WORTHMAN & |
| COHEN MILSTEIN SELLERS & TOLL PLLC | WASOW, LLP |
| 1100 New York Ave. NW ● Fifth Floor | 383 4th Street ● Suite 201 |
| Washington, DC 20005 | Oakland, CA 94607 |
| Telephone: (202) 408-4600 | Telephone: (510) 269-7998 |
| Fax: (202) 408-4699 | Fax: (510) 269-7994 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles Baird,<br><br>    Plaintiff,<br><br>    v.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>    Defendants. | Case No: 17-cv-1892-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY TIME TO RESPOND TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

    Pursuant to Northern District of California Local Rule 6-2, Plaintiff Charles Baird and Defendants BlackRock, Inc.; BlackRock Institutional Trust Company, N.A., The BlackRock, Inc. Retirement Committee; Jason Herman; The Administrative Committee of the Retirement Committee; and The Investment Committee of the Retirement Committee (collectively, the "Defendants") by and through their respective counsel, stipulate and agree to the following:

1. On June 1, 2017, Defendants filed a Request for Judicial Notice in connection with Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint filed on the same day.

2. Because the Request for Judicial Notice relates to the Motion to Dismiss, the Parties have conferred and agreed that it makes sense to align the remaining briefing on the two motions. Yau Decl. ¶¶ 3-4. The Parties have therefore stipulated and agreed to

the following briefing schedule for the Request for Judicial Notice, which coincides with the existing briefing schedule for the Motion to Dismiss:

**July 14, 2017** Plaintiff's objection to the Request for Judicial Notice due
**July 28, 2017** Defendants' reply due

3. The parties have not requested any previous enlargement of time with respect to Defendants' Request for Judicial Notice.

4. One previous request for time modification has been made during the pendency of this action, setting the Motion to Dismiss briefing schedule, which was entered by the court on April 27, 2017.

5. A declaration from Michelle C. Yau, setting forth the reasons for the Parties' request, is attached hereto as Exhibit A.

Dated: June 8, 2017

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By: /s/ *Julia Horwitz*
Julia Horwitz (admitted *Pro Hac Vice*)

Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
jhorwitz@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (Cal. Bar No. 242047)
Todd Jackson (Cal. Bar No. 202598)
383 4th Street
Suite 201
Oakland, CA 94607
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com

*Attorneys for Plaintiff*

/s/ *Meaghan VerGow*

**O'MELVENY & MYERS LLP**
Meaghan VerGow (admitted *Pro Hac Vice*)
Brian Boyle (Cal. Bar No. 126576)
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5504
Fax: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

Randall W. Edwards (Cal. Bar No. 179053)
Adam M. Kaplan (Cal. Bar No. 298077)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701
redwards@omm.com
akaplan@omm.com

*Attorneys for Defendants*

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: June 8, 2017        By:    /s/ *Julia Horwitz*

Julia Horwitz

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Plaintiff shall file any objection to Defendants' Request for Judicial Notice by July 14, 2017. Defendants shall file any reply by July 28, 2017.

Dated: _____ June 9, 2017

**Judge Haywood S. Gilliam, Jr.**
U.S. District Court for the
Northern District of California