| | |
|---|---|
| Brian Boyle (S.B. #126576)<br>bboyle@omm.com<br>Randall W. Edwards (S.B. #179053)<br>redwards@omm.com<br>Meaghan Vergow (*admitted pro hac vice*)<br>mvergow@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4061<br>Telephone: +1 202 383 5300<br>Facsimile: +1 202 383 5414<br><br>Attorneys for Defendants<br>BlackRock Institutional Trust Company, N.A.;<br>BlackRock, Inc.; the BlackRock, Inc.<br>Retirement Committee; Jason Herman; the<br>Administrative Committee of the Retirement<br>Committee; and the Investment Committee of<br>the Retirement Committee | Karen L. Handorf (admitted *Pro Hac Vice*)<br>Michelle C. Yau (admitted *Pro Hac Vice*)<br>Julia Horwitz (admitted *Pro Hac Vice*)<br>**COHEN MILSTEIN SELLERS &**<br>**TOLL PLLC**<br>1100 New York Ave. NW ● Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699<br><br>Todd Jackson (S.B. #202598)<br>Nina Wasow (S.B. #242047)<br>**FEINBERG, JACKSON,**<br>**WORTHMAN & WASOW, LLP**<br>383 4th Street ● Suite 201<br>Oakland, CA 94607<br>Telephone: (510) 269-7998<br>Fax: (510) 269-7994<br><br>Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Baird, individually, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>          Plaintiff,<br><br>     v.<br><br>BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; The BlackRock, Inc. Retirement Committee; Jason Herman, named Plan Sponsor; John and Jane Does 1-40, Members of the BlackRock Retirement Committee; The Administrative Committee of the Retirement Committee; John and Jane Does 1-20, Members of the Administrative Committee of the Retirement Committee; The Investment Committee of the Retirement Committee; John and Jane Does 21-40, Members of the Investment Committee of the Retirement Committee; each an individual, and John and Jane Does 41-60, each an individual,<br><br>          Defendants. | Case No. 17-cv-01892-HSG<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

July 12, 2017

WHEREAS, Counsel for Defendants have represented that Defendant Jason Herman did not serve as a member of the BlackRock, Inc. Retirement Committee, the Administrative Committee of the Retirement Committee, or the Investment Committee of the Retirement Committee during the Class Period; and

WHEREAS, Counsel for Defendants have represented that Defendant Jason Herman did not act in a fiduciary capacity with respect to the BlackRock Retirement Savings Plan during the Class Period;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Mr. Herman through their designated counsel that the above-captioned action should be dismissed without prejudice as to Mr. Herman pursuant to FRCP 41(a)(1)(A)(ii). The parties further stipulate that, if discovery shows that Mr. Herman did in fact serve in a fiduciary capacity relative to the facts and circumstances at issue in the case, Plaintiff reserves the right to re-name Mr. Herman as a defendant.

IT IS SO STIPULATED.

Dated: July 11, 2017

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By:
/s/ *Julia Horwitz*
Julia Horwitz (admitted *Pro Hac Vice*)

Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
jhorwitz@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**

- 2 -        JOINT CASE MANAGEMENT
                 STATEMENT AND ORDER

| | |
|---|---|
| 1 | Nina Wasow (Cal. Bar No. 242047) |
| 2 | Todd Jackson (Cal. Bar No. 202598) |
| | 383 4th Street, Suite 201 |
| 3 | Oakland, CA 94607 |
| | Tel: (510) 269-7998 |
| 4 | Fax: (510) 269-7994 |
| | nina@feinbergjackson.com |
| 5 | todd@feinbergjackson.com |
| | *Attorneys for Plaintiff* |

/s/ *Brian Boyle*_____

**O'MELVENY & MYERS LLP**
Meaghan VerGow (admitted *Pro Hac Vice*)
Brian Boyle (Cal. Bar No. 126576)
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5504
Fax: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

Randall W. Edwards (Cal. Bar No. 179053)
Adam M. Kaplan (Cal. Bar No. 298077)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701
redwards@omm.com
akaplan@omm.com

*Attorneys for Defendants*

### ATTESTATION

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.


Dated: July 12, 2017                           By:      /s/ *Julia Horwitz*\_\_\_
                                                        Julia Horwitz

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED: this action is dismissed without prejudice as to Defendant Jason Herman. Plaintiff reserves the right to re-name Mr. Herman as a defendant if discovery shows that he did serve in a fiduciary capacity relative to the facts and circumstances of this case.

Dated: July 12, 2017

Judge Haywood S. Gilliam, Jr.
U.S. District Court for the
Northern District of California