| | |
|---|---|
| Karen L. Handorf (admitted *Pro Hac Vice*) | Todd Jackson (Cal. Bar No. 202598) |
| Michelle C. Yau (admitted *Pro Hac Vice*) | Nina Wasow (Cal. Bar No. 242047) |
| Julia Horwitz (admitted *Pro Hac Vice*) | FEINBERG, JACKSON, WORTHMAN & |
| COHEN MILSTEIN SELLERS & TOLL PLLC | WASOW, LLP |
| 1100 New York Ave. NW ● Fifth Floor | 383 4th Street ● Suite 201 |
| Washington, DC 20005 | Oakland, CA 94607 |
| Telephone: (202) 408-4600 | Telephone: (510) 269-7998 |
| Fax: (202) 408-4699 | Fax: (510) 269-7994 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles Baird, | Case No: 17-cv-1892-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| BlackRock Institutional Trust Company, N.A., et al., | |
| Defendants. | |

Pursuant to Northern District of California Local Rule 6-2, Plaintiff Charles Baird and Defendants BlackRock, Inc.; BlackRock Institutional Trust Company, N.A., The BlackRock, Inc. Retirement Committee; Jason Herman; The Administrative Committee of the Retirement Committee; and The Investment Committee of the Retirement Committee (collectively, the "Defendants") by and through their respective counsel, stipulate and agree to the following:

1. On June 1, 2017, Defendants notified the Court that they intended to present their Motion to Dismiss on September 7, 2017, at 2:00 pm.
2. The lead counsel for Plaintiff recently began maternity leave, preventing her from appearing at a hearing on September 7, 2017. The parties have conferred and agreed to reschedule this hearing for November 2, 2017, at 2:00 p.m.
3. The parties have not requested any previous modification of time with respect to the

hearing on Defendants' Motion to Dismiss.

4. A declaration from Julia Horwitz, setting forth the reasons for the Parties' request, is attached hereto as Exhibit A .

Dated: July 11, 2017

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By: /s/ *Julia Horwitz*

Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julia Horwitz (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
jhorwitz@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**

Nina Wasow (Cal. Bar No. 242047)
Todd Jackson (Cal. Bar No. 202598)
383 4th Street
Suite 201
Oakland, CA 94607
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com

*Attorneys for Plaintiff*

**O'MELVENY & MYERS LLP**

/s/ *Randall W. Edwards*

Randall W. Edwards (Cal. Bar No. 179053)
Adam M. Kaplan (Cal. Bar No. 298077)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701

redwards@omm.com
akaplan@omm.com

Meaghan VerGow (admitted *Pro Hac Vice*)
Brian Boyle (Cal. Bar No. 126576)
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5504
Fax: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

*Attorneys for Defendants*

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: July 12, 2017         By:    */s/ Julia Horwitz*___

                                     Julia Horwitz

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

The hearing on Defendants' Motion to Dismiss is set for November 2, 2017, at 2:00 pm.

Dated: July 12, 2017

_____
Judge Haywood S. Gilliam, Jr.
U.S. District Court for the
Northern District of California