1   Brian Boyle (S.B. #126576)
    bboyle@omm.com
2   Randall W. Edwards (S.B. #179053)
    redwards@omm.com
3   Meaghan Vergow (*admitted pro hac vice*)
    mvergow@omm.com
4   **O'MELVENY & MYERS LLP**
    1625 Eye Street, NW
5   Washington, DC  20006-4061
    Telephone:     +1 202 383 5300
6   Facsimile:     +1 202 383 5414

7   Attorneys for Defendants
    BlackRock Institutional Trust Company, N.A.;
8   BlackRock, Inc.; the BlackRock, Inc.
    Retirement Committee;  the Administrative
9   Committee of the Retirement Committee; and
    the Investment Committee of the Retirement
10  Committee

Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julia Horwitz (admitted *Pro Hac Vice*)
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Ave. NW  ● Fifth Floor
Washington, DC 20005
Telephone:  (202) 408-4600
Fax: (202) 408-4699

Todd Jackson (S.B. #202598)
Nina Wasow (S.B. #242047)
**FEINBERG, JACKSON,
WORTHMAN & WASOW, LLP**
383 4th Street ● Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998
Fax: (510) 269-7994

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  Charles Baird, individually, and on behalf of all
    others similarly situated, and on behalf of the
17  BlackRock Retirement Savings Plan,

                            Plaintiff,
18
            v.
19
    BlackRock Institutional Trust Company, N.A.;
20  BlackRock, Inc.; The BlackRock, Inc.
    Retirement Committee; John and Jane Does 1-
21  40, Members of the BlackRock Retirement
    Committee; The Administrative Committee of
22  the Retirement Committee; John and Jane Does
    1-20, Members of the Administrative
23  Committee of the Retirement Committee; The
    Investment Committee of the Retirement
24  Committee; John and Jane Does 21-40,
    Members of the Investment Committee of the
25  Retirement Committee; each an individual, and
    John and Jane Does 41-60, each an individual,
26
                            Defendants.
27

Case No. 17-cv-01892-HSG

**CASE MANAGEMENT STIPULATION
AND [PROPOSED] ORDER**

28

2263931.1

1    Pursuant to this Court's Minute Entry of July 12, 2017, ECF No. 49, directing the parties

2  to meet and confer regarding a proposed case schedule and to e-file a stipulation and proposed

3  order proposing a case schedule, plaintiff Charles Baird and the named, non-Doe defendants

4  (collectively, "BlackRock"), jointly submit this case management stipulation and Proposed Order.

5    The parties' proposed schedule departs somewhat from the guidelines set forth in this

6  Court's Minute Entry but reflects the agreement of the parties following multiple telephonic

7  conferences regarding an appropriate case schedule. The parties respectfully request that the

8  Court allow the proposed departures, which together extend the case schedule by only six weeks.

9

| Event | Deadline |
| --- | --- |
| Beginning of fact discovery | Immediately |
| Substantial completion of document production | December 15, 2017 |
| Deadline to amend pleadings | January 8, 2018 (60 days before close of fact discovery) |
| Close of fact discovery | March 9, 2018 [Minute Entry: Feb. 9, 2018  ] |
| Parties exchange expert report(s) | April 6, 2018 |
| Parties exchange rebuttal expert report(s) | May 7, 2018 |
| Close of expert discovery | June 8, 2018 |
| Plaintiff's motion for class certification | June 21, 2018 [Minute Entry: May 28, 2018] |
| ADR | Late June/Early July |
| Opposition to motion for class certification | July 19, 2018 |
| Class certification reply brief | August 2, 2018 |
| Class certification hearing | August 16, 2018 [Minute Entry: July 5, 2018, 2 pm] |

Dated:  July 26, 2017

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By:
/s/ *Julia Horwitz*_____
Julia Horwitz (admitted *Pro Hac Vice*)

Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julie Selesnick (*Pro Hac Vice* pending)

- 2 -    CASE MANAGEMENT STIPULATION AND [PROPOSED] ORDER

1

2

Mary Bortscheller (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
jhorwitz@cohenmilstein.com

3

4

5

6

**FEINBERG, JACKSON, WORTHMAN &
WASOW, LLP**
Nina Wasow (Cal. Bar No. 242047)
Todd Jackson (Cal. Bar No. 202598)
383 4th Street, Suite 201
Oakland, CA 94607
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com
*Attorneys for Plaintiff*

7

8

9

10

11

12

13

/s/ *Brian Boyle*_____

14

**O'MELVENY & MYERS LLP**
Meaghan VerGow (admitted *Pro Hac Vice*)
Brian Boyle (Cal. Bar No. 126576)
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5504
Fax: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

15

16

17

18

19

Randall W. Edwards (Cal. Bar No. 179053)
Adam M. Kaplan (Cal. Bar No. 298077)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701
redwards@omm.com
akaplan@omm.com

20

21

22

23

24

**Attorneys for Defendants**

25

26

27

28

CASE MANAGEMENT STIPULATION
AND [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred

in the filing of this document.

Dated: July 26, 2017                                By:      */s/ Julia Horwitz___*

Julia Horwitz

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED: The above Case
Management Stipulation and Proposed Order is approved as the Case Management Schedule for
this case and all parties shall comply with its provisions.

Dated: _____, 2017                      _____
                                                                       **Judge Haywood S. Gilliam, Jr.**
                                                                       U.S. District Court for the
                                                                       Northern District of California

CASE MANAGEMENT STIPULATION
AND [PROPOSED] ORDER