| | |
|---|---|
| 1  Brian Boyle (S.B. #126576)<br>   bboyle@omm.com<br>2  Randall W. Edwards (S.B. #179053)<br>   redwards@omm.com<br>3  Meaghan Vergow (*admitted pro hac vice*)<br>   mvergow@omm.com<br>4  **O'MELVENY & MYERS LLP**<br>   1625 Eye Street, NW<br>5  Washington, DC 20006-4061<br>   Telephone:    +1 202 383 5300<br>6  Facsimile:    +1 202 383 5414<br><br>7  Attorneys for Defendants<br>   BlackRock Institutional Trust Company, N.A.;<br>8  BlackRock, Inc.; the BlackRock, Inc.<br>   Retirement Committee; the Administrative<br>9  Committee of the Retirement Committee; and<br>   the Investment Committee of the Retirement<br>10 Committee | Karen L. Handorf (admitted *Pro Hac Vice*)<br>Michelle C. Yau (admitted *Pro Hac Vice*)<br>Julia Horwitz (admitted *Pro Hac Vice*)<br>**COHEN MILSTEIN SELLERS &<br>TOLL PLLC**<br>1100 New York Ave. NW ● Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699<br><br>Todd Jackson (S.B. #202598)<br>Nina Wasow (S.B. #242047)<br>**FEINBERG, JACKSON,<br>WORTHMAN & WASOW, LLP**<br>383 4th Street ● Suite 201<br>Oakland, CA 94607<br>Telephone: (510) 269-7998<br>Fax: (510) 269-7994<br><br>Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charles Baird, individually, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>    Plaintiff,<br><br>  v.<br><br>BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; The BlackRock, Inc. Retirement Committee; John and Jane Does 1-40, Members of the BlackRock Retirement Committee; The Administrative Committee of the Retirement Committee; John and Jane Does 1-20, Members of the Administrative Committee of the Retirement Committee; The Investment Committee of the Retirement Committee; John and Jane Does 21-40, Members of the Investment Committee of the Retirement Committee; each an individual, and John and Jane Does 41-60, each an individual,<br><br>    Defendants. | Case No. 17-cv-01892-HSG<br><br>**CASE MANAGEMENT STIPULATION AND ORDER** |

Pursuant to this Court's Minute Entry of July 12, 2017, ECF No. 49, directing the parties to meet and confer regarding a proposed case schedule and to e-file a stipulation and proposed order proposing a case schedule, plaintiff Charles Baird and the named, non-Doe defendants (collectively, "BlackRock"), jointly submit this case management stipulation and Proposed Order.

The parties' proposed schedule departs somewhat from the guidelines set forth in this Court's Minute Entry but reflects the agreement of the parties following multiple telephonic conferences regarding an appropriate case schedule. The parties respectfully request that the Court allow the proposed departures, which together extend the case schedule by only six weeks.

| Event | Deadline |
| --- | --- |
| Beginning of fact discovery | Immediately |
| Substantial completion of document production | December 15, 2017 |
| Deadline to amend pleadings | January 8, 2018 (60 days before close of fact discovery) |
| Close of fact discovery | March 9, 2018 [Minute Entry: Feb. 9, 2018 ] |
| Parties exchange expert report(s) | April 6, 2018 |
| Parties exchange rebuttal expert report(s) | May 7, 2018 |
| Close of expert discovery | June 8, 2018 |
| Plaintiff's motion for class certification | June 21, 2018 [Minute Entry: May 28, 2018] |
| ADR | Late June/Early July |
| Opposition to motion for class certification | July 19, 2018 |
| Class certification reply brief | August 2, 2018 |
| Class certification hearing | August 16, 2018 [Minute Entry: July 5, 2018, 2 pm] |

Dated: July 26, 2017

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By:
/s/ *Julia Horwitz*
Julia Horwitz (admitted *Pro Hac Vice*)

Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julie Selesnick (*Pro Hac Vice* pending)

CASE MANAGEMENT STIPULATION AND ORDER

| | |
|---|---|
| 1 | Mary Bortscheller (admitted *Pro Hac Vice*) |
| 2 | 1100 New York Avenue, N.W. |
| | Suite 500, West Tower |
| 3 | Washington, D.C. 20005 |
| | Tel: (202) 408-4600 |
| 4 | Fax: (202) 408-4699 |
| | khandorf@cohenmilstein.com |
| 5 | myau@cohenmilstein.com |
| | jhorwitz@cohenmilstein.com |
| 6 | |
| 7 | **FEINBERG, JACKSON, WORTHMAN & WASOW, LLP** |
| 8 | Nina Wasow (Cal. Bar No. 242047) |
| | Todd Jackson (Cal. Bar No. 202598) |
| 9 | 383 4th Street, Suite 201 |
| | Oakland, CA 94607 |
| 10 | Tel: (510) 269-7998 |
| | Fax: (510) 269-7994 |
| 11 | nina@feinbergjackson.com |
| | todd@feinbergjackson.com |
| 12 | ***Attorneys for Plaintiff*** |

/s/ *Brian Boyle*_____

**O'MELVENY & MYERS LLP**
Meaghan VerGow (admitted *Pro Hac Vice*)
Brian Boyle (Cal. Bar No. 126576)
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5504
Fax: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

Randall W. Edwards (Cal. Bar No. 179053)
Adam M. Kaplan (Cal. Bar No. 298077)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701
redwards@omm.com
akaplan@omm.com

***Attorneys for Defendants***

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: August 3, 2017        By:    /s/ Julia Horwitz
                                    Julia Horwitz

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED: The above Case Management Stipulation and Proposed Order is approved as the Case Management Schedule for this case and all parties shall comply with its provisions.

Dated: August 3, 2017

**Judge Haywood S. Gilliam, Jr.**
U.S. District Court for the
Northern District of California