Brian Boyle (S.B. #126576)
bboyle@omm.com
Randall W. Edwards (S.B. #179053)
redwards@omm.com
Meaghan VerGow (*admitted Pro Hac Vice*)
mvergow@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants
BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Administrative Committee of the Retirement Committee; and the Investment Committee of the Retirement Committee

Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julia A. Horwitz (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
Julie S. Selesnick (admitted *Pro Hac Vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Todd Jackson (S.B. #202598)
Nina Wasow (S.B. #242047)
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
383 4th Street ● Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998
Fax: (510) 269-7994

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Baird, individually, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; The BlackRock, Inc. Retirement Committee; John and Jane Does 1-40, Members of the BlackRock Retirement Committee; The Administrative Committee of the Retirement Committee; John and Jane Does 1-20, Members of the Administrative Committee of the Retirement Committee; The Investment Committee of the Retirement Committee; John and Jane Does 21-40, Members of the Investment Committee of the Retirement Committee; each an individual, and John and Jane Does 41-60, each an individual,<br><br>Defendants. | Case No. 17-cv-01892-HSG<br><br>**BRIEFING SCHEDULE STIPULATION AND ORDER** |

JOINT BRIEFING SCHEDULE
STIPULATION AND ORDER

2284483.1

1   During the Telephonic Conference held on October 17, 2017, the Court directed the
2   parties to file a stipulation and proposed order proposing a briefing schedule for the responses to
3   Plaintiffs' Amended Complaint.
4   In response, the Parties jointly submit this negotiated case management stipulation and
5   Proposed Order.
6   The Parties propose the following briefing schedule:

| Event | Deadline |
| --- | --- |
| Defendants' Motion to Dismiss the First Amended Complaint | November 8, 2017 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | December 8, 2017 |
| Defendants' Reply in Support of their Motion to Dismiss | December 22, 2017 |

The Parties further propose that a hearing on the Motion be held on January 11, 2018 at 2:00 p.m.

Dated: October 19, 2017

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By:
   /s/ *Julia Horwitz*_____
   Julia Horwitz (admitted *Pro Hac Vice*)

   Karen L. Handorf (admitted *Pro Hac Vice*)
   Michelle C. Yau (admitted *Pro Hac Vice*)
   Julie Selesnick (admitted *Pro Hac Vice*)
   Mary Bortscheller (admitted *Pro Hac Vice*)
   1100 New York Avenue, N.W.
   Suite 500, West Tower
   Washington, D.C. 20005
   Tel: (202) 408-4600
   Fax: (202) 408-4699
   khandorf@cohenmilstein.com
   myau@cohenmilstein.com
   jhorwitz@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (Cal. Bar No. 242047)

JOINT BRIEFING SCHEDULE
STIPULATION AND ORDER

Todd Jackson (Cal. Bar No. 202598)
383 4th Street, Suite 201
Oakland, CA 94607
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com
*Attorneys for Plaintiff*

/s/ *Meaghan VerGow*

**O'MELVENY & MYERS LLP**
Meaghan VerGow (admitted *Pro Hac Vice*)
Brian Boyle (Cal. Bar No. 126576)
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5504
Fax: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

Randall W. Edwards (Cal. Bar No. 179053)
Adam M. Kaplan (Cal. Bar No. 298077)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701
redwards@omm.com
akaplan@omm.com

*Attorneys for Defendants*

### ATTESTATION

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: October 20, 2017                By:    /s/ *Julia Horwitz*

Julia Horwitz

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED: The Briefing Schedule Stipulation and Proposed Order is approved as the Briefing Schedule for this case and all parties shall comply with its provisions. |
| 3 | |
| 4 | |
| 5 | Dated: October 20, 2017  /s/ Haywood S. Gilliam, Jr.<br>**Judge Haywood S. Gilliam, Jr.** |
| 6 | U.S. District Court for the<br>Northern District of California |