| | |
|---|---|
| Karen L. Handorf (admitted *Pro Hac Vice*) | Todd Jackson (Cal. Bar No. 202598) |
| Michelle C. Yau (admitted *Pro Hac Vice*) | Nina Wasow (Cal. Bar No. 242047) |
| Julia Horwitz (admitted *Pro Hac Vice*) | FEINBERG, JACKSON, WORTHMAN & |
| Mary J. Bortscheller (admitted *Pro Hac Vice*) | WASOW, LLP |
| Julie Selesnick (admitted *Pro Hac Vice*) | 383 4th Street ● Suite 201 |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Oakland, CA 94607 |
| 1100 New York Ave. NW ● Fifth Floor | Telephone: (510) 269-7998 |
| Washington, DC 20005 | Fax: (510) 269-7994 |
| Telephone: (202) 408-4600 | |
| Fax: (202) 408-4699 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Charles Baird et al., | Case No: 17-cv-1892-HSG |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY TIME TO RESPOND TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| BlackRock Institutional Trust Company, N.A., et al., | |
| Defendants. | |

Pursuant to Northern District of California Local Rule 6-2, Plaintiffs Charles Baird and Lauren Slayton and Defendants Anne Ackerley, BlackRock Institutional Trust Company, N.A., Blackrock, Inc., Catherine Bolz, Chip Castille, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Philippe Matsumoto, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, the BlackRock, Inc. Retirement Committee, and the Investment Committee of the Retirement Committee (collectively, the "Defendants") by and through their respective counsel, stipulate and agree to the following:

1. On November 8, 2017, Defendants filed a Request for Judicial Notice in connection with Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint, filed on the same day.

2. Because the Request for Judicial Notice relates to the Motion to Dismiss, the Parties have conferred and agreed that it makes sense to align the remaining briefing on the two motions. Bortscheller Decl. ¶¶ 3-4. The Parties have therefore stipulated and agreed to the following briefing schedule for the Request for Judicial Notice, which coincides with the existing briefing schedule for the Motion to Dismiss:

**December 8, 2017**    Plaintiffs' objection to the Request for Judicial Notice due
**December 22, 2017**    Defendants' reply due

3. The parties have not requested any previous enlargement of time with respect to this Request for Judicial Notice.

4. There have been four previous time adjustments in this matter, none of which affected discovery or the trial date and each of which related to the motion to dismiss the original complaint and its hearing schedule. (ECF Nos. 28, 38, 48, 55.)

5. A declaration from Mary J. Bortscheller, setting forth the reasons for the Parties' request, is attached hereto as Exhibit A.

Dated: November 17, 2017

                                     **COHEN MILSTEIN SELLERS & TOLL, PLLC**

By:
    /s/ *Julia Horwitz*_____
    Julia Horwitz (admitted *Pro Hac Vice*)

    Karen L. Handorf (admitted *Pro Hac Vice*)
    Michelle C. Yau (admitted *Pro Hac Vice*)
    Julia A. Horwitz (admitted *Pro Hac Vice*)
    Mary J. Bortscheller (admitted *Pro Hac Vice*)
    Julie Selesnick (admitted *Pro Hac Vice*)
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, D.C. 20005
    Tel: (202) 408-4600
    Fax: (202) 408-4699
    khandorf@cohenmilstein.com
    myau@cohenmilstein.com
    jhorwitz@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (Cal. Bar No. 242047)

| | |
|---|---|
| 1 | Todd Jackson (Cal. Bar No. 202598) |
| 2 | 383 4th Street<br>Suite 201 |
| 3 | Oakland, CA 94607<br>Tel: (510) 269-7998 |
| 4 | Fax: (510) 269-7994<br>nina@feinbergjackson.com |
| 5 | todd@feinbergjackson.com |
| 6 | *Attorneys for Plaintiffs* |
| 7 | |
| 8 | /s/ *Meaghan VerGow*_____ |
| 9 | **O'MELVENY & MYERS LLP**<br>Meaghan VerGow (admitted *Pro Hac Vice*) |
| 10 | Brian Boyle (Cal. Bar No. 126576)<br>1625 Eye Street, N.W. |
| 11 | Washington, D.C. 20006<br>Tel: (202) 383-5504 |
| 12 | Fax: (202) 383-5414<br>mvergow@omm.com |
| 13 | bboyle@omm.com |
| 14 | Randall W. Edwards (Cal. Bar No. 179053)<br>Adam M. Kaplan (Cal. Bar No. 298077) |
| 15 | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823 |
| 16 | Tel: (415) 984-8700<br>Fax: (415) 984-8701 |
| 17 | redwards@omm.com<br>akaplan@omm.com |
| 18 | *Attorneys for Defendants* |

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: November 17, 2017     By:     */s/ Julia Horwitz*\_\_\_\_

                               Julia Horwitz

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Plaintiffs shall file any objection to Defendants' Request for Judicial Notice by December 8, 2017. Defendants shall file any reply by December 22, 2017.

Dated: November 17, 2017

_____
Judge Haywood S. Gilliam, Jr.
U.S. District Court for the
Northern District of California