Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julia Horwitz (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Todd Jackson (Cal. Bar No. 202598)
Nina Wasow (Cal. Bar No. 242047)
FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
383 4th Street ● Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998
Fax: (510) 269-7994

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles Baird et al., <br><br> Plaintiffs, <br><br> v. <br><br> BlackRock Institutional Trust Company, N.A., et al., <br><br> Defendants. | Case No: 17-cv-1892-HSG <br><br> **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RELIEF UNDER RULE 56(D) AND RESET HEARING DATE** |

Pursuant to Northern District of California Local Rule 6-2, Plaintiffs Charles Baird and Lauren Slayton, and Defendants Anne Ackerley, BlackRock Institutional Trust Company, N.A., Blackrock, Inc., Catherine Bolz, Chip Castille, Paige Dickow, Daniel A. Dunay, Amy Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Philippe Matsumoto, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, the BlackRock, Inc. Retirement Committee, and the Investment Committee of the Retirement Committee (collectively, the "Defendants"), by and through their respective counsel, stipulate and agree to the following:

1. On December 8, 2017, Plaintiffs filed a Motion for Relief Under Rule 56(d) ("Rule 56(d) Motion").

2. Pursuant to Local Rule 7-3, Defendants' response to the Rule 56(d) Motion is due on

Case No: 17-cv-1892-HSG: Stipulation to Modify Briefing Schedule on Plaintiffs' Motion for Relief Under Rule 56(d) and Reset Hearing Date                                        Page 1 of 4

December 22, 2017, and Plaintiffs' reply in support would be due on December 29, 2017. In light of the intervening Christmas holiday, the Parties have conferred and agreed that Plaintiffs may have a brief extension of time, until January 4, 2017, to reply. Bortscheller Decl. ¶¶ 3-4. The Parties have therefore stipulated and agreed to the following briefing schedule for the Rule 56(d) Motion :

**December 22, 2017**    Defendants' response due
**January 4, 2018**    Plaintiffs' reply due

3. The Parties have also agreed that it is most efficient to argue Plaintiffs' Rule 56(d) Motion and Defendants' pending Motion to Dismiss the Amended Class Action Complaint on the same date. *Id*. ¶ 4.

4. In order to allow time to complete the briefing on the Rule 56(d) Motion and to align the hearing on the two pending Motions, the Parties further have agreed that the hearing on Defendants' Motion to Dismiss the Amended Complaint, which is currently scheduled for January 11, 2018, should be postponed by one week.

5. The Parties have therefore stipulated and agreed that the hearing on Defendants' Motion to Dismiss the Amended Complaint should be rescheduled for **January 18, 2018** at 2 p.m.

6. The parties have not requested any previous enlargement of time with respect to the Motion for Relief Under Rule 56(d).

7. There have been five previous time adjustments in this matter, none of which affected discovery or the trial date and each of which related to the motions to dismiss the original complaint and the Amended Complaint, and the related hearing schedules. (ECF Nos. 28, 38, 48, 55, 82).

8. A declaration from Mary J. Bortscheller, setting forth the reasons for the Parties' request, is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: December 13, 2017 | **COHEN MILSTEIN SELLERS & TOLL, PLLC**<br>/s/ *Julia Horwitz*_____<br>Julia Horwitz (admitted *Pro Hac Vice*) |

Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julia A. Horwitz (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
jhorwitz@cohenmilstein.com
mbortscheller@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (Cal. Bar No. 242047)
Todd Jackson (Cal. Bar No. 202598)
383 4th Street
Suite 201
Oakland, CA 94607
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com

*Attorneys for Plaintiffs*

/s/ *Meaghan VerGow*_____

**O'MELVENY & MYERS LLP**
Meaghan VerGow (admitted *Pro Hac Vice*)
Brian Boyle (Cal. Bar No. 126576)
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5504
Fax: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

Randall W. Edwards (Cal. Bar No. 179053)
Adam M. Kaplan (Cal. Bar No. 298077)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701

Case No: 17-cv-1892-HSG: Stipulation to Modify Briefing Schedule on Plaintiffs' Motion for Relief Under Rule 56(d) and Reset Hearing Date                                                Page 3 of 4

redwards@omm.com
akaplan@omm.com

*Attorneys for Defendants*

## ATTESTATION

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: December 13, 2017         By:   /s/ Julia Horwitz
                                       Julia Horwitz

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Defendants shall file any response to Plaintiffs' Motion for Relief Under Rule 56(d) by December 22, 2017. Plaintiffs shall file any reply by January 4, 2018. The hearing on Defendants' Motion to Dismiss the Amended Complaint, which is currently scheduled for January 11, 2018, is hereby rescheduled for January 25, 2018 at 2 p.m.

Dated: December 13, 2017

Judge Haywood S. Gilliam, Jr.
U.S. District Court for the
Northern District of California