UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BAIRD, et al., <br> Plaintiffs, <br> v. <br> BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., et al., <br> Defendants. | Case No. 17-cv-01892-HSG <br> **ORDER DENYING PLAINTIFFS' MOTION TO MODIFY THE CASE MANAGEMENT SCHEDULE** <br> Re: Dkt. No. 107 |

Pending before the Court is Plaintiffs' motion to modify the case schedule by extending the deadline to amend pleadings from April 23, 2018 to 24 days after the completion of document production. Dkt. No. 107. Having reviewed the parties' briefing, the Court **DENIES** the motion. Plaintiffs have not shown that amendment to the schedule is warranted at this time. The Court can assess whether Plaintiffs can meet the good cause standard if and when they seek leave to amend.

**IT IS SO ORDERED.**

Dated: 5/1/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge