UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BAIRD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., et al.,<br><br>Defendants. | Case No. 17-cv-01892-HSG (KAW)<br><br>**ORDER REQUIRING SUPPLEMENTAL DOCUMENTS**<br><br>Re: Dkt. Nos. 114, 116, 119 |

On June 7 and 8, 2018, the parties filed five joint discovery letters. (Dkt. Nos. 114-117, 119.) Having reviewed the discovery letters, the Court requires the following additional documents:

(1) BAIRD 429-436, referred to at Docket No. 114, p. 3.

(2) The specific excerpts of the Short-Term Investment Funds Overview and Guidelines ("STIF Guidelines") which Defendants assert "establish that BTC invests the securities lending cash collateral in the BTC-managed STIFs at client direction, according to fees, investment objectives, and risk guidelines set forth in the governing documents for the BlackRock CTIs." (Dkt. No. 119 at 4.) Only the relevant pages, with the specific passages highlighted, shall be provided; filing of the entirety of the STIF Guidelines will be rejected. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("As the Seventh Circuit observed in its now familiar maxim, 'judges are not like pigs, hunting for truffles buried in briefs.'" (quoting *United States v. Dunkel*, 927 F.2d 955, 956 (7th Cir. 1991))).[1]

---

[1] In the future, the parties must provide specific pincites to the relevant passages that they wish the Court to consider. Citations to the entirety of a brief or document is inappropriate, and will not be considered. (*E.g.*, Dkt. No. 115 at 2 (citing to entirety of Defendants' reply brief), *id.* at 4 (citing to the entirety of 81 FR 21002-01);

The required documents must be filed on the docket by July 6, 2018.

The Court also requires chambers copies of the following documents for *in camera* review:

(1) Item Nos. 39 and 61-70 listed in Defendants' privilege log, attached to Docket No. 116 as "Attachment A." The materials shall be properly indexed with Bates numbers and tabbed so that they are easily identifiable to the corresponding privilege log entry. With respect to documents that were produced to Plaintiff but redacted, the redacted portions must be highlighted.

Defendants shall coordinate the submission of the materials for *in camera* review with Courtroom Deputy Susan Imbriani, who may be reached at (510) 637-3525. Defendants shall ensure that the Court receives the materials by July 6, 2018. The Court may compel production of these materials if Defendants fail to comply with any of the foregoing. If Defendants do not make arrangements to retrieve the materials after the Court has completed its *in camera* review, the Court will dispose of the materials.

IT IS SO ORDERED.

Dated: June 29, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge