Karen L. Handorf (admitted *Pro Hac Vice*)
Michelle C. Yau (admitted *Pro Hac Vice*)
Julia Horwitz (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
Daniel R. Sutter (admitted *Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Todd Jackson (Cal. Bar No. 202598)
Nina Wasow (Cal. Bar No. 242047)
FEINBERG, JACKSON, WORTHMAN &
WASOW, LLP
2030 Addison Avenue ● Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Fax: (510) 269-7994

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Charles Baird et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>    Defendants. | Case No: 4:17-cv-01892-HSG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Having reviewed Plaintiffs' Motion to Remove Incorrectly Filed Document, and good cause appearing therefore, the Court hereby ORDERS as follows:

Plaintiffs' Motion to Remove Incorrectly Filed Document is GRANTED. Docket number 129-5 shall be permanently removed.

IT IS SO ORDERED.

Dated: July 16, 2018

*Haywood S. Gilliam Jr.*
**Judge Haywood S. Gilliam, Jr.**
U.S. District Court for the
Northern District of California