BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
MEAGHAN VERGOW (admitted *pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A. *et al.*,<br><br>Defendants. | Case No. 17-cv-01892-HSG<br><br>**STIPULATION AND ORDER TO ENLARGE DATE TO FILE A DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**[Declarations of Michael J. McCarthy Filed Concurrently Herewith]** |

Pursuant to Northern District of California Local Rules 6-1 and 6-2, Plaintiffs Charles Baird and Lauren Slayton (collectively, "Plaintiffs"), and Defendants Anne Ackerley, BlackRock Institutional Trust Company, N.A., Blackrock, Inc., Catherine Bolz, Chip Castille, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Philippe Matsumoto, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, the BlackRock, Inc. Retirement Committee, and the Investment Committee of the Retirement Committee (collectively, "Defendants"), by and through their respective counsel, stipulate and agree to the following:

1. On July 16, 2018, Plaintiffs filed their Administrative Motion to File Under Seal Portions of the Memorandum in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint, Portions of the Declaration of Michelle C. Yau in Support of Plaintiffs' Motion, Portions of Exhibit A, and All of Exhibits B–G ("Motion"). ECF No. 133. The Motion seeks to file under seal material that Defendants designated "CONFIDENTIAL" under the Stipulated Protective Order governing this case. *See* ECF No. 76.

2. Local Civil Rule 79-5(e)(1) specifies as follows: "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

3. Defendants have worked diligently to obtain declarations from two declarants in support of Plaintiffs' Motion, which together establish that all the designated material is sealable. Declaration of Michael J. McCarthy in Support of Stipulation to Enlarge Time ¶ 4. However, Defendants unexpectedly have been able to obtain an executed declaration from only one of the two declarants. *Id*. As a result, Defendants are unable at this time to file the supporting declarations by the deadline specified in Local Civil Rule 79-5(e)(1). *Id*. Defendants anticipate that they will be able to file both declarations on Monday, July 23, 2018. *Id*.

4. The previous time modifications in the case are as follows:
   a. On August 3, 2017, the Court entered a stipulated case management order that departed somewhat from the guidelines specified by the Court during a case

| | |
|---|---|
| 1 | management conference on July 12, 2017, by setting, among other deadlines, the close of |
| 2 | discovery on March 9, 2018; the close of expert discovery on June 8; and a hearing on |
| 3 | Plaintiffs' class certification motion on August 16, 2018.  ECF No. 62. |

        b.      On February 20, 2018, the Court entered a stipulated order modifying the case schedule by setting, among other dates, the close of fact discovery (with limited specified exceptions) on June 22, 2018; the close of expert discovery on class issues on August 31, 2018; and the completion of briefing on Plaintiffs' motion for class certification on October 30, 2018.   ECF No. 103.

        c.      On June 18, 2018, the Court entered a stipulated order modifying the case schedule by setting, among other dates, the close of fact discovery (excluding discovery allowed by the Court related to one of the pending discovery disputes) on September 21, 2018; the close of expert discovery on class issues on December 21, 2018; and the completion of briefing on Plaintiffs' motion for class certification on March 14, 2019. ECF No. 122.

        d.      In addition to these stipulated scheduling orders, there have been six other time adjustments in this matter, all relating to the motions to dismiss the original and amended complaints.  ECF Nos. 28, 38, 48, 55, 82, 88.

5.      In light of the foregoing, the Parties have agreed to stipulate to extend the time to file a declaration in support of Plaintiffs' Motion by a single court day, to June 23, 2018.  The requested extension will have no impact on the schedule of the case.

Dated:  June 20, 2018

| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | **O'MELVENY & MYERS LLP** |
|---|---|
|  */s/ Michelle C. Yau*<br>Michelle C. Yau (admitted *Pro Hac Vice*) |  */s/ Meaghan VerGow*<br>Meaghan VerGow (admitted *Pro Hac Vice*) |
| Karen L. Handorf (admitted *Pro Hac Vice*)<br>Michelle C. Yau (admitted *Pro Hac Vice*)<br>Julia A. Horwitz (admitted *Pro Hac Vice*)<br>1100 New York Avenue, N.W. | Meaghan VerGow (admitted *Pro Hac Vice*)<br>Brian Boyle (Cal. Bar No. 126576)<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 383-5504 |

| | |
|---|---|
| Suite 500, West Tower<br>Washington, D.C. 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>khandorf@cohenmilstein.com<br>myau@cohenmilstein.com<br>jhorwitz@cohenmilstein.com<br><br>**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**<br>Nina Wasow (Cal. Bar No. 242047)<br>Todd Jackson (Cal. Bar No. 202598)<br>383 4th Street<br>Suite 201<br>Oakland, CA 94607<br>Tel: (510) 269-7998<br>Fax: (510) 269-7994<br>nina@feinbergjackson.com<br>todd@feinbergjackson.com<br><br>*Attorneys for Plaintiffs*<br>Charles Baird and Lauren Slayton | Fax: (202) 383-5414<br>mvergow@omm.com<br>bboyle@omm.com<br><br>Randall W. Edwards (Cal. Bar No. 179053)<br>Adam M. Kaplan (Cal. Bar No. 298077)<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Tel: (415) 984-8700<br>Fax: (415) 984-8701<br>redwards@omm.com<br>akaplan@omm.com<br><br>*Attorneys for Defendants*<br>Anne Ackerley, BlackRock Institutional Trust Company, N.A., Blackrock, Inc., Catherine Bolz, Chip Castille, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Philippe Matsumoto, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, the BlackRock, Inc. Retirement Committee, and the Investment Committee of the Retirement Committee |

## ATTESTATION

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: July 20, 2018     By:     */s/ Meaghan VerGow*
                                 Meaghan VerGow

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED: The deadline for Defendants to file declarations in support of Plaintiffs' Motion pursuant to Civil Local Rule 79(d) shall be enlarged by one court day to July 23, 2018.

Dated: July 23, 2018

Haywood S. Gilliam, Jr.
U.S. District Court for the
Northern District of California