1  BRIAN D. BOYLE (S.B. #126576)
   bboyle@omm.com
2  MEAGHAN VERGOW (admitted *pro hac vice*)
   mvergow@omm.com
3  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
4  Washington, DC 20006-4061
   Telephone:    +1 202 383 5300
5  Facsimile:    +1 202 383 5414

6  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
7  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
8  San Francisco, California  94111-3823
   Telephone:    +1 415 984 8700
9  Facsimile:    +1 415 984 8701

10 Attorneys for Defendants
   Anne Ackerley, BlackRock Institutional Trust
11 Company, N.A., BlackRock, Inc., Catherine Bolz, Chip
   Castille, Paige Dickow, Daniel A. Dunay, Amy Engel,
12 Nancy Everett, Joseph Feliciani, Jr., Michael
   Fredericks, Corin Frost, Daniel Gamba, Kevin Holt,
13 Chris Jones, Philippe Matsumoto, John Perlowski, Ann
   Marie Petach, Andy Phillips, Kurt Schansinger, Tom
14 Skrobe, Jeffrey A. Smith, the BlackRock, Inc.
   Retirement Committee, and the Investment Committee
15 of the Retirement Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Baird and Lauren Slayton, individually, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>        Plaintiffs,<br><br>   v.<br><br>BlackRock Institutional Trust Company, N.A., *et al.*,<br><br>        Defendants. | Case No. 17-cv-01892-HSG<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Pursuant to Northern District of California Rule 6-2, Plaintiffs Charles Baird and Lauren Slayton, and Defendants Anne Ackerley, BlackRock Institutional Trust Company, N.A., BlackRock, Inc., Catherine Bolz, Chip Castille, Paige Dickow, Daniel A. Dunay, Amy Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Philippe Matsumoto, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, the BlackRock, Inc. Retirement Committee, and the Investment Committee of the Retirement Committee (collectively, the "Defendants"), by and through their respective counsel, stipulate and agree to the following:

1. On July 16, 2018, Plaintiffs filed a Motion for Leave to File Second Amended Complaint ("Motion for Leave to Amend").[1]

2. Pursuant to Local Rule 7-3, Defendants' response to the Motion for Leave to Amend would be due on July 30, 2018, and Plaintiffs' reply in support would be due on August 6, 2018. Before Plaintiffs filed the Motion for Leave to Amend, the Parties stipulated and agreed to the following briefing schedule for the Motion for Leave to Amend:

   **August 3, 2018**     Defendants' opposition due
   **August 17, 2018**    Plaintiffs' reply due

3. The Parties have not requested any previous enlargement of time with respect to Plaintiffs' Motion for Leave to Amend.

4. There have been six previous time adjustments in this matter, none of which affected discovery or the trial date and each of which related to the motions to dismiss the original complaint and the Amended Complaint, or alternatively for Summary Judgment, and the related hearing schedules (ECF Nos. 28, 38, 48, 55, 82, 89).

---

[1] Plaintiffs' Motion for Leave to Amend was originally filed under seal on July 13, 2018 (ECF No. 129), but was later permanently removed from the docket (ECF No. 132) and re-filed on July 16, 2018 (ECF No. 133).

5. The stipulated briefing schedule for Plaintiffs' Motion for Leave to Amend would have no effect on the operative Scheduling Order in this case (ECF No. 122).

Dated: July 30, 2018

| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | **O'MELVENY & MYERS LLP** |
|---|---|
| */s/ Michelle C. Yau* <br> Michelle C. Yau (admitted *Pro Hac Vice*) | */s/ Meaghan VerGow* <br> Meaghan VerGow (admitted *Pro Hac Vice*) |
| Karen L. Handorf (admitted *Pro Hac Vice*) <br> Michelle C. Yau (admitted *Pro Hac Vice*) <br> Julia A. Horwitz (admitted *Pro Hac Vice*) <br> Mary J. Bortscheller (admitted *Pro Hac Vice*) <br> 1100 New York Avenue, N.W. <br> Suite 500, West Tower <br> Washington, D.C. 20005 <br> Tel: (202) 408-4600 <br> Fax: (202) 408-4699 <br> khandorf@cohenmilstein.com <br> myau@cohenmilstein.com <br> jhorwitz@cohenmilstein.com | Meaghan VerGow (admitted *Pro Hac Vice*) <br> Brian Boyle (Cal. Bar No. 126576) <br> 1625 Eye Street, N.W. <br> Washington, D.C. 20006 <br> Tel: (202) 383-5504 <br> Fax: (202) 383-5414 <br> mvergow@omm.com <br> bboyle@omm.com <br><br> Randall W. Edwards (Cal. Bar No. 179053) <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111-3823 <br> Tel: (415) 984-8700 <br> Fax: (415) 984-8701 <br> redwards@omm.com <br> akaplan@omm.com |
| **FEINBERG, JACKSON, WORTHMAN & WASOW, LLP** <br> Nina Wasow (Cal. Bar No. 242047) <br> Todd Jackson (Cal. Bar No. 202598) <br> 2030 Addison Street <br> Suite 500 <br> Berkeley, CA 94704 <br> Tel: (510) 269-7998 <br> Fax: (510) 269-7994 <br> nina@feinbergjackson.com <br> todd@feinbergjackson.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: July 30, 2018 By: /s/ Meaghan VerGow

Meaghan VerGow

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Defendants shall file any response to Plaintiffs' Motion for Leave to File Second Amended Complaint by August 3, 2018. Plaintiffs shall file any reply by August 17, 2018.

Dated: August 6, 2018

**Judge Haywood S. Gilliam, Jr.**
U.S. District Court for the
Northern District of California