UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES BAIRD, et al.,

    Plaintiffs,

    v.

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., et al.,

    Defendants.

Case No. 17-cv-01892-HSG

**ORDER AMENDING CASE SCHEDULE**

Re: Dkt. No. 161

The parties submitted a stipulation on September 17, 2018 seeking to modify the case schedule. Dkt. No. 161. Having considered the parties' stipulation, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Court Deadline |
|---|---|
| Close of Fact Discovery (excluding discovery allowed by the Court related to one of the pending discovery disputes) | December 21, 2018 |
| Opening expert reports on class certification issues | January 14, 2019 |
| Rebuttal expert reports on class certification issues | January 29, 2019 |
| Close of expert discovery on class certification issues | February 28, 2019 |
| Motion for class certification | March 28, 2019 |
| Opposition to class certification motion | April 26, 2019 |
| Reply in support of class certification motion | May 14, 2019 |
| Class certification hearing | June 6, 2019 at 2:00 p.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 161.

**IT IS SO ORDERED.**

Dated: 10/11/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge