| | |
|---|---|
| Michelle C. Yau (admitted *Pro Hac Vice*) | Todd Jackson (Cal. Bar No. 202598) |
| Mary J. Bortscheller (admitted *Pro Hac Vice*) | Nina Wasow (Cal. Bar No. 242047) |
| Daniel R. Sutter (admitted *Pro Hac Vice*) | FEINBERG, JACKSON, WORTHMAN |
| COHEN MILSTEIN SELLERS & TOLL PLLC | & WASOW, LLP |
| 1100 New York Ave. NW ● Fifth Floor | 2030 Addison Street ● Suite 500 |
| Washington, DC 20005 | Berkeley, CA 94704 |
| Telephone: (202) 408-4600 | Telephone: (510) 269-7998 |
| Fax: (202) 408-4699 | Fax: (510) 269-7994 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Charles Baird et al., | Case No: 4:17-cv-01892-HSG |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE FOR MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT** |
| v. | |
| BlackRock Institutional Trust Company, N.A., et al., | |
| Defendants. | |

Pursuant to Northern District of California Local Rule 6-2, Plaintiffs Charles Baird and Lauren Slayton, Defendants BlackRock Institutional Trust Company, N.A., Blackrock, Inc., the BlackRock, Inc. Retirement Committee, the Investment Committee of the Retirement Committee, the Administrative Committee of the Retirement Committee, the Management Development & Compensation Committee, Anne Ackerley, Catherine Bolz, Chip Castille, Marc Comerchero, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Milan Lint, Philippe Matsumoto, Katherine Nedl, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, and Jeffrey A. Smith (collectively, "the BlackRock Defendants"), and Mercer Investment Consulting ("Mercer", and together with the BlackRock Defendants, "Defendants"), by and through their respective counsel, stipulate and agree to the following:

1. On August 27, 2018, with leave of Court, Plaintiffs filed a Second Amended Class Action Complaint (hereinafter "Complaint"), naming additional parties as Defendants, including Mercer. ECF No. 154.

2. The BlackRock Defendants intend to file a motion to dismiss the Complaint. Yau Decl. ¶ 2.[1] Mercer also intends to file a separate full-length motion to dismiss the Complaint. *Id*.

3. The original deadline for the previously named BlackRock Defendants to answer the Complaint was September 10, 2018. *Id*. ¶ 3.

4. On September 10, 2018, Plaintiffs and the BlackRock Defendants filed a joint stipulation and proposed order that the deadline for the BlackRock Defendants to respond to the Complaint would be October 22, 2018. ECF No. 159.

5. On September 17, 2018, the Parties filed a joint stipulation proposing a briefing schedule for all motions to dismiss and related requests for judicial notice, as set forth below. ECF No. 161. The joint stipulation also proposed deadlines for the case management schedule. *Id.* The Court entered case management deadlines on October 11, 2018 (ECF No. 173), but did not address the briefing schedule for motions to dismiss the Complaint.

6. In addition to the stipulated orders entered by the Court on February 20, 2018 and June 18, 2018, there have been nine other time adjustments in this matter. Six adjustments have concerned the motions to dismiss the original and amended complaints. ECF Nos. 28, 38, 48, 55, 82, 88. Two adjustments have concerned the briefing schedule on Plaintiffs' Motion for Leave to File Second Amended Complaint. ECF Nos. 139, 146. *See also* Yau Decl. ¶ 8.

7. The Parties therefore stipulate and agree to the following modified case schedule:

| Event | Deadline |
|---|---|
| Deadline for Defendants to file motions to dismiss and any related requests for judicial notice | Oct. 22, 2018 |
| Deadline for Plaintiffs to file oppositions to the motions to dismiss | Dec. 21, 2018 |

---

[1] A declaration from Michelle C. Yau, setting forth the reasons for the Parties' request, is attached hereto as Exhibit A.

| Deadline for Plaintiffs to oppose any related requests for judicial notice | Dec. 28, 2018 |
|---|---|
| Deadline for Defendants to file replies in support of motions to dismiss | Jan. 18, 2019 |
| Deadline for Defendants to file replies in support of requests for judicial notice | Jan. 25, 2019 |

Dated: October 15, 2018

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

*/s/ Michelle C. Yau*
Michelle C. Yau

Michelle C. Yau (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
Daniel R. Sutter (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com
jhorwitz@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (Cal. Bar No. 242047)
Todd Jackson (Cal. Bar No. 202598)
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com

*Attorneys for Plaintiffs*

**O'MELVENY & MYERS LLP**

*/s/ Meaghan VerGow*
Meaghan VerGow

Meaghan VerGow (admitted *Pro Hac Vice*)
Brian Boyle (Cal. Bar No. 126576)
Michael J. McCarthy
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5504
Fax: (202) 383-5414
mvergow@omm.com
bboyle@omm.com
mmcarthy@omm.com

Randall W. Edwards (Cal. Bar No. 179053)
Adam M. Kaplan (Cal. Bar No. 298077)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701
redwards@omm.com
akaplan@omm.com

*Attorneys for the Blackrock Defendants*

**MORGAN, LEWIS, & BOCKIUS**
/s/ *Matthew A. Russell*

Spencer H. Wan (CA Bar No. 304329)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1126
Fax: 415.442.1001
specner.wan@morganlewis.com

Brian T. Ortelere (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5150
Fax: (215) 963-5001
brian.ortelere@morganlewis.com

Case No: 4:17-cv-01892-HSG: Stipulation to Modify Briefing Schedule for Motions to Dismiss the Second Amended Complaint     Page 3 of 6

| | |
|---|---|
| 1 | Matthew A. Russell (*pro hac vice*) |
| 2 | 77 West Wacker Drive<br>Chicago, IL 60601 |
| 3 | Tel: (312) 324-1771<br>Fax: (312) 324-1001 |
| 4 | matthew.russell@morganlewis.com |
| 5 | ***Attorneys for Mercer Investment Consulting*** |

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: October 17, 2018      By:      /s/ Michelle C. Yau

                                       Michelle C. Yau

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED: the above Stipulation and Proposed Order to Modify the Case Schedule is approved and all parties shall comply with its provisions.

Dated: October 17, 2018

U.S. District Court for the
Northern District of California