MORGAN, LEWIS & BOCKIUS LLP
Spencer H. Wan (CA Bar No. 304329)
  spencer.wan@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:   415.442.1126; Fax:   415.442.1001

Brian T. Ortelere (*pro hac vice*)
  brian.ortelere@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:   215.963.5000; Fax:   215.963.5001

Matthew A. Russell (*pro hac vice*)
  matthew.russell@morganlewis.com
77 West Wacker Drive
Chicago, IL 60601
Tel:   312.324.1771; Fax:   312.324.1001

Attorneys for Defendant
Mercer Investment Consulting

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHARLES BAIRD, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., *et al.*,<br><br>        Defendants. | Case No. 4:17-cv-01892-HSG<br><br>**DECLARATION OF MATTHEW A. RUSSELL IN SUPPORT OF DEFENDANT MERCER INVESTMENT CONSULTING'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

M. RUSSELL DECL. IN SUPPORT OF MERCER'S MOT. TO DISMISS PLS.' SECOND AMEND. COMPL.
4:17-CV-01892-HSG

DB1/ 100259524.1

I, Matthew A. Russell, declare and state as follows:

1. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant Mercer Investment Consulting ("Mercer") in the above-referenced matter. I submit this declaration in support of the concurrently filed Defendant Mercer Investment Consulting's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

2. I have personal knowledge of the following facts and, if called to testify, I would testify competently thereto.

3. Attached hereto as Exhibit A is a true and correct copy of the Form 5500 Annual Report for the BlackRock Retirement Savings Plan (the "Plan") for the calendar year 2017, as obtained from the U.S. Department of Labor's website, using the "Form 5500/5500-SF Filing Search" page, located at https://www.efast.dol.gov/portal/app/disseminate?execution=e1s1a. This document may be located by searching the Employer Identification Number (EIN): 32-0174431. It is also my understanding that this document has been produced by the BlackRock Defendants to Plaintiffs in this case.

4. Attached hereto as Exhibit B is a true and correct copy of the Plan's Participant Disclosure of Plan and Investment Related Information, dated March 17, 2017. The BlackRock Defendants previously filed this document in this case at Dkt. 35-1 (at ECF pp. 287-96), as Exhibit O to the Declaration of Meaghan VerGow in Support of Defendants' Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. 35-1, at ECF p. 1-4). I understand that this disclosure was issued pursuant to 29 C.F.R. § 2550.404a-5, and that it has been produced by the BlackRock Defendants to Plaintiffs in this case.

5. Attached hereto as Exhibit C is a true and correct copy of the Guideline and Fee Agreement dated October 17, 2016, between BlackRock Institutional Trust Company, N.A. and the BlackRock Retirement Committee. The BlackRock Defendants previously filed this document in this case at ECF No. 79-3, as Exhibit S to the Declaration of Randall W. Edwards in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (Dkt. 79-1). My understanding is that this document has been produced to Plaintiffs in this case as

Morgan, Lewis & Bockius LLP
Attorneys at Law
Philadelphia

DB1/ 100259524.1

2

M. RUSSELL DECL. IN SUPPORT OF MERCER'S MOT. TO DISMISS PLS.' SECOND AMEND. COMPL.
4:17-CV-01892-HSG

1 BAIRD_0000423-428.

2    6.    Attached hereto as Exhibit D is a true and correct copy of the Plan's Participant Disclosure of Plan and Investment Related Information, dated August 20, 2013. The BlackRock Defendants previously filed this document in this case at Dkt. 35-1 (at ECF pp. 267-74), as Exhibit M to the Declaration of Meaghan VerGow in Support of Defendants' Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. 35-1, at ECF p. 1-4). I understand that this disclosure was issued pursuant to 29 C.F.R. § 2550.404a-5, and that it has been produced by the BlackRock Defendants to Plaintiffs in this case.

7.    Attached hereto as Exhibit E is a true and correct copy of the Audited Financial Statements for the Federal Thrift Savings Fund (December 31, 2017 and 2016). This document may be found at the website of the TSP's administrator, the Federal Retirement Thrift Investment Board, https://www.frtib.gov/ReadingRoom/FinStmts/TSP-FS-Dec2017.pdf.

8.    Attached hereto as Exhibit F is a true and correct copy of the Form 5500 Annual Report for the Vanguard Retirement and Savings Plan for the calendar year 2016, as obtained from the U.S. Department of Labor's website, using the "Form 5500/5500-SF Filing Search" page, located at https://www.efast.dol.gov/portal/app/disseminate?execution=e1s1a. This document may be located by searching the Employer Identification Number (EIN): 23-1945930.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 22, 2018.

                        /s/ *Matthew A. Russell*
                        Matthew A. Russell

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 100259524.1

3

M. RUSSELL DECL. IN SUPPORT OF MERCER'S MOT. TO DISMISS PLS.' SECOND AMEND. COMPL.
4:17-CV-01892-HSG