# Exhibit A

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110<br>1210-0089 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2017** |
| Department of Labor<br>Employee Benefits Security Administration | ► **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017   and ending  12/31/2017

**A** This return/report is for: 
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [X] a single-employer plan
- [ ] a DFE (specify) ____

**B** This return/report is: 
- [ ] the first return/report
- [ ] the final return/report
- [X] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► [ ]

**D** Check box if filing under: 
- [X] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

**1a** Name of plan<br>BLACKROCK RETIREMENT SAVINGS PLAN

**1b** Three-digit plan number (PN) ►  001

**1c** Effective date of plan<br>10/01/2006

**2a** Plan sponsor's name (employer, if for a single-employer plan)<br>Mailing address (include room, apt., suite no. and street, or P.O. Box)<br>City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)<br>BLACKROCK, INC.<br><br>PARK AVENUE PLAZA<br>55 EAST 52ND STREET<br>NEW YORK, NY 10055

**2b** Employer Identification Number (EIN)<br>32-0174431

**2c** Plan Sponsor's telephone number<br>212-810-5300

**2d** Business code (see instructions)<br>523900

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | | 09/13/2018 | JENNIFER LEE |
|---|---|---|---|---|
| | **Signature of plan administrator** | | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | | 09/13/2018 | JENNIFER LEE |
| | **Signature of employer/plan sponsor** | | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | | |
| | **Signature of DFE** | | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2017)<br>v. 170203

**MERCER 1**

Form 5500 (2017) | Page **2**

| 3a | Plan administrator's name and address ☐ Same as Plan Sponsor | 3b | Administrator's EIN |
|---|---|---|---|
| | | | 32-0174431 |
| | BLACKROCK, INC. RETIREMENT COMMITTEE | 3c | Administrator's telephone number |
| | PARK AVENUE PLAZA 55 EAST 52ND STREET NEW YORK, NY 10055 | | 212-810-5300 |

| 4 | If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | 4b | EIN |
|---|---|---|---|
| a | Sponsor's name | 4d | PN |
| c | Plan Name | | |

| 5 | Total number of participants at the beginning of the plan year | 5 | 10069 |
|---|---|---|---|

| 6 | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2), 6b, 6c**, and **6d**). | | |
|---|---|---|---|
| a(1) | Total number of active participants at the beginning of the plan year ...................... | 6a(1) | 6967 |
| a(2) | Total number of active participants at the end of the plan year ............................ | 6a(2) | 7320 |
| b | Retired or separated participants receiving benefits ...................................... | 6b | 249 |
| c | Other retired or separated participants entitled to future benefits ........................ | 6c | 2975 |
| d | Subtotal. Add lines **6a(2)**, **6b**, and **6c**. ............................................ | 6d | 10544 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ... | 6e | 18 |
| f | Total. Add lines **6d** and **6e**. ......................................................... | 6f | 10562 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)......................................................... | 6g | 10383 |
| h | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested................................................................ | 6h | 300 |

| 7 | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)...... | 7 | |
|---|---|---|---|

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E   2F   2G   2J   2K   2S   2T

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| 9a | Plan funding arrangement (check all that apply) | 9b | Plan benefit arrangement (check all that apply) |
|---|---|---|---|
| (1) | ☐ Insurance | (1) | ☐ Insurance |
| (2) | ☐ Code section 412(e)(3) insurance contracts | (2) | ☐ Code section 412(e)(3) insurance contracts |
| (3) | ☒ Trust | (3) | ☒ Trust |
| (4) | ☐ General assets of the sponsor | (4) | ☐ General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

**a** Pension Schedules

| (1) | ☒ | **R**  (Retirement Plan Information) |
|---|---|---|
| (2) | ☐ | **MB**  (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary |
| (3) | ☐ | **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary |

**b** General Schedules

| (1) | ☒ | **H**  (Financial Information) |
|---|---|---|
| (2) | ☐ | **I**  (Financial Information – Small Plan) |
| (3) | ☐ __ | **A**  (Insurance Information) |
| (4) | ☒ | **C**  (Service Provider Information) |
| (5) | ☒ | **D**  (DFE/Participating Plan Information) |
| (6) | ☐ | **G**  (Financial Transaction Schedules) |

**MERCER 2**

Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ..........................…….…… ☐ Yes   ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..... ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2017 Form M-1 annual report.  If the plan was not required to file the 2017 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

**MERCER 3**

| | | |
|---|---|---|
| **SCHEDULE C**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee<br>Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public<br>Inspection.** |

For calendar plan year 2017 or fiscal plan year beginning    01/01/2017        and ending    12/31/2017

| | |
|---|---|
| **A** Name of plan<br>BLACKROCK RETIREMENT SAVINGS PLAN | **B** Three-digit<br>plan number (PN)   ▶    001 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BLACKROCK, INC. | **D** Employer Identification Number (EIN)<br>32-0174431 |

---

| **Part I** | **Service Provider Information (see instructions)** |
|---|---|

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1  Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions).. . . . . . . . . . . . . ☐ Yes ☒ No

**b** If you answered line 1a  "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2017 | Page **3** - | 1

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

MERRILL LYNCH, PIERCE, FENNER AND S

13-5674085

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 15 52 60 62 71 72 | RECORDKEEPER | 10134 | Yes [X]  No [ ] | Yes [X]  No [ ] | 0 | Yes [ ]  No [ ] |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes [ ]  No [ ] | Yes [ ]  No [ ] | | Yes [ ]  No [ ] |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes [ ]  No [ ] | Yes [ ]  No [ ] | | Yes [ ]  No [ ] |

**MERCER 6**

Schedule C (Form 5500) 2017 — Page **3** - 2

## 2. Information on Other Service Providers Receiving Direct or Indirect Compensation.
Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

**MERCER 7**

Schedule C (Form 5500) 2017                                                    Page **4** - 1

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

**MERCER 8**

Schedule C (Form 5500) 2017                                                     Page **5** - 1

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

Schedule C (Form 5500) 2017                                      Page **6** - 1

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries (see instructions)**<br>(complete as many entries as needed) |
|---|---|

| | | | |
|---|---|---|---|
| **a** | Name: | **b** EIN: | |
| **c** | Position: | | |
| **d** | Address: | **e** Telephone: | |

Explanation:

| | | | |
|---|---|---|---|
| **a** | Name: | **b** EIN: | |
| **c** | Position: | | |
| **d** | Address: | **e** Telephone: | |

Explanation:

| | | | |
|---|---|---|---|
| **a** | Name: | **b** EIN: | |
| **c** | Position: | | |
| **d** | Address: | **e** Telephone: | |

Explanation:

| | | | |
|---|---|---|---|
| **a** | Name: | **b** EIN: | |
| **c** | Position: | | |
| **d** | Address: | **e** Telephone: | |

Explanation:

| | | | |
|---|---|---|---|
| **a** | Name: | **b** EIN: | |
| **c** | Position: | | |
| **d** | Address: | **e** Telephone: | |

Explanation:

## SCHEDULE D
### (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

# DFE/Participating Plan Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2017

**This Form is Open to Public Inspection.**

For calendar plan year 2017 or fiscal plan year beginning   01/01/2017   and ending   12/31/2017

| A Name of plan | B Three-digit plan number (PN) ▶ | 001 |
|---|---|---|
| BLACKROCK RETIREMENT SAVINGS PLAN | | |

| C Plan or DFE sponsor's name as shown on line 2a of Form 5500 | D Employer Identification Number (EIN) |
|---|---|
| BLACKROCK, INC. | 32-0174431 |

### Part I — Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)
(Complete as many entries as needed to report all interests in DFEs)

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   ACTIVE STOCK FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

| **c** EIN-PN 84-1634920-001 | **d** Entity code C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 140872301 |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   EMRG MRKTS INDX NON-LENDABLE FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

| **c** EIN-PN 26-3832702-001 | **d** Entity code C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 80004417 |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   RUSSELL 1000 INDEX FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

| **c** EIN-PN 94-3357216-001 | **d** Entity code C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 213880116 |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   US DEBT INDEX FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

| **c** EIN-PN 94-3291425-001 | **d** Entity code C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 19123257 |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   BLACKROCK U.S. TIPS FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

| **c** EIN-PN 36-4495972-001 | **d** Entity code C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 22772471 |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX 2020 FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

| **c** EIN-PN 71-0986422-001 | **d** Entity code C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 23578193 |
|---|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX 2025 FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

| **c** EIN-PN 20-5114920-001 | **d** Entity code C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 54801594 |
|---|---|---|---|

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule D (Form 5500) 2017
v.170203

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX 2030 FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   71-0986424-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   99777974

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX 2035 FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   20-5114956-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   121516316

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX 2040 FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   71-0986419-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   134959232

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX 2045 FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   20-5115008-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   124480686

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX 2050 FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   26-0896020-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   102142701

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX 2055 FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   27-2470604-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   80883926

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   LIFEPATH INDEX RETIREMENT FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   71-0986421-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   17000675

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   BLKRCK MSCI ACWI EX US IMI IDX FD F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   27-4955447-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   76948403

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   EQUITY DIVIDEND FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   45-4639950-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   115352003

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   BLACKROCK GLBL ALLOC COLLEC FUND F

**b** Name of sponsor of entity listed in (a):   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.

**c** EIN-PN   46-2224552-001   **d** Entity code   C   **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)   189847850

| | | | |
|---|---|---|---|
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | SHORT-TERM INVESTMENT FUND | | |
| **b** Name of sponsor of entity listed in (a): | BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. | | |
| **c** EIN-PN  94-6450621-001 | **d** Entity code  C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 112601983 |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | LIFEPATH INDEX 2060 FUND F | | |
| **b** Name of sponsor of entity listed in (a): | BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. | | |
| **c** EIN-PN  47-1878775-001 | **d** Entity code  C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 19136368 |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | RUSSELL 2000 ALPHA TILTS FUND F | | |
| **b** Name of sponsor of entity listed in (a): | BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. | | |
| **c** EIN-PN  47-2641596-001 | **d** Entity code  C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 92838507 |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | STRATEGIC INCOME OPP BOND FUND F | | |
| **b** Name of sponsor of entity listed in (a): | BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. | | |
| **c** EIN-PN  46-4973704-001 | **d** Entity code  C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 12107392 |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | BLACKROCK TOTAL RETURN BOND FUND F | | |
| **b** Name of sponsor of entity listed in (a): | BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. | | |
| **c** EIN-PN  47-1222253-001 | **d** Entity code  C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 43913862 |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |
| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

Schedule D (Form 5500) 2017                              Page **3** - 1

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** |
|---|---|
| | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| **SCHEDULE H**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017  and ending  12/31/2017

| **A** Name of plan<br><br>BLACKROCK RETIREMENT SAVINGS PLAN | **B**  Three-digit<br>plan number (PN)  ▶  001 |
|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br><br>BLACKROCK, INC. | **D**  Employer Identification Number (EIN)<br><br>32-0174431 |
|---|---|

---

| **Part I** | **Asset and Liability Statement** |
|---|---|

**1**  Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.**  MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **a**  Total noninterest-bearing cash ................................................ | 1a | 55349 | 338193 |
| **b**  Receivables (less allowance for doubtful accounts): | | | |
| (1)  Employer contributions ............................................. | 1b(1) | 47764522 | 51154091 |
| (2)  Participant contributions ........................................... | 1b(2) | | 0 |
| (3)  Other...................................................................... | 1b(3) | 0 | 0 |
| **c**  General investments: | | | |
| (1)  Interest-bearing cash (include money market accounts & certificates of deposit) ............................................................... | 1c(1) | 8702 | 1625 |
| (2)  U.S. Government securities..................................... | 1c(2) | 0 | 0 |
| (3)  Corporate debt instruments (other than employer securities): | | | |
| (A)  Preferred ........................................................... | 1c(3)(A) | 0 | 0 |
| (B)  All other ............................................................ | 1c(3)(B) | 0 | 0 |
| (4)  Corporate stocks (other than employer securities): | | | |
| (A)  Preferred ........................................................... | 1c(4)(A) | 0 | 0 |
| (B)  Common ............................................................ | 1c(4)(B) | 0 | 0 |
| (5)  Partnership/joint venture interests ......................... | 1c(5) | 0 | 0 |
| (6)  Real estate (other than employer real property) ..... | 1c(6) | 0 | 0 |
| (7)  Loans (other than to participants) .......................... | 1c(7) | 0 | 0 |
| (8)  Participant loans ................................................... | 1c(8) | 14968797 | 15132974 |
| (9)  Value of interest in common/collective trusts.......... | 1c(9) | 1534357175 | 1898540228 |
| (10)  Value of interest in pooled separate accounts ....... | 1c(10) | | |
| (11)  Value of interest in master trust investment accounts ... | 1c(11) | | |
| (12)  Value of interest in 103-12 investment entities ...... | 1c(12) | | |
| (13)  Value of interest in registered investment companies (e.g., mutual funds)................................................................. | 1c(13) | 110964420 | 149947466 |
| (14)  Value of funds held in insurance company general account (unallocated contracts)........................................................ | 1c(14) | | |
| (15)  Other ................................................................. | 1c(15) | 9003355 | 18536240 |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule H (Form 5500) 2017<br>v.170203

**MERCER 15**

Page **2**

| 1d | Employer-related investments: | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| (1) | Employer securities .......................................... | 1d(1) | 61564122 | 74127663 |
| (2) | Employer real property ..................................... | 1d(2) | | |
| e | Buildings and other property used in plan operation.................. | 1e | | |
| f | Total assets (add all amounts in lines 1a through 1e)................ | 1f | 1778686442 | 2207778480 |

### Liabilities

| g | Benefit claims payable ....................................... | 1g | | |
|---|---|---|---|---|
| h | Operating payables ........................................... | 1h | | |
| i | Acquisition indebtedness ..................................... | 1i | | |
| j | Other liabilities .............................................. | 1j | | |
| k | Total liabilities (add all amounts in lines 1g through1j)............ | 1k | 0 | 0 |

### Net Assets

| l | Net assets (subtract line 1k from line 1f)........................ | 1l | 1778686442 | 2207778480 |
|---|---|---|---|---|

### Part II    Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| | Income | | (a) Amount | (b) Total |
|---|---|---|---|---|
| a | Contributions: | | | |
| (1) | Received or receivable in cash from: **(A)** Employers............................... | 2a(1)(A) | 78374335 | |
| **(B)** | Participants ...................................................... | 2a(1)(B) | 87029691 | |
| **(C)** | Others (including rollovers) ..................................... | 2a(1)(C) | 22715283 | |
| (2) | Noncash contributions ............................................. | 2a(2) | 0 | |
| (3) | Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** ............. | 2a(3) | | 188119309 |
| b | Earnings on investments: | | | |
| (1) | Interest: | | | |
| **(A)** | Interest-bearing cash (including money market accounts and certificates of deposit) .......................................... | 2b(1)(A) | -7077 | |
| **(B)** | U.S. Government securities ...................................... | 2b(1)(B) | 0 | |
| **(C)** | Corporate debt instruments ..................................... | 2b(1)(C) | 0 | |
| **(D)** | Loans (other than to participants) .............................. | 2b(1)(D) | | |
| **(E)** | Participant loans ................................................ | 2b(1)(E) | 508877 | |
| **(F)** | Other ............................................................ | 2b(1)(F) | 0 | |
| **(G)** | Total interest. Add lines **2b(1)(A)** through **(F)** ................. | 2b(1)(G) | | 501800 |
| (2) | Dividends: **(A)** Preferred stock ...................................... | 2b(2)(A) | 0 | |
| **(B)** | Common stock ................................................... | 2b(2)(B) | 1506965 | |
| **(C)** | Registered investment company shares (e.g. mutual funds)........... | 2b(2)(C) | 14188270 | |
| **(D)** | Total dividends. Add lines **2b(2)(A), (B),** and **(C)** ................. | 2b(2)(D) | | 15695235 |
| (3) | Rents.............................................................. | 2b(3) | | |
| (4) | Net gain (loss) on sale of assets:  **(A)** Aggregate proceeds ...................... | 2b(4)(A) | 11752410 | |
| **(B)** | Aggregate carrying amount (see instructions) ..................... | 2b(4)(B) | 11191079 | |
| **(C)** | Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ............. | 2b(4)(C) | | 561331 |
| (5) | Unrealized appreciation (depreciation) of assets: **(A)** Real estate...................... | 2b(5)(A) | | |
| **(B)** | Other ............................................................. | 2b(5)(B) | 18879975 | |
| **(C)** | Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** .................................... | 2b(5)(C) | | 18879975 |

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts | 2b(6) | | 276997833 |
| (7) Net investment gain (loss) from pooled separate accounts | 2b(7) | | 0 |
| (8) Net investment gain (loss) from master trust investment accounts | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | 2b(10) | | 24004846 |
| **c** Other income | 2c | | 0 |
| **d** Total income. Add all **income** amounts in column (b) and enter total | 2d | | 524760329 |

### Expenses

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | 2e(1) | 94641115 | |
| (2) To insurance carriers for the provision of benefits | 2e(2) | | |
| (3) Other | 2e(3) | 0 | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)** | 2e(4) | | 94641115 |
| **f** Corrective distributions (see instructions) | 2f | | 80255 |
| **g** Certain deemed distributions of participant loans (see instructions) | 2g | | 946851 |
| **h** Interest expense | 2h | | 0 |
| **i** Administrative expenses: **(1)** Professional fees | 2i(1) | | |
| (2) Contract administrator fees | 2i(2) | | |
| (3) Investment advisory and management fees | 2i(3) | | |
| (4) Other | 2i(4) | 70 | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)** | 2i(5) | | 70 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total | 2j | | 95668291 |

### Net Income and Reconciliation

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d** | 2k | | 429092038 |
| **l** Transfers of assets: | | | |
| (1) To this plan | 2l(1) | | 0 |
| (2) From this plan | 2l(2) | | 0 |

---

**Part III** | **Accountant's Opinion**

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

(1) ☐ Unqualified    (2) ☐ Qualified    (3) ☒ Disclaimer    (4) ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?    ☒ Yes    ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

(1) Name: DELOITTE & TOUCHE LLP      (2) EIN: 13-3891517

**d** The opinion of an independent qualified public accountant is **not attached** because:

(1) ☐ This form is filed for a CCT, PSA, or MTIA.    (2) ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

**Part IV** | **Compliance Questions**

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) | 4a | X | | 80255 |
| **b** Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) | 4b | | X | |

**MERCER 17**

Schedule H (Form 5500) 2017                                    Page **4-** 1

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ..................................... | 4c | | X | |
| d | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)................................................................................................................ | 4d | | X | |
| e | Was this plan covered by a fidelity bond? ................................................................................ | 4e | X | | 25000000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ................................................................................................ | 4f | | X | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ............................................. | 4g | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?................... | 4h | | X | |
| i | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)........................................................................ | 4i | X | | |
| j | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)........................................................................ | 4j | | X | |
| k | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ........................................................... | 4k | | X | |
| l | Has the plan failed to provide any benefit when due under the plan? ...................................... | 4l | | X | |
| m | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)............................................................................................................ | 4m | | X | |
| n | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ...................................... | 4n | | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? **......** ☐ Yes ☐ No ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

**MERCER 18**

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

For calendar plan year 2017 or fiscal plan year beginning 01/01/2017 and ending 12/31/2017

| **A** Name of plan<br>BLACKROCK RETIREMENT SAVINGS PLAN | **B** Three-digit plan number (PN) ▶ 001 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>BLACKROCK, INC. | **D** Employer Identification Number (EIN)<br>32-0174431 |

| **Part I** | **Distributions** |
|---|---|

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ...................................................................................................................... | **1** | 0

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

   EIN(s):  94-1687665 _____   _____

   **Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ...................................................................................................................... | **3** |

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ......................... ☐ Yes ☐ No ☐ N/A

   **If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver. **Date:** Month _____ Day _____ Year _____

   **If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6  a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ...................................................................................................................... | **6a** |

   **b** Enter the amount contributed by the employer to the plan for this plan year ..................................... | **6b** |

   **c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ...................................................................... | **6c** |

   **If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? ......................... ☐ Yes ☐ No ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ...................................................................... ☐ Yes ☐ No ☐ N/A

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box. ☐ Increase ☐ Decrease ☐ Both ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan?................. ☐ Yes ☐ No

**11  a** Does the ESOP hold any preferred stock? ...................................................................... ☐ Yes ☐ No

   **b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ...................................................................... ☐ Yes ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ...................................................................... ☐ Yes ☐ No

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule R (Form 5500) 2017
v. 170203

Schedule R (Form 5500) 2017

Page **2 -** 1

| **Part V** | **Additional Information for Multiemployer Defined Benefit Pension Plans** |

**13** Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**  Name of contributing employer

**b**  EIN                     **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents) _____
  (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify):

**a**  Name of contributing employer

**b**  EIN                     **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents) _____
  (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                     **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents) _____
  (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                     **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents) _____
  (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                     **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents) _____
  (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                     **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
  (1)  Contribution rate (in dollars and cents) _____
  (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**MERCER 20**

Page **3**

| | | |
|---|---|---|
| **14** | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | |
| **a** | The current year ......................................................................................................... | **14a** | |
| **b** | The plan year immediately preceding the current plan year.......................................... | **14b** | |
| **c** | The second preceding plan year .................................................................................. | **14c** | |
| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | |
| **a** | The corresponding number for the plan year immediately preceding the current plan year ............................... | **15a** | |
| **b** | The corresponding number for the second preceding plan year ...................................... | **15b** | |
| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | |
| **a** | Enter the number of employers who withdrew during the preceding plan year  ...................................... | **16a** | |
| **b** | If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers ........................................................................ | **16b** | |

**17**   If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ............................................................................................................................... ☐

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18**   If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ................................................................................................................ ☐

**19**   If the total number of participants is 1,000 or more, complete lines (a) through (c)
    **a**   Enter the percentage of plan assets held as:
        Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%
    **b**   Provide the average duration of the combined investment-grade and high-yield debt:
        ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more
    **c**   What duration measure was used to calculate line 19(b)?
        ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

**MERCER 21**

# BlackRock Retirement Savings Plan

Employer ID No: 32-0174431
Plan Number: 001

Financial Statements as of December 31, 2017 and
2016, and for the Year Ended December 31, 2017,
and Supplemental Schedules as of and for the Year
Ended December 31, 2017, and Independent
Auditors' Report

# BLACKROCK RETIREMENT SAVINGS PLAN

## TABLE OF CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1-2 |
| FINANCIAL STATEMENTS: |  |
| Statements of Assets Available for Benefits as of December 31, 2017 and 2016 | 3 |
| Statement of Changes in Assets Available for Benefits for the Year Ended December 31, 2017 | 4 |
| Notes to Financial Statements as of December 31, 2017 and 2016, and for the Year Ended December 31, 2017 | 5-13 |
| SUPPLEMENTAL SCHEDULES: | 14 |
| Form 5500, Schedule H, Part IV, Line 4a — Schedule of Delinquent Participant Contributions for the Year Ended December 31, 2017 | 15 |
| Form 5500, Schedule H, Part IV, Line 4i — Schedule of Assets (Held at End of Year) as of December 31, 2017 | 16 |

NOTE: All other supplemental schedules required by 29 CFR 2520.103-10 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 have been omitted because they are not applicable.



**Deloitte & Touche LLP**
30 Rockefeller Plaza
New York, NY 10112-0015
USA

Tel: +1 212 492 4000
Fax: +1 212 489 1687
www.deloitte.com

**INDEPENDENT AUDITORS' REPORT**

To the Plan Administrator and Participants of
BlackRock Retirement Savings Plan:

### Report on the Financial Statements

We were engaged to audit the accompanying financial statements of the BlackRock Retirement Savings Plan (the "Plan"), which comprise the statements of assets available for benefits as of December 31, 2017 and 2016, and the related statement of changes in assets available for benefits for the year ended December 31, 2017, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on conducting the audit in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

### Basis for Disclaimer of Opinion

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 3, which was certified by Bank of America, N.A., the trustee of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the plan administrator that the trustee holds the Plan's investment assets and executes investment transactions. The plan administrator has obtained certifications from the trustee as of December 31, 2017 and 2016, and for the year ended December 31, 2017, that the information provided to the plan administrator by the trustee is complete and accurate.

### Disclaimer of Opinion

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter**

The supplemental schedule of assets (held at end of year) as of December 31, 2017 and schedule of delinquent participant contributions for the year ended December 31, 2017 are required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 and are presented for the purpose of additional analysis and are not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on these supplemental schedules.

**Report on Form and Content in Compliance with Department of Labor Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the trustee, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Deloitte & Touche LLP*

August 16, 2018

**MERCER 25**

# BLACKROCK RETIREMENT SAVINGS PLAN

**STATEMENTS OF ASSETS AVAILABLE FOR BENEFITS
AS OF DECEMBER 31, 2017 and 2016**

| | | 2017 | | 2016 |
|---|---|---|---|---|
| ASSETS: | | | | |
| Participant-directed investments at fair value: | | | | |
| Mutual funds | $ | 149,947,466 | $ | 110,964,420 |
| BlackRock, Inc. common stock | | 66,783,066 | | 54,807,661 |
| The PNC Financial Services Group, Inc. common stock | | 7,344,597 | | 6,756,461 |
| Collective trusts | | 1,898,540,228 | | 1,534,357,175 |
| Self-directed brokerage accounts | | 18,536,240 | | 9,003,355 |
| Total investments | | 2,141,151,597 | | 1,715,889,072 |
| Non-interest-bearing cash | | 338,193 | | 55,349 |
| RECEIVABLES: | | | | |
| Notes receivable from participants | | 15,198,144 | | 15,045,966 |
| Employer contributions receivable | | 51,154,091 | | 47,764,522 |
| Accrued investment income | | 1,625 | | 8,702 |
| Total receivables | | 66,353,860 | | 62,819,190 |
| ASSETS AVAILABLE FOR BENEFITS | $ | 2,207,843,650 | $ | 1,778,763,611 |

See notes to financial statements.

**MERCER 26**

# BLACKROCK RETIREMENT SAVINGS PLAN

**STATEMENT OF CHANGES IN ASSETS AVAILABLE FOR BENEFITS**
**FOR THE YEAR ENDED DECEMBER 31, 2017**

| | | |
|---|---|--:|
| ADDITIONS: | | |
| Contributions: | | |
| Participant contributions | $ | 87,029,691 |
| Employer contributions | | 78,374,335 |
| Participant rollover contributions | | 22,715,283 |
| Total contributions | | 188,119,309 |
| Investment income: | | |
| Net appreciation in fair value of investments | | 320,443,985 |
| Interest and dividends | | 15,688,158 |
| Net investment income | | 336,132,143 |
| Interest income on notes receivable from participants | | 508,877 |
| Total additions | | 524,760,329 |
| DEDUCTIONS: | | |
| Benefits and withdrawals paid to participants | | 95,680,220 |
| Administrative expenses | | 70 |
| Total deductions | | 95,680,290 |
| NET INCREASE IN ASSETS | | 429,080,039 |
| ASSETS AVAILABLE FOR BENEFITS: | | |
| Beginning of year | | 1,778,763,611 |
| End of year | $ | 2,207,843,650 |

See notes to financial statements.

**MERCER 27**

**BLACKROCK RETIREMENT SAVINGS PLAN**

**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2017 AND 2016, AND FOR THE YEAR ENDED DECEMBER 31, 2017**

1. **DESCRIPTION OF THE PLAN**

The following description of the BlackRock Retirement Savings Plan (the "Plan"), sponsored by BlackRock, Inc. (the "Company" or "BlackRock"), is provided for general information purposes only. Participants should refer to the Plan document for more complete information.

**General** — The Plan is a defined contribution plan established on October 1, 2006. The BlackRock Retirement Committee controls and manages the operation and administration of the Plan. Effective September 22, 2006, Bank of America, N.A. serves as the trustee (the "Trustee") of the Plan. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

**Eligibility for Employee Contributions** — Employees of the Company or any of its participating employers (as defined by the Plan) in the United States are eligible to participate in the Plan at commencement of employment. Each participant may elect to make contributions to the Plan on a pre-tax basis and on a Roth 401(k) basis through payroll deductions from 1% to 50% of such participant's eligible compensation (as defined by the Plan) subject to certain Internal Revenue Code ("IRC") limitations. Newly eligible employees are automatically enrolled in the Plan at a pre-tax savings rate of 8% following a thirty-day opt-out period. In addition, participants who are age 50 or older can make additional catch-up contributions to the Plan subject to certain IRC limitations. Participants may also contribute amounts representing distributions from other qualified defined benefit or defined contribution plans.

Effective January 1, 2016, participants can elect to have certain vested non-Roth account balances in the Plan converted into Roth amounts via an in-Plan Roth rollover, which will become part of a participant's after-tax Roth 401(k) contributions.

**Eligibility for Company Contributions** —The Company matches 50% of the first 8% of each participant's eligible compensation contributed to the Plan, up to a maximum of $5,000 annually. In addition, the Company makes an annual Company Retirement Contribution ranging from 3% to 5% of eligible compensation to each participant who has attained one year of service and remains employed by the Company at the end of the Plan year subject to certain IRC limitations. Participants separated from the Company for reason of death, disability, or retirement (as defined by the Plan) are also eligible for the annual Company Retirement Contribution in the year of separation. As of December 31, 2017 and 2016, employer contributions receivable totaled $51,154,091 and $47,764,522, respectively.

**Participant Accounts** — Individual accounts are maintained for each Plan participant. Each participant's account is credited with the participant's contribution, the Company's matching and retirement contributions, and allocations of Plan earnings, and is charged with withdrawals and an allocation of Plan losses. Allocations are based on participant earnings or account balances, as defined. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

**Vesting** — Participants are always 100% vested in contributions to the Plan made from their eligible compensation and in amounts rolled over from a former qualified retirement plan and, in each case, the

**MERCER 28**

earnings thereon. The vesting of contributions transferred from another qualified plan is dependent upon the terms of the transfer as outlined in the terms of the Plan. Participants become vested in Company matching and retirement contributions and earnings thereon upon completion of three years of service. Full vesting in Company matching and retirement contributions also occurs upon a participant's death, disability, or attainment of retirement, as defined by the Plan.

**Investment Options —** Participants direct the investment of their contributions and Company matching and retirement contributions into the various investment options offered by the Plan. Participants can also invest up to 50% of their Plan account balance in a selection of exchange traded funds ("ETFs") offered through a self-directed brokerage window. The BlackRock, Inc. common stock and The PNC Financial Services Group, Inc. ("PNC") common stock are frozen investments.

**Forfeitures —** Participants who terminate employment before they are 100% vested in Company contributions forfeit the nonvested portion of Company contributions allocated to their accounts.

During the year ended December 31, 2017, Company contributions were reduced by $1,570,155 of forfeited nonvested amounts. Any forfeited nonvested amounts may be used to reduce future Company contributions. At December 31, 2017, no forfeited nonvested amounts remain.

**Notes Receivable from Participants** — Participants may borrow from their individual accounts the lesser of a maximum of $50,000 or 50% of their vested account balance. Interest rates on loans are calculated based on the prime rate of interest as published in the *Wall Street Journal* on the last business day of the month prior to the loan request. Interest rates on the loans are fixed. General purpose loans have a maximum term of five years, and principal residence loans have a maximum term of fifteen years. Acquisition-related participants with outstanding loans prior to transferring into the Plan may be entitled to an exemption from the current loan terms of the Plan. Principal and interest are repaid ratably through payroll deductions. As of December 31, 2017, interest rates range from 3.25% to 10.25% and maturity dates range from 2018 to 2032.

**Payment of Benefits** — Distributions of account balances occur upon a participant's retirement, death, or other termination of employment. A participant or a beneficiary may receive a lump-sum distribution of cash and/or securities or may transfer the balance to an individual retirement account or other employer-sponsored plan.

Effective January 1, 2016, an installment distribution option is available following the date that a participant has (or would have) reached age 59 ½, provided, that, they have retired, died or terminated employment. Installment distributions can be in the form of a number of payments fixed at the time distributions commence; a variable number of payments with a fixed payment amount per payment until the Plan account has been distributed in full; or over a period of time based on the life expectancy of the participant, their spouse or non-spouse beneficiary, or the greater of the two.

**In-Service Withdrawals** — In-service withdrawals are permitted under certain circumstances. There are two types of withdrawals: hardship and non-hardship. A hardship withdrawal is available under limited circumstances and is paid in cash. Once a participant receives a hardship withdrawal, the participant is not able to make contributions to the Plan for a period of six months from the date of the hardship withdrawal. For participants under age 59½, a non-hardship withdrawal is only available for amounts attributable to rollover contributions. Upon attainment of age 59½, a participant may request a withdrawal of all or a portion of his/her account while maintaining active employment.

MERCER 29

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Basis of Accounting** — The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

**Uses of Estimates** — The preparation of financial statements in conformity with GAAP requires Plan management to make estimates and assumptions that affect the reported amounts of assets, liabilities, and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates and assumptions.

**Risks and Uncertainties** — The Plan utilizes various investment instruments, including common stock, mutual funds, collective trusts and ETFs. Investment securities, in general, are exposed to various risks, such as interest rate, credit, counterparty, and overall market risks. Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of the investment securities will occur in the near term and that such changes could materially affect the value of the participants' account balances and the amounts reported in the financial statements.

**Investment Valuation** — The Plan's investments are stated at fair value as determined by Plan management. Fair value of a financial instrument is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.

The financial statements reflect the requirements of Accounting Standards Codification 820-10, *Fair Value Measurements and Disclosures* ("ASC 820-10")*,* which defines fair value, establishes a framework for measuring fair value, and requires enhanced disclosures about fair value measurements. ASC 820-10 requires disclosure of the fair value of financial instruments according to a fair value hierarchy (i.e., Level 1, 2, and 3, as defined). Additionally, the Plan is required to provide enhanced disclosure regarding instruments in the Level 3 category (which have inputs to the valuation techniques that are unobservable and require significant management judgment), including a reconciliation of the beginning and ending balances separately for each major category of assets and liabilities.

The following provides a description of the three levels of inputs that may be used to measure fair value under ASC 820-10, the types of Plan investments that fall under each category, and the valuation methodologies used to measure these investments at fair value.  There have been no changes in the methodologies used at December 31, 2017 and 2016.

*Level 1 —* Inputs to the valuation methodology are quoted prices available in active markets for identical investments as of the reporting date.

1.   *BlackRock, Inc. and PNC Common Stock:*

The Plan holds common stocks of publicly traded companies that are valued at the closing exchange prices in active markets.

2.   *Mutual Funds:*

The Plan invests in publicly registered mutual funds that are valued at net asset value ("NAV"), which is based on the value of mutual funds assets less liabilities and then divided by the number of shares outstanding. The mutual funds' NAVs are quoted prices in active markets.

MERCER 30

*3.  Self-directed Brokerage Accounts – ETFs:*

The ETFs are valued at market prices in active markets.

***Level 2 —*** Inputs to the valuation methodology are other than quoted prices in active markets, which are either directly or indirectly observable as of the reporting date, and fair value can be determined through the use of models or other valuation methodologies.

***Level 3 —*** Inputs to the valuation methodology are unobservable inputs in situations where there is little or no market activity for the asset or liability and the reporting entity makes estimates and assumptions related to the pricing of the asset or liability including assumption regarding risk.

***Investments in Collective Trusts that Calculate Net Asset Value Per Share As A Practical Expedient*** — The Plan invests in collective trusts whose units are investment securities valued by dividing the respective trust's NAV (based on the value of the trust's assets less liabilities) as a practical expedient on the calculation date by the number of units outstanding on that date. The unit value is not quoted in active public markets.

**Notes Receivable from Participants** — Notes receivable from participants represent participant loans that are recorded at their unpaid principal balance plus any accrued but unpaid interest. Interest income on notes receivable from participants is recorded when it is earned. No allowance for credit losses has been recorded as of December 31, 2017 and 2016. If a participant ceases to make loan repayments and the Plan administrator accounts for the default as a distribution, the participant loan balance is reduced and a benefit payment is recorded. During the year ended December 31, 2017, such distributions were $946,851. In addition, none of the defaulted loans in the amount of $65,170 distributed to the respective participants for taxes in the form of deemed distributions in prior years resumed payment in 2017. This amount is no longer reported as an asset in the Form 5500.

**Investment Income** — Interest income is recorded on the accrual basis. Purchases and sales of securities are recorded on a trade-date basis. Dividends are recorded on the ex-dividend date. Dividends and interest received by the Plan are reinvested into the respective funds, with the exception of the dividends paid on the BlackRock and PNC common stock investments, which are reinvested into an investment option designated by the participants. Management fees and other operating expenses charged by the mutual funds, collective trusts, and ETFs are deducted from income earned on these investments on a daily basis. These costs are borne indirectly by the Plan and are not separately reflected in the financial statements. Consequently, management fees and operating expenses of the funds are reflected as a reduction of investment return for such investments. Net appreciation includes the Plan's gains and losses on investments bought and sold as well as held during the year.

**Administrative Expenses** — Certain administrative expenses of the Plan are paid by the Plan or the Company as provided in the Plan document. The Company pays all recordkeeping and trustee fees associated with the Plan directly as a Company operating expense.

**Payment of Benefits** — Benefit payments to participants are recorded upon distribution. Amounts allocated to accounts of persons who have elected to withdraw from the Plan but have not yet been paid were $275,668 and $48,187 at December 31, 2017 and 2016, respectively.

**3.   INFORMATION CERTIFIED BY THE TRUSTEE**

The following is a summary of the unaudited information regarding the Plan as of December 31, 2017 and 2016, and for the year ended December 31, 2017, included in the Plan's financial statements and

supplemental schedules, that was prepared by or derived from information prepared by the Trustee and furnished to the Plan administrator. The Plan administrator has obtained certifications from the Trustee that such information is complete and accurate.

| Statements of Assets Available for Benefits | | 2017 | | 2016 |
|---|---|---|---|---|
| Participant-directed investments at fair value | $ | 2,141,151,597 | $ | 1,715,889,072 |
| Accrued investment income | $ | 1,625 | $ | 8,702 |
| Notes receivable from participants | $ | 15,198,144 | $ | 15,045,966 |

| Statement of Changes in Assets Available for Benefits: | | Year Ended December 31, 2017 |
|---|---|---|
| Investment income: | | |
| Net appreciation in fair value of investments | $ | 320,443,985 |
| Interest and dividends | | 15,688,158 |
| Net investment income | $ | 336,132,143 |
| Interest income on notes receivable from participants | $ | 508,877 |

All investment balances and information included in Note 7 and in the supplemental schedule of assets (held at end of year) as of December 31, 2017, excluding the leveling of investments in Note 7, have been certified by the Trustee.

4.   **EXEMPT PARTY-IN-INTEREST TRANSACTIONS**

Bank of America, N.A., a subsidiary of Bank of America Corporation is the Trustee of the Plan. Certain mutual funds, collective trusts and self-directed brokerage accounts – ETFs offered as investment options under the Plan are managed by the Company. The Plan issues loans to participants, which are secured by the vested balances in the participants' accounts.

Fees paid indirectly by the Plan for investment management services are described in the mutual funds and collective trusts prospectuses and self-directed brokerage accounts – ETFs plan documentation of the designated investment options. In addition, fees are included as a reduction of the return earned on such products.

Certain employees and officers of the Company, who may also be participants in the Plan, perform administrative services to the Plan at no cost to the Plan.

At December 31, 2017 and 2016, the Plan held 130,001 and 144,026 shares, respectively, of common stock of BlackRock, Inc., the sponsoring employer, with a market value of $66,783,066 and

- 9 -

$54,807,661, respectively. At December 31, 2017 and 2016, the Plan held 50,901 and 57,767 shares, respectively, of PNC common stock with a market value of $7,344,597 and $6,756,461, respectively. PNC owned approximately 21.2% and 21.3% of BlackRock's voting common stock outstanding as of December 31, 2017 and 2016, respectively and held approximately 21.7% and 22.0% of BlackRock's capital stock, respectively. Cash dividends are not reinvested in BlackRock or PNC common stock; they are reinvested at the direction of the participants. No new contributions may be made to these stock investments. Transfers may be made from these stock investments to other investment options available under the Plan. Once transferred to other investment funds, these amounts may not be reinvested back to these investments.

The Plan uses Merrill Lynch, Pierce, Fenner & Smith Incorporated (the "Broker-Dealer"), a registered broker-dealer and a wholly owned subsidiary of Bank of America Corporation, to provide recordkeeping and administrative services for the Plan and its affiliates as Trustee. In order for the Plan to address any concern regarding these relationships to be considered a prohibited transaction under Section 406 of ERISA, all compensation to the Broker-Dealer and the Trustee for their services is paid directly by the Company, with the limited exception of a per-trade fee within the Plan's self-directed brokerage accounts.  This per-trade fee is reasonable compensation and not excessive under the circumstances in either amount or frequency and should be considered an exempt party-in-interest transaction.

To facilitate this arrangement, the portion of transfer agent fees, service fees, and distributions fees (collectively, "Fund Service Fees") charged by the Broker-Dealer to the mutual fund under contractual agreements, which are allocable to the Plan, are reimbursed by the Broker-Dealer to the Plan. The reimbursement occurs monthly through timely deposits of funds by the Broker-Dealer to a separate account (the "Expense Reimbursement Account") established under the Plan's trust. The assets in the Expense Reimbursement Account are used to pay reasonable and proper Plan expenses per ERISA guidelines. Any amounts remaining after the payment of expenses are allocated to Plan participants based upon participant balances as of the end of the year.

During the year ended December 31, 2017, the Broker-Dealer reimbursed $4,213 to the Plan. Such amount was allocated to the Plan participants who were invested in the fund, which generated revenue sharing, as of December 31, 2016. The remaining balance of $1,203 was allocated to Plan participants who were invested in the fund as of December 31, 2017.

5.   **PLAN TERMINATION**

Although it has not expressed any intention to do so, the Company has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions set forth in ERISA. In the event that the Plan is terminated, participants would become 100% vested in their accounts and their accounts will be distributed in accordance with the Plan document.

6.   **FEDERAL INCOME TAX STATUS**

The Internal Revenue Service ("IRS") has determined and informed the Company by a letter dated December 26, 2017, that the Plan and related trust were designed in accordance with the applicable regulations of the IRC. The Plan management believes the Plan is currently designed and being operated in compliance with the applicable requirements of the IRC and the Plan continues to be tax-exempt. Therefore, no provision for income taxes has been recorded in the Plan's financial statements.

The Plan is subject to routine audits by taxing jurisdictions and the Plan could be subject to income tax if certain issues were found by the IRS that could result in the disqualification of the Plan's tax-exempt status.

## 7.   FAIR VALUE DISCLOSURES

The Plan invests in publicly registered mutual funds that are valued at NAV, which are quoted in active markets.  The Plan also holds BlackRock and PNC common stocks, publicly traded companies, which are valued at the closing exchange prices in active markets. A summary of such investments (a Level 1 input as defined by Accounting Standards Codification) as of December 31, 2017 and 2016 are as follows:

| | 2017 | 2016 |
|---|---|---|
| Mutual Funds | $ 149,947,466 | $ 110,964,420 |
| BlackRock, Inc. common stock | 66,783,066 | 54,807,661 |
| The PNC Financial Services Group, Inc. common stock | 7,344,597 | 6,756,461 |
| Self-directed brokerage accounts - ETFs | 18,536,240 | 9,003,355 |
| | $ 242,611,369 | $ 181,531,897 |

Transfers in and/or out of levels are reflected as of the beginning of the period when significant inputs to the valuation methodologies used for the fair value measurement become observable/unobservable or due to changes in the availability/unavailability of quoted prices in active/inactive markets. For the years ended December 31, 2017 and December 31, 2016, there were no transfers in or out of any levels.

A summary of the Plan's investments with a reported NAV as a practical expedient as of December 31, 2017 and 2016 are as follows:

| | | | Fair Value Estimated Using NAV Per Share | | |
|---|---|---|---|---|---|
| Investment | Fair Value* | Unfunded Commitment | Redemption Frequency | Other Redemption Restrictions | Redemption Notice Period |
| **December 31, 2017**: | | | | | |
| Collective trusts**: | | | | | |
| Multi-asset | $  902,987,041 | $          - | Daily | None | None |
| Equity | 719,895,747 | - | Daily | None | None |
| Fixed income | 85,809,590 | - | Daily | None | None |
| Global allocation | 189,847,850 | - | Daily | None | None |
| | $1,898,540,228 | $          - | | | |
| **December 31, 2016** | | | | | |
| Collective trusts**: | | | | | |
| Multi-asset | $  721,003,084 | $          - | Daily | None | None |
| Equity | 564,633,757 | - | Daily | None | None |
| Fixed income | 77,612,571 | - | Daily | None | None |
| Global allocation | 171,107,763 | - | Daily | None | None |
| | $1,534,357,175 | $          - | | | |

  * The fair value of the investment has been estimated using the NAV of the investment.

  ** Generally, there are no restrictions on a participant's ability to redeem their investment in the common collective trust at the investment's NAV. However, withdrawals prompted by certain events (e.g., termination of the managed income portfolio, changes in laws or regulations) may temporarily restrict a participant's ability to redeem the investment at its NAV.

## 8.   RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500

A reconciliation of assets available for benefits per the financial statements to the Form 5500 as of December 31, 2017 and 2016 are as follows:

|  | | 2017 | | 2016 |
|---|---|---|---|---|
| Assets available for benefits per the financial statements | $ | 2,207,843,650 | $ | 1,778,763,611 |
| Deemed distributions | | (65,170) | | (77,169) |
| Net assets per Form 5500 | $ | 2,207,778,480 | $ | 1,778,686,442 |

For the year ended December 31, 2017, the following is a reconciliation of increase in assets per the financial statements to the Form 5500:

|  | | 2017 |
|---|---|---|
| Increase in assets per the financial statements | $ | 429,080,039 |
| Deemed distributions | | 11,999 |
| Total net income per Form 5500 | $ | 429,092,038 |

## 9.   NONEXEMPT PARTY-IN-INTEREST TRANSACTIONS

The Company remitted the July 2017 participant contributions of $80,088 to the trustee on August 2, 2017, which was later than required by Department of Labor ("DOL") Regulation 2510.3-102. The Company filed Form 5330 with the IRS and paid the required excise tax on the transaction. In addition, participant accounts were credited with the amount of investment income that would have been earned had the participant contribution been remitted on a timely basis.

## 10.   CONTINGENCIES

On April 5, 2017, BlackRock, Inc., BlackRock Institutional Trust Company, N.A. ("BTC"), the BlackRock, Inc. Retirement Committee and various sub-committees, and a BlackRock employee were named as defendants in a purported class action lawsuit brought in the U.S. District Court for the Northern District of California by a former employee on behalf of all Plan participants and beneficiaries in the Plan from April 5, 2011 to the present. The lawsuit generally alleges that the defendants breached their duties towards Plan participants in violation of the Employee Retirement Income Security Act of 1974 by, among other things, offering investment options that were overly expensive, underperformed peer funds, focused disproportionately on active versus passive strategies, and were unduly concentrated with investment options managed by BlackRock. While the complaint does not contain any specific amount in alleged damages, it claims that the purported underperformance and hidden fees cost Plan participants more than $60 million. On October 10, 2017, the plaintiffs filed an Amended Complaint, which, among other things, adds as defendants certain current and former members of the BlackRock Retirement and Investment Committees. The Amended Complaint also includes a new purported class claim on behalf of investors in certain Collective Trust Funds ("CTFs") managed by BTC. Specifically, the plaintiffs allege that BTC, as fiduciary to the CTFs, engaged in self-dealing by, most significantly, selecting itself as the lending agent on terms that plaintiffs claim were excessive.  The defendants believe the claims in this lawsuit are without merit and are vigorously defending the action. BlackRock moved to dismiss the Amended Complaint on November 8, 2017. On July 13, 2018, the plaintiffs sought leave of the court to file a Second Amended Complaint to add additional defendants and additional allegations regarding BTC's securities lending services and fees. On August 3, 2018, the defendants opposed the plaintiffs' request to file a Second Amended Complaint.

**11.  SUBSEQUENT EVENTS**

On August 1, 2018, BlackRock completed the acquisition of Tennenbaum Capital Partners, LLC ("TCP").  Upon closing, prior service of TCP employees is deemed to be service under the participation and vesting provisions of the Plan.

In addition, the Company reviewed subsequent events occurring through August 16, 2018, the date that these financial statements were available to be issued, and determined that no additional subsequent events occurred that would require accrual or additional disclosures.

\* \* \* \* \* \*

**MERCER 36**

**SUPPLEMENTAL SCHEDULES**

# BLACKROCK RETIREMENT SAVINGS PLAN

**Plan Number: 001**
**EIN#: 32-0174431**

**FORM 5500, SCHEDULE H, PART IV, Line 4a - SCHEDULE OF DELINQUENT PARTICIPANT CONTRIBUTIONS**
**FOR THE YEAR ENDED DECEMBER 31, 2017**

| | Total That Constitute Nonexempt Prohibited Transactions: $80,255** | | | Total Fully Corrected under VFCP* and PTE 2002-51 |
| --- | --- | --- | --- | --- |
| | Contributions Not Corrected: | Contributions Corrected Outside VFCP*: | Contributions Pending Correction in VFCP*: | |
| Check here if late participant loan contributions are included: ☐ | | | | |
| 2017 participant contributions transferred late to the Plan | $          - | $     80,255 | $          - | $          - |

* Voluntary Fiduciary Corrections Program ("VDCP")

** In 2017, the Company remitted $80,088 of late contributions related to 2017 and $167 in lost earnings associated with these 2017 late contributions.

See accompanying Independent Auditors' Report.

# BLACKROCK RETIREMENT SAVINGS PLAN

**Plan Number: 001**
**EIN#: 32-0174431**

**FORM 5500, SCHEDULE H, Part IV, LINE 4i - SCHEDULE OF ASSETS (HELD AT END OF YEAR)**
**AS OF DECEMBER 31, 2017**

| (a) | (b) Identify of Issue, Borrower, Lessor, or Similar Party | (c) Description of Investment, Including Maturity Date, Rate of Interest Collateral, and Par or Maturity Value | (d) Cost ** | (e) Current Value |
|---|---|---|---|---|
| * | BlackRock Russell 1000 Fund F | Collective trust | $ - | $ 213,880,116 |
| * | Blackrock Global Alloc Collec Fund F | Collective trust | | 189,847,850 |
| * | Active Stock Fund F | Collective trust | | 140,872,301 |
| * | LifePath Index 2040 Fund F | Collective trust | | 134,959,232 |
| * | LifePath Index 2045 Fund F | Collective trust | | 124,480,686 |
| * | LifePath Index 2035 Fund F | Collective trust | | 121,516,316 |
| * | Equity Dividend Fund F | Collective trust | | 115,352,003 |
| * | Short-Term Investment Fund | Collective trust | | 112,601,983 |
| * | LifePath Index 2050 Fund F | Collective trust | | 102,142,701 |
| * | LifePath Index 2030 Fund F | Collective trust | | 99,777,974 |
| * | Russell 2000 Alpha Tilts Fund F | Collective trust | | 92,838,507 |
| * | LifePath Index 2055 Fund F | Collective trust | | 80,883,926 |
| * | Emrg Mrkts Indx Non-Lendable Fnd F | Collective trust | | 80,004,417 |
| * | BlkRck MSCI ACWI Ex US IMI IDX FD F | Collective trust | | 76,948,403 |
| | American Euro Pacific | Registered investment company | | 69,527,228 |
| | Harbor Capital Appreciation | Registered investment company | | 69,047,800 |
| * | BlackRock, Inc. common stock | Common stock | | 66,783,066 |
| * | LifePath Index 2025 Fund F | Collective trust | | 54,801,594 |
| * | BlackRock Total Return Bond Fund F | Collective trust | | 43,913,862 |
| * | LifePath Index 2020 Fund F | Collective trust | | 23,578,193 |
| * | BlackRock U.S. TIPS Fund F | Collective trust | | 22,772,471 |
| * | LifePath Index 2060 Fund F | Collective trust | | 19,136,368 |
| * | US Debt Index Fund F | Collective trust | | 19,123,257 |
| * | Self-Directed Brokerage Accounts | Self-directed brokerage account | | 18,536,240 |
| * | LifePath Index Retirement Fund F | Collective trust | | 17,000,675 |
| * | Strategic Income Opp Bond Fund F | Collective trust | | 12,107,392 |
| * | BlackRock Low Duration Bond Fund | Registered investment company | | 11,372,439 |
| * | The PNC Financial Services Group, Inc. Common Stock | Common stock | | 7,344,597 |
| | Accrued investment income | | | 1,625 |
| | | | - | 2,141,153,222 |
| * | Notes receivable from participants | Participant loans (maturing 2018 to 2032 at interest rate of 3.25% to 10.25%)*** | | 15,132,974 |
| | TOTAL | | | $2,156,286,196 |

* Party-in-interest as defined by ERISA
** Cost information is not required for participant-directed investments and is, therefore, not included.
*** Net of $65,170 in deemed loan distributions

See accompanying Independent Auditors' Report.

- 16 -

| **SCHEDULE H**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

For calendar plan year 2017 or fiscal plan year beginning                                        and ending

| **A** Name of plan | **B**   Three-digit<br>          plan number (PN)          ▶ | |
|---|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number (EIN) | |

| **Part I** | **Asset and Liability Statement** |
|---|---|

**1**  Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ......................................................... | **1a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
|    **(1)** Employer contributions................................................ | **1b(1)** | | |
|    **(2)** Participant contributions.............................................. | **1b(2)** | | |
|    **(3)** Other................................................................................ | **1b(3)** | | |
| **c** General investments: | | | |
|    **(1)** Interest-bearing cash (include money market accounts & certificates of deposit).................................. | **1c(1)** | | |
|    **(2)** U.S. Government securities ......................................... | **1c(2)** | | |
|    **(3)** Corporate debt instruments (other than employer securities): | | | |
|       **(A)** Preferred ............................................................... | **1c(3)(A)** | | |
|       **(B)** All other ................................................................. | **1c(3)(B)** | | |
|    **(4)** Corporate stocks (other than employer securities): | | | |
|       **(A)** Preferred ............................................................... | **1c(4)(A)** | | |
|       **(B)** Common.................................................................. | **1c(4)(B)** | | |
|    **(5)** Partnership/joint venture interests ............................. | **1c(5)** | | |
|    **(6)** Real estate (other than employer real property).................... | **1c(6)** | | |
|    **(7)** Loans (other than to participants) ............................... | **1c(7)** | | |
|    **(8)** Participant loans............................................................ | **1c(8)** | | |
|    **(9)** Value of interest in common/collective trusts ............. | **1c(9)** | | |
|    **(10)** Value of interest in pooled separate accounts ......... | **1c(10)** | | |
|    **(11)** Value of interest in master trust investment accounts ......... | **1c(11)** | | |
|    **(12)** Value of interest in 103-12 investment entities................ | **1c(12)** | | |
|    **(13)** Value of interest in registered investment companies (e.g., mutual funds)................................................................ | **1c(13)** | | |
|    **(14)** Value of funds held in insurance company general account (unallocated contracts)........................................................ | **1c(14)** | | |
|    **(15)** Other.............................................................................. | **1c(15)** | | |

| | | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|---|
| **1d** | Employer-related investments: | | | |
| | **(1)** Employer securities ............................................... | **1d(1)** | | |
| | **(2)** Employer real property ......................................... | **1d(2)** | | |
| **e** | Buildings and other property used in plan operation ...................................... | **1e** | | |
| **f** | Total assets (add all amounts in lines 1a through 1e) ................................. | **1f** | | |

### Liabilities

| | | | | |
|---|---|---|---|---|
| **g** | Benefit claims payable.............................................. | **1g** | | |
| **h** | Operating payables ................................................... | **1h** | | |
| **i** | Acquisition indebtedness ........................................... | **1i** | | |
| **j** | Other liabilities ........................................................ | **1j** | | |
| **k** | Total liabilities (add all amounts in lines 1g through1j) ................................. | **1k** | | |

### Net Assets

| | | | | |
|---|---|---|---|---|
| **l** | Net assets (subtract line 1k from line 1f) ................................. | **1l** | | |

---

**Part II** | **Income and Expense Statement**

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | **(a)** Amount | **(b)** Total |
|---|---|---|---|---|
| **a** | **Contributions:** | | | |
| | **(1)** Received or receivable in cash from: **(A)** Employers............................... | **2a(1)(A)** | | |
| | **(B)** Participants............................................................... | **2a(1)(B)** | | |
| | **(C)** Others (including rollovers) ..................................... | **2a(1)(C)** | | |
| | **(2)** Noncash contributions ............................................. | **2a(2)** | | |
| | **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)**.............. | **2a(3)** | | |
| **b** | **Earnings on investments:** | | | |
| | **(1)** Interest: | | | |
| | **(A)** Interest-bearing cash (including money market accounts and certificates of deposit)............. | **2b(1)(A)** | | |
| | **(B)** U.S. Government securities ....................................... | **2b(1)(B)** | | |
| | **(C)** Corporate debt instruments ...................................... | **2b(1)(C)** | | |
| | **(D)** Loans (other than to participants)............................. | **2b(1)(D)** | | |
| | **(E)** Participant loans ...................................................... | **2b(1)(E)** | | |
| | **(F)** Other ....................................................................... | **2b(1)(F)** | | |
| | **(G)** Total interest. Add lines **2b(1)(A)** through **(F)**............... | **2b(1)(G)** | | |
| | **(2)** Dividends: **(A)** Preferred stock...................................... | **2b(2)(A)** | | |
| | **(B)** Common stock............................................................ | **2b(2)(B)** | | |
| | **(C)** Registered investment company shares (e.g. mutual funds) .......... | **2b(2)(C)** | | |
| | **(D)** Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | **2b(2)(D)** | | |
| | **(3)** Rents............................................................................. | **2b(3)** | | |
| | **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds.................... | **2b(4)(A)** | | |
| | **(B)** Aggregate carrying amount (see instructions) ........... | **2b(4)(B)** | | |
| | **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ............. | **2b(4)(C)** | | |
| | **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate.................... | **2b(5)(A)** | | |
| | **(B)** Other ....................................................................... | **2b(5)(B)** | | |
| | **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)**. | **2b(5)(C)** | | |

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts ........................ | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts ...................... | 2b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts............ | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities ..................... | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds)............................................ | 2b(10) | | |
| **c** Other income................................................................................ | 2c | | |
| **d** Total income. Add all **income** amounts in column (b) and enter total.................. | 2d | | |

### Expenses

| | | | |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............. | 2e(1) | | |
| (2) To insurance carriers for the provision of benefits................................ | 2e(2) | | |
| (3) Other .................................................................................. | 2e(3) | | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)**................................ | 2e(4) | | |
| **f** Corrective distributions (see instructions) ........................................ | 2f | | |
| **g** Certain deemed distributions of participant loans (see instructions) .............. | 2g | | |
| **h** Interest expense...................................................................... | 2h | | |
| **i** Administrative expenses:  **(1)** Professional fees.................................... | 2i(1) | | |
| (2) Contract administrator fees.......................................... | 2i(2) | | |
| (3) Investment advisory and management fees............................. | 2i(3) | | |
| (4) Other .................................................................. | 2i(4) | | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)**...................... | 2i(5) | | |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total ........ | 2j | | |

### Net Income and Reconciliation

| | | | |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d** ................................ | 2k | | |
| **l** Transfers of assets: | | | |
| (1) To this plan............................................................ | 2l(1) | | |
| (2) From this plan.......................................................... | 2l(2) | | |

---

## Part III   Accountant's Opinion

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

(1) ☐ Unqualified      (2) ☐ Qualified      (3) ☐ Disclaimer      (4) ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?      ☐ Yes      ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

(1) Name:                                      (2) EIN:

**d** The opinion of an independent qualified public accountant is **not attached** because:

(1) ☐ This form is filed for a CCT, PSA, or MTIA.   (2) ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

## Part IV   Compliance Questions

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.).................. | 4a | | | |
| **b** Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) ....................................................................... | 4b | | | |

Schedule H (Form 5500) 2017                                  Page **4-**

|   |   | Yes | No | Amount |
|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) .................................... **4c** | | | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)............................................................................................................... **4d** | | | |
| **e** | Was this plan covered by a fidelity bond? ........................................................................ **4e** | | | |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ........................................................................................ **4f** | | | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser?....................................... **4g** | | | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?................. **4h** | | | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)........................................................... **4i** | | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)........................................................... **4j** | | | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ........................................................ **4k** | | | |
| **l** | Has the plan failed to provide any benefit when due under the plan?........................................ **4l** | | | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)............................................................................................................ **4m** | | | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ........................... **4n** | | | |

**5a**  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☐ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b**  If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

**MERCER 43**

**Attachment to 2017 Form 5500**
**Schedule H, line 4i - Schedule of Assets (Held at End of Year)**

**Plan Name** BlackRock Retirement Savings Plan          **EIN:** 32-0174431
**Plan Sponsor's Name**   BlackRock, Inc.               **PN:**   001

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value. | (d) Cost | (e) Current value |
|---|---|---|---|---|
| | BIF MONEY FUND | MONEY MARKET | -2,004,756 | -2,004,756 |
| | BLACKROCK INC      CL A | COMMON STOCK | 9,884,180 | 66,783,066 |
| | PNC FINCL SERVICES GROUP | COMMON STOCK | 1,800,579 | 7,344,597 |
| | BLACKROCK ACTIVE STOCK FD CL F | COMMON / COLLECTIVE TRUSTS | 82,402,579 | 140,872,301 |
| | BLACKROCK EMER MARK INDEX CL F | COMMON / COLLECTIVE TRUSTS | 63,520,912 | 80,004,417 |
| | BLACKROCK RUSSELL 1000 FD F | COMMON / COLLECTIVE TRUSTS | 119,152,237 | 213,880,116 |
| | BLACKROCK US DEBT INDEX FD F | COMMON / COLLECTIVE TRUSTS | 17,226,846 | 19,123,257 |

**Attachment to 2017 Form 5500**
**Schedule H, line 4i - Schedule of Assets (Held at End of Year)**

**Plan Name** BlackRock Retirement Savings Plan          **EIN:** 32-0174431
**Plan Sponsor's Name**    BlackRock, Inc.                **PN:** 001

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value. | (d) Cost | (e) Current value |
|---|---|---|---|---|
| | BLACKROCK US TIPS FUND F | COMMON / COLLECTIVE TRUSTS | 21,193,835 | 22,772,471 |
| | BLACKROCK LIFEPATH 2020 INDEX | COMMON / COLLECTIVE TRUSTS | 17,351,989 | 23,578,193 |
| | BLACKROCK LIFEPATH 2025 INDEX | COMMON / COLLECTIVE TRUSTS | 39,931,343 | 54,801,594 |
| | BLACKROCK LIFEPATH 2030 INDEX | COMMON / COLLECTIVE TRUSTS | 68,267,558 | 99,777,974 |
| | BLACKROCK LIFEPATH 2035 INDEX | COMMON / COLLECTIVE TRUSTS | 83,506,493 | 121,516,316 |
| | BLACKROCK LIFEPATH 2040 INDEX | COMMON / COLLECTIVE TRUSTS | 91,578,618 | 134,959,232 |
| | BLACKROCK LIFEPATH 2045 INDEX | COMMON / COLLECTIVE TRUSTS | 84,451,876 | 124,480,686 |

**Attachment to 2017 Form 5500**
**Schedule H, line 4i - Schedule of Assets (Held at End of Year)**

**Plan Name** BlackRock Retirement Savings Plan    **EIN:** 32-0174431
**Plan Sponsor's Name** BlackRock, Inc.      **PN:** 001

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value. | (d) Cost | (e) Current value |
|---|---|---|---|---|
| | BLACKROCK LIFEPATH 2050 INDEX | COMMON / COLLECTIVE TRUSTS | 72,573,587 | 102,142,701 |
| | BLACKROCK LIFEPATH 2055 INDEX | COMMON / COLLECTIVE TRUSTS | 62,597,949 | 80,883,926 |
| | BLACKROCK LIFEPATH RTRMT INDEX | COMMON / COLLECTIVE TRUSTS | 13,834,480 | 17,000,675 |
| | BLACKROCK MSCI ACWI EX US CL F | COMMON / COLLECTIVE TRUSTS | 59,372,089 | 76,948,403 |
| | BLACKROCK EQUITY DIVIDEND | COMMON / COLLECTIVE TRUSTS | 76,046,049 | 115,352,003 |
| | BLACKROCK GLBL ALLOCATION CT F | COMMON / COLLECTIVE TRUSTS | 160,111,809 | 189,847,850 |
| | BLACKROCK SHRT TERM  INVEST  A | COMMON / COLLECTIVE TRUSTS | 112,601,983 | 112,601,983 |

**Attachment to 2017 Form 5500**
**Schedule H, line 4i - Schedule of Assets (Held at End of Year)**

**Plan Name** BlackRock Retirement Savings Plan      **EIN:** 32-0174431
**Plan Sponsor's Name**   BlackRock, Inc.      **PN:**   001

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value. | (d) Cost | (e) Current value |
|---|---|---|---|---|
| | | COMMON / COLLECTIVE TRUSTS | | |
| | BLACKROCK LIFEPATH 2060 INDEX | | 16,328,894 | 19,136,368 |
| | | COMMON / COLLECTIVE TRUSTS | | |
| | BLACKROCK RUSSELL 2000 ALPHA F | | 75,644,759 | 92,838,507 |
| | | COMMON / COLLECTIVE TRUSTS | | |
| | STRATEGIC INCME OPPRTUNITIES F | | 11,577,039 | 12,107,392 |
| | | COMMON / COLLECTIVE TRUSTS | | |
| | BLACKROCK TOTAL RETURN BOND F | | 42,972,617 | 43,913,862 |
| | | MUTUAL FUNDS | | |
| | AMERICAN EUROPACIFIC GROWTH R6 | | 54,782,107 | 69,527,228 |
| | | MUTUAL FUNDS | | |
| | BLACKROCK LOW DURATION BOND K | | 11,445,736 | 11,372,439 |
| | | MUTUAL FUNDS | | |
| | HARBOR CAPITAL APPRECIATION IN | | 54,546,762 | 69,047,799 |

**Attachment to 2017 Form 5500**
**Schedule H, line 4i - Schedule of Assets (Held at End of Year)**

**Plan Name** BlackRock Retirement Savings Plan     **EIN:** 32-0174431
**Plan Sponsor's Name**   BlackRock, Inc.     **PN:** 001

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value. | (d) Cost | (e) Current value |
|---|---|---|---|---|
| | | OTHER ASSETS | | |
| | SELF-DIRECT ACCT | | 18,536,240 | 18,536,240 |
| | | LOANS | | |
| | LOAN FUND | | 15,384,044 | 15,384,044 |
| | | PENDING SETTLEMENT FUNDS | | |
| | PENDING SETTLEMENT FUND | | 5,228 | 5,228 |
| | | Uninvested Cash | | |
| | Uninvested Cash | | 0 | 0 |
| | | Accrued Income | | |
| | Accrued Income | | 1,625 | 1,625 |
| | | | | |
| | | | | |