# Exhibit C

Proprietary and Confidential                    1

# BlackRock Retirement Savings Plan
# Guideline and Fee Agreement

**This Guideline and Fee Agreement ("GLFA") shall be effective October 17, 2016 and shall replace and supersede all previous Guideline and Fee Agreements.**

Reference is made to the Investment Management Agreement (the "Agreement") dated November 23, 2010 by and among the BlackRock Inc. (the "Company"), the BlackRock Retirement Committee (the "Named Fiduciary"), and BlackRock Institutional Trust Company, N.A. (the "Manager"). Capitalized terms used herein and not defined shall be given their meanings as so defined in the Agreement.

## SECTION 1. GUIDELINES

A. To expand on Section 2 of the Agreement, the Named Fiduciary has determined that the following collective investment fund(s) (the "Collective Funds") shall be made available as investment options for the Plan:

i. Lending Collective Funds

**LifePath® Portfolio Index Fund F**

**Russell 1000® Index Fund F**

**U.S. Debt Index Fund F**

**U.S. Treasury Inflation Protected Securities Fund F**

**Active Stock Fund F**

**Equity Dividend Fund F**

**BlackRock MSCI ACWI ex-U.S. IMI Index Fund F**

**BlackRock Global Allocation Collective Fund F**

**Short-Term Investment Fund**

**Russell 2000® Alpha Tilts Fund F**

**Strategic Income Opportunities Bond Fund F**

**BlackRock Total Return Bond Fund F**

Each of the above Collective Funds engages in securities lending and will pay to the Manager a separate securities lending fee as described in Section 2 below.

ii. Non-Lending Collective Funds

**Emerging Markets Index Non-Lendable Fund F**

The Emerging Markets Index Non-Lendable Fund F does not engage in securities lending.

MERCER 1

Case 4:17-cv-01892-HSG   Document 178-4   Filed 10/22/18   Page 3 of 7
Case 4:17-cv-01892-HSG   Document 79-37   Filed 11/08/17   Page 3167 of 3192

Proprietary and Confidential                2

B. The LifePath Collective Funds consist of a series of funds based on targeted year of retirement (in 5-year increments starting with 2020 and ending with 2060, plus a LifePath® retirement fund), and over time the Manager may add new LifePath funds to the series to reflect additional targeted retirement years (e.g., 2065). Such new LifePath funds in the series shall automatically be made available as investment options for the Plan. In addition, when a particular LifePath fund nears its targeted maturity date, the assets of such LifePath fund will be transitioned into the retirement fund of the LifePath Collective Fund series on a date, as selected by the Manager, during the last calendar quarter of the year immediately preceding its targeted maturity year, and any holders of units of the LifePath fund that has neared its targeted maturity date shall instead hold units of such retirement fund (for example, on a date between October and December 2019, the assets of the LifePath® Index 2020 Fund F will be transitioned into the LifePath® Index Retirement Fund F, and any holders of units of the LifePath® Index 2020 Fund F will instead hold units of the LifePath® Index Retirement Fund F).

C. The BlackRock Total Return Bond Fund F and Strategic Income Opportunities Bond Fund F may invest in open-end managed investment companies registered under the Investment Company Act of 1940 to which the Manager or an affiliate provides investment management or other services ("**Affiliated Funds**"). The BlackRock Total Return Bond Fund F and Strategic Income Opportunities Bond Fund F will only invest in Affiliated Funds when the Manager believes that an investment in Affiliated Funds would be consistent with or is necessary to fully implement the investment strategy of the BlackRock Total Return Bond Fund F or Strategic Income Opportunities Bond Fund F, and only in such Affiliated Funds that do not charge investment advisory fees.

   i. The Affiliated Fund in which the BlackRock Total Return Bond Fund F and Strategic Income Opportunities Bond Fund F may invest is the BATS: Series A Portfolio (the "**BATS-A Fund**"), a mutual fund registered under the Investment Company Act of 1940 and managed by BlackRock Advisors, LLC, an affiliate of the Manager. The current prospectus for the BATS-A Fund may be accessed via the following website link: www.blackrock.com/prospectus. As described in the current prospectus, BlackRock Advisors, LLC does not charge the BATS-A Fund a management fee. Neither BlackRock Advisors, LLC nor any of its affiliates, including the Manager, receives additional compensation by reason of the BlackRock Total Return Bond Fund F's or Strategic Income Opportunities Bond Fund F's investment in the BATS-A Fund. The prospectus also contains additional information about the BATS-A Fund, including information about fees and compensation paid by the BATS-A Fund. By signing this GLFA, the Named Fiduciary (i) acknowledges receipt of the prospectus for the BATS-A Fund, (ii) acknowledges that it has had the opportunity to review the current prospectus for the BATS-A Fund, and (iii) approves the fees paid by the BATS-A Fund in relation to the fees payable pursuant to this GLFA.

D. The investment guidelines for the Collective Funds can be found in the Plan of BlackRock Institutional Trust Company, N.A. Investment Funds for Employee Benefit Trusts and the Schedule A thereto (collectively the "Plan Document"). The Manager shall notify the Named Fiduciary of material changes to the investment guidelines of the Collective Funds. A copy of

Case 4:17-cv-01892-HSG Document 178-4 Filed 10/22/18 Page 4 of 7
Case 4:17-cv-01892-HSG Document 79-37 Filed 11/08/17 Page 3168 of 3192

Proprietary and Confidential     3

the Plan Document, which may be updated from time to time, may be accessed via the following website link: www.blackrockdocuments.com.

E. In the event of Plan (non-participant) directed activity into or out of the Collective Funds, the Named Fiduciary will provide the Manager with thirty (30) days advance notification in order to allow for coordination of order placement, trading and specification of settlement date.

F. The Manager may utilize trading funds to allocate portfolio transaction costs caused by contributions to and withdrawals from the Collective Funds noted above. The trading fund may experience investment performance that differs from that of the Collective Fund being purchased or sold.

G. The Account or the Collective Funds may invest through one or more short term investment funds, including but not limited to the Short-Term Investment Fund, a short term investment fund established under the Plan Document (each, a "STIF Fund"), used for a cash "sweep" vehicle to manage uninvested cash, or a Collective Fund, engages in securities lending, to reinvest and manage cash collateral associated with securities loans. Additional information relating to the investment objectives, guidelines and risk management for the STIF Funds can be found in "Short-Term Investment Funds Overview and Guidelines" (the "STIF Guidelines"). A copy of the STIF Guidelines, which may be updated from time to time, may be accessed via www.blackrockdocuments.com.

**SECTION 2. FEES.** This Guideline and Fee Agreement will also serve as the fee schedule referred to in Section 11 of the Agreement. In connection with the investment by the Account in the Collective Funds as directed by the Named Fiduciary, the fees payable to the Manager and the expenses applicable to the Collective Funds are as follows:

A. Investment management fees.

   i. Gross of Fee Collective Funds

**LifePath® Portfolio Index Fund F**

**Russell 1000® Index Fund F**

**U.S. Debt Index Fund F**

**U.S. Treasury Inflation Protected Securities Fund F**

**Active Stock Fund F**

**Emerging Markets Index Non-Lendable Fund F**

**Equity Dividend Fund F**

**BlackRock MSCI ACWI ex-U.S. IMI Index Fund F**

**BlackRock Global Allocation Collective Fund F**

**Short-Term Investment Fund**

**Russell 2000® Alpha Tilts Fund F**

Case 4:17-cv-01892-HSG Document 178-4 Filed 10/22/18 Page 5 of 7
Case 4:17-cv-01892-HSG Document 79-37 Filed 11/08/17 Page 3165 of 3192

Proprietary and Confidential      4

**Strategic Income Opportunities Bond Fund F**

**BlackRock Total Return Bond Fund F**

Each of the above Collective Funds has the annual investment management fee rate of 0 basis points.

B. Securities lending fees.

  i. The lending Collective Fund and the Manager will each receive 50% of the net income earned from securities lending transactions. If a loan is collateralized with cash, net income is determined by calculating the return received by a lending Collective Fund's investment of cash collateral posted for securities loans in the applicable STIF Fund used to manage cash collateral, net of borrower rebate fees. If a loan is collateralized with assets other than cash, net income equals the loan fee negotiated with the borrower. The net income from securities lending divided between the lending Collective Fund and the Manager is also net of cash collateral management fees paid to the Manager as described below and the other expenses of the STIF Funds used to manage cash collateral. The Manager bears all operational costs directly related to securities lending transactions from its share of net income. The Trust's portion of lending revenue is retained by the lending Collective Fund and invested in accordance with the relevant Collective Fund guidelines.

  ii. STIF Funds used to manage cash collateral associated with securities loans are subject to a management fee, payable to the Manager, accrued daily on the net assets of such fund at either (a) an annual rate of 0.050%, or (b) an annual rate of 0.056%, if such fund may engage in "synthetic" transactions. "Synthetic" transactions are further described in the STIF Guidelines.

C. Administrative expenses. Each of the Collective Funds is subject to administrative expenses, including, but not limited to accounting, custody and audit fees. The administrative expenses are accrued daily against the Collective Fund, which results in an adjustment in the unit value of each to reflect such expenses accrued. The administrative expenses for each Collective Fund are capped at 2 basis points (0.02%) per year.

D. Trading funds. If any trading fund is utilized, in connection with the investment by the Account in such trading fund, the applicable investment management fee is that set forth above for the associated Collective Fund. Such trading fund is also subject to administrative expenses as described above, including the 2 basis point (0.02%) per year cap on administrative expenses.

## SECTION 3. AUTHORIZATIONS

A. This Guideline and Fee Agreement shall also serve as standing authorization for the Manager to accept investment direction from the Named Fiduciary's account representatives at Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Representatives"). Such directions as the Manager may receive from the Representatives may include purchase and redemption orders, wire instructions, and such other instructions as may be necessary or appropriate to manage the Account. This authorization shall continue until revoked in writing by the Named Fiduciary or the Manager.

Case 4:17-cv-01892-HSG Document 178-4 Filed 10/22/18 Page 6 of 7
Case 4:17-cv-01892-HSG Document 79-37 Filed 11/08/17 Page 3170 of 3192

Proprietary and Confidential    5

B. This Guideline and Fee Agreement shall also serve as standing authorization for the Manager to accept wire instructions from the Named Fiduciary's account representatives at Bank of America, N.A. This authorization shall continue until revoked in writing by the Named Fiduciary or the Manager.

C. The Named Fiduciary acknowledges that it has received and reviewed the description of the Manager's cross trading program in Managing ERISA Assets. The Named Fiduciary hereby authorizes participation in the Manager's cross-trading program in accordance with PTE 2002-12 and the performance by the Manager of any act necessary or proper to enable it to purchase or sell securities to another account or fund managed by the Manager or its affiliates at prevailing market levels in accordance with applicable law, including PTE 2002-12, and the Manager's cross-trading policies and procedures.

### SECTION 4. POTENTIAL COUNTERPARTIES

A. The Manager shall monitor the Trust's investment in each of the Collective Funds. In the event that the Trustee or any affiliate of the Plan or the Trustee is or may become a potential counterparty to any applicable Collective Fund in which the Plan invests, and such investment meets or exceeds seven percent (7%) of the market value of the investments in each such Collective Fund, the Manager is authorized and may sell units of the applicable Collective Fund and either remit redemption proceeds to the Company or, upon the Trustee's direction, purchase units of a similar fund or account with similar management fees, benchmark, investment objectives and guidelines with said proceeds in order to ensure that the Plan's investment in any applicable Collective Fund remains below the seven percent (7%) ceiling.

(The rest of this page is intentionally left blank.)

Proprietary and Confidential 6

**BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.**

By: _____
Name: Craig Thomas Bellarosa
Title: Director

AGREED AND ACCEPTED:
**BLACKROCK RETIREMENT COMMITTEE**

By: _____  Date: 10/10/16
Name: Jason Hermen
Title: Secretary of the Retirement Committee

**MERCER 6**