# Exhibit D

# Participant Disclosure of Plan and Investment Related Information

## The BlackRock Retirement Savings Plan

Participating in The BlackRock Retirement Savings Plan can be one of the best ways you can save and invest for your financial future.  The assets you could accumulate through your Plan account may be one of your primary sources of income in retirement, so you'll want to make the most of the opportunity the Plan offers.

When you participate in the Plan, it's important that you understand the benefits available to you through the Plan.  It's also important that you understand your rights and responsibilities as a participant, the investment choices the company makes available in the Plan, and the expenses associated with your participation. These expenses include any fees you may incur directly, such as fees for certain transactions, and any indirect costs associated with the investment choices you select for your Plan account.

This document provides participants in The BlackRock Retirement Savings Plan, with certain Plan and investment-related information.  This information includes the costs associated with your participation and investment choices, along with your rights to direct how your accounts in the Plan are invested.

This information is being provided at the direction of BlackRock, Inc., your Plan's sponsor.  This document, along with the educational information, tools and services available through Merrill Lynch, is designed to help you make smart and informed decisions as you prepare for your financial future.

## What's Inside

### Plan-Related Information

This section includes information about your ability to direct the investment of your Plan account and administrative expenses of the Plan. It's important that you understand your responsibility to direct your accounts to the investment alternatives of your choice.

This section is organized into three categories:

1. General Plan Information: Describing your rights to choose and manage Plan investments.
2. Administrative Expenses Information: Describing general administrative expenses that may be charged against your account, and;
3. Individual Expenses Information: Describing individual transaction expenses that may be charged only to your account.

### Investment-Related Information

The Plan's menu of investment alternatives is designed to help you select a mix of investments that you believe is appropriate for your financial goals, tolerance for investment risk and time horizon.

This section provides key information about the investment alternatives offered through the Plan, including the type of fund, its historical performance, its performance relative to a benchmark of similar investments, each fund's expense ratio and any fees and expenses that may be associated with certain transactions in any of these investments.

---

**For additional information and documentation regarding your Plan:**

- BlackRock, Inc.

  Park Avenue Plaza

  55 East 52nd Street

  New York, NY 10055

- (866) 568-7865

- www.benefits.ml.com

---

## Plan-Related Information

Plan Name:  The BlackRock Retirement Savings Plan
Recordkeeping Plan Number:  609960

### 1. General Plan Information

**Your rights as a participant**
As a participant in the Plan, you have the right to choose how to invest your account among the investment alternatives that The BlackRock Retirement Savings Plan makes available to participants.

**Your Investment Alternatives**
The BlackRock Retirement Savings Plan currently makes the following investment alternatives available to you as a Plan participant:

| BlackRock, Inc. Investment Alternatives |
|---|
| American Funds EuroPacific Growth Fund Class R-6 |
| Tamro Small Cap Collective Fund Class A |
| Active Stock Fund F |
| Emerging Markets Index Non-Lendable Fund F |
| BlackRock Equity Dividend Fund Class F |
| BlackRock Global Allocation Fund Class I |
| LifePath Index Retirement Fund F |
| LifePath Index 2015 Fund F |
| LifePath Index 2020 Fund F |
| LifePath Index 2025 Fund F |
| LifePath Index 2030 Fund F |
| LifePath Index 2035 Fund F |
| LifePath Index 2040 Fund F |
| LifePath Index 2045 Fund F |
| LifePath Index 2050 Fund F |
| LifePath Index 2055 Fund F |
| BlackRock Low Duration Bond Portfolio BlackRock Class |
| BlackRock MSCI ACWI Ex US IMI Index Fund Class F |
| Russell 1000 Index Fund F |
| BlackRock Total Return Fund BlackRock Share Class |
| US Debt Index Fund F |
| US TIPS Index Fund F |
| FFI Premier Institutional Fund |
| Harbor Capital Appreciation Fund Class I |

**Directing Your Investments**

As a Plan participant, you can change your current investments as well as your investment direction for future contributions on a daily basis.

Investment directions are processed the same business day if received prior to 3 P.M. (ET),  otherwise they are processed the following business day.  Investment directions are not processed on days the New York Stock Exchange (NYSE) is closed (i.e., weekends, market holidays), but will be processed on the next business day the NYSE is open.  Any fund or Plan-specific restrictions or limitations are described in the Investment-Related Information section of this document.

You can direct how your future contributions are to be invested, or change how your existing balance is invested, on Benefits OnLine® at www.benefits.ml.com or by calling (866) 568-7865.

**Fees, Limitations & Restrictions**

As a Plan investor, you may be subject to fees that are charged directly against your investments. Although rarely assessed, fees may include sales loads, sales charges, surrender charges and/or exchange fees.

In addition, redemption fees (also referred to as market timing or short term trading fees), which are imposed by the investment alternative(s) and used to mitigate excessive trading, if applicable, are applied to fund transfers that are directed by you as the Plan participant. Merrill Lynch will notify you of any redemption fees, including the amount, before you direct such trades via Benefits OnLine, the Interactive Voice Response (IVR) system, or with a representative at (866) 568-7865.

Your Plan may also include certain restrictions designed to prevent market timing transactions and excessive trading that prohibit the purchase and subsequent sale of investment alternative(s) within a specified timeframe.

For specific fees, Plan restrictions and limitations pertaining to your investment alternatives, please refer to the charts in the Investment-Related Information section or Benefits OnLine.

**Proxy Voting and Tender Rights**

Proxies and corporate actions are voted in accordance with the provisions in the Plan's trust.

Company Stock

With company stock, you have the right to direct the Trustee or designated agent on how to vote any issued proxies or corporate actions. You will receive the proxy material or corporate action information for voting.

Your voting instructions will be forwarded to the Trustee or designated agent, who will vote the Plan's shares in accordance with your instructions.

If you do not provide the Trustee or designated agent with timely voting instructions, they will vote the shares in proportion to the voting instructions actually received from other participants, subject to the Trustee's fiduciary responsibilities under ERISA.

Mutual Funds and other Designated Investment Alternatives

With Mutual Funds and other Designated Investment Alternatives, the proxies are voted by a Plan representative. On corporate actions, the Plan representative will decide whether or not to act on the corporate action. All decisions regarding corporate actions are forwarded to the Trustee or designated agent.

**2. Administrative Expenses Information**

There are currently no fees and expenses for Plan administrative services charged against participant accounts that are not reflected in the total annual operating expenses of an investment. However, there may be applicable Plan administrative fees and expenses arising from time to time that may be charged to participant accounts on a pro rata basis (i.e., based upon a participant's account balance relative to total Plan assets) or a per capita basis (i.e., a flat fee for each participant account), as the Plan fiduciary chooses.

The actual amount of any such administrative fees and expenses charged to your account will appear on your participant statement under the Contributions and Activity For This Period section.

**3. Individual Expenses Information**

This section describes any fees and expenses that may be charged against the account of any participant or beneficiary of an individual, rather than on a Plan-wide basis, and are not reflected in the total annual operating expenses of any investment alternative. Individual expenses include any fee you might be charged for a particular transaction or service that you select. These fees are deducted directly from your account and shown on your quarterly participant statement.

Your Plan does not currently charge individual expenses.

## Investment-Related Information

This section includes important information to help you compare the investment alternatives under your retirement plan. If you want additional information, including more current performance information about your investment alternatives, you can go to the Plan's website at www.benefits.ml.com, or call (866) 568-7865.

The table shown in this section provides information about the designated investment alternatives the Plan has chosen to make available to participants.

The table provides historical performance information for the investment alternatives that do not have a fixed or stated return as well as related expenses, fees and restrictions where applicable. The performance for each investment option is also compared to a benchmark, which measures how an index of similar funds has performed over the same period.

Fees and expenses are only one factor to consider when selecting your investments and the cumulative effect of fees and expenses can substantially reduce the growth of your retirement account. For an example of the long-term effect of investment fees and expenses, you can visit the Employee Benefit Security Administration's website at www.dol.gov/ebsa/publications/401k_employee.html for additional information.

**Historical Performance – Variable Return Investments**

This table displays the historical performance of the investment options available in your Plan that have a variable rate of return, meaning that they can rise or decline in value during any given period.  It also shows the expenses and fees (if any) for the investment alternatives available through the Plan.

Shown for each fund is its gross annual expense ratio. An expense ratio is an amount that shareholders pay for fund operating expenses and management fees, and is expressed as a percentage of its total assets.

These expenses reduce the investment return available to you through the fund. These expenses are shown in this table on a per $1,000 basis.  For a fund with an expense ratio of 0.25%, for example, this means that for each $1,000 invested in the fund, $2.50 would be used by the fund to help cover its costs rather than to earn a potential return for the investor.

This historical performance is measured against the performance or a benchmark of similar investments. (A participant cannot invest directly in an index used as a benchmark.)

The performance data contained herein represents past performance. An investment's past performance is not necessarily an indication of how the investment will perform in the future. Investment return and principal value will fluctuate so that units, when sold, may be worth more or less than their original cost. Current performance may be lower or higher than the performance data quoted. For more current fund performance, including the most recently completed calendar month, please log on to Benefits OnLine at www.benefits.ml.com.

The fund performance data is shown net of fees. All total returns assume the reinvestment of all dividend and capital gain distributions at net asset value when paid and do not reflect the deduction of any sales charges, as these charges are not applicable to eligible 401(k) Plans. Had the sales charge been deducted, results would have been lower than shown. Please note that there are other charges and expenses that apply to the investment options, such as management fees, which are reflected in their net investment return.

As of June 30, 2013.

| Investment Category<br>Investment Name<br>Benchmark<br>Redemption Fees, Limitations | Average Annual Total Return % | | | | | Annual Gross Expense Ratio | |
|---|---|---|---|---|---|---|---|
| | 1 Yr | 5 Yr | 10 Yr | Since Inception | Inception Date | As a % | Per $1,000 |
| **EQUITY/STOCK** | | | | | | | |
| American Funds EuroPacific Growth Fund Class R-6 | 15.89% | N/A | N/A | 11.71% | 05/2009 | 0.50% | $5.00 |
| Lipper US Index - Intl Large Cap Growth Funds | 16.06% | N/A | N/A | 12.69% | N/A | N/A | N/A |
| Repurchase Restriction - 30 Calendar Days | | | | | | | |
| Tamro Small Cap Collective Fund Class A | 19.59% | N/A | N/A | 23.51% | 06/2012 | 0.85% | $8.50 |
| Russell 2000 | 24.21% | 8.77% | 9.53% | 11.68% | N/A | N/A | N/A |
| Active Stock Fund F | 19.90% | 6.67% | N/A | 5.99% | 04/2004 | 0.02% | $.20 |
| S&P 500 TR | 20.60% | 7.01% | N/A | 6.08% | N/A | N/A | N/A |
| Emerging Markets Index Non-Lendable Fund F | 1.97% | N/A | N/A | 13.29% | 12/2008 | 0.02% | $.20 |
| MSCI Emerging Markets ND | 2.87% | N/A | N/A | 13.72% | N/A | N/A | N/A |
| BlackRock Equity Dividend Fund Class F | 17.39% | N/A | N/A | 13.00% | 03/2012 | 0.02% | $.20 |
| Russell 1000 Value | 25.32% | 6.67% | 7.79% | 12.25% | N/A | N/A | N/A |
| BlackRock MSCI ACWI Ex US IMI Index Fund Class F | 13.87% | N/A | N/A | -0.99% | 02/2011 | 0.02% | $.20 |
| MSCI ACWI ex USA ND | 13.63% | -0.80% | 8.62% | 4.57% | N/A | N/A | N/A |
| Russell 1000 Index Fund F | 21.28% | 7.26% | 7.73% | 5.51% | 11/2001 | 0.02% | $.20 |
| Russell 1000 TR | 21.24% | 7.12% | 7.67% | 5.42% | N/A | N/A | N/A |
| US TIPS Index Fund F | -4.74% | 4.48% | 5.23% | 6.00% | 07/2002 | 0.02% | $.20 |
| Barclays U.S. TIPS TR | -4.78% | 4.41% | 5.19% | 5.99% | N/A | N/A | N/A |
| Harbor Capital Appreciation Fund Class I | 14.16% | 6.85% | 7.78% | 10.77% | 12/1987 | 0.68% | $6.80 |
| Lipper US Index - Large Cap Growth Funds | 16.38% | 5.26% | 6.24% | N/A | N/A | N/A | N/A |
| **FIXED INCOME/BOND** | | | | | | | |
| BlackRock Low Duration Bond Portfolio BlackRock Class | 2.17% | 3.30% | 2.96% | 4.26% | 06/1997 | 0.61% | $6.10 |
| Lipper US Index - Short Investment Grade Debt Fds | 1.54% | 2.97% | 2.78% | 3.84% | N/A | N/A | N/A |
| BlackRock Total Return Fund BlackRock Share Class | 3.84% | 5.55% | 4.30% | 4.99% | 12/2001 | 0.68% | $6.80 |
| Lipper US Index - Interm Investment Grade Debt | 0.95% | 5.95% | 4.56% | 5.17% | N/A | N/A | N/A |
| US Debt Index Fund F | -0.51% | 5.28% | 4.59% | 6.04% | 06/1996 | 0.02% | $.20 |
| Barclays U.S. Aggregate Bond TR | -0.69% | 5.19% | 4.52% | N/A | N/A | N/A | N/A |
| **MONEY MARKET/STABLE VALUE** | | | | | | | |
| FFI Premier Institutional Fund | 0.16% | 0.49% | 1.92% | 2.93% | 01/1997 | 0.16% | $1.60 |
| Lipper Institutional Money Market Funds Average | 0.05% | 0.31% | 1.71% | N/A | N/A | N/A | N/A |

| Investment Category<br>Investment Name<br>Benchmark<br>Redemption Fees, Limitations | Average Annual Total Return % | | | | | Annual Gross Expense Ratio | |
|---|---|---|---|---|---|---|---|
| | 1 Yr | 5 Yr | 10 Yr | Since Inception | Inception Date | As a % | Per $1,000 |
| **OTHER** | | | | | | | |
| BlackRock Global Allocation Fund Class I<br>Lipper US Index - Global Flexible Portfolio Funds | 11.21%<br>10.31% | 3.95%<br>2.33% | 9.21%<br>6.09% | 10.65%<br>N/A | 02/1989<br>N/A | 0.88%<br>N/A | $8.80<br>N/A |
| LifePath Index Retirement Fund F<br>Lipper US Index - M-A Target Alloc Conserv Funds | 5.36%<br>6.18% | 5.38%<br>5.01% | N/A<br>N/A | 5.38%<br>5.00% | 08/2005<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2015 Fund F<br>Lipper US Index - Mixed-Asset Target 2015 | 6.38%<br>7.83% | 4.83%<br>4.34% | N/A<br>N/A | 5.13%<br>4.40% | 07/2006<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2020 Fund F<br>Lipper US Index - Mixed Asset Target 2020 Funds | 8.27%<br>9.64% | 4.85%<br>4.63% | N/A<br>N/A | 5.20%<br>4.77% | 08/2005<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2025 Fund F<br>Lipper US Index - Mixed-Asset Target 2025 | 9.80%<br>11.52% | 4.84%<br>4.45% | N/A<br>N/A | 4.94%<br>N/A | 07/2006<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2030 Fund F<br>Russell 3000 TR | 11.11%<br>21.46% | 4.79%<br>7.25% | N/A<br>N/A | 5.17%<br>6.02% | 08/2005<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2035 Fund F<br>Lipper US Index - Mixed-Asset Target 2035 | 12.47%<br>14.55% | 4.75%<br>4.41% | N/A<br>N/A | 4.72%<br>N/A | 07/2006<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2040 Fund F<br>Lipper US Index - Mixed-Asset Target 2040 | 13.60%<br>15.28% | 4.66%<br>4.35% | N/A<br>N/A | 5.06%<br>N/A | 08/2005<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2045 Fund F<br>Lipper US Index - Mixed-Asset Target 2045 | 14.77%<br>15.62% | 4.58%<br>4.34% | N/A<br>N/A | 4.41%<br>N/A | 07/2006<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2050 Fund F<br>Lipper US Index - Mixed-Asset Target 2050+ | 15.79%<br>16.61% | 4.76%<br>4.94% | N/A<br>N/A | 1.67%<br>N/A | 09/2007<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| LifePath Index 2055 Fund F<br>Lipper US Index - Mixed-Asset Target 2050+ | 16.68%<br>16.61% | N/A<br>N/A | N/A<br>N/A | 11.91%<br>11.38% | 05/2010<br>N/A | 0.02%<br>N/A | $.20<br>N/A |
| **INVESTMENTS CLOSED TO NEW CONTRIBUTIONS** | | | | | | | |
| BlackRock Inc. Company Stock<br>S&P 500 TR | 55.73%<br>20.60% | 10.60%<br>7.01% | 21.46%<br>7.30% | N/A<br>3.57% | N/A | 0.00%<br>N/A | $.00<br>N/A |
| PNC Bank Corporation<br>S&P 500 TR | 22.49%<br>20.60% | 7.36%<br>7.01% | 7.15%<br>7.30% | N/A<br>N/A | N/A | 0.00%<br>N/A | $.00<br>N/A |

Below are definitions of fees and restrictions that may or may not be imposed by designated investment alternative managers:

Redemption Fees: Designated investment alternatives may assess an investment-specific short-term redemption fee when investments are held for less than a fixed period of time. This helps to mitigate excessive trading.

Repurchase Restrictions: Designated investment alternatives may impose limitations to repurchase into the same investment within a specified period of time (i.e. 60 Calendar days). This restriction helps to limit increases to investment expenses.

Minimum Waiting Block Period: Designated investment alternatives may institute a waiting period (i.e., 15 Business days) for the selling and/or repurchasing of investments. This helps to mitigate excessive trading.

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

Although a Money Market Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund. The Fund is neither insured nor guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Keep in mind the 7-day yield more closely reflects the current earnings of the fund, than the total return quotation.

Please be aware that certain investment alternatives may charge redemption fees for short-term trading, which are imposed by the investment alternative companies. The returns for these funds will not reflect such fees, and if they had been reflected, results would have been lower than shown.

For certain investment alternatives, the returns reflect subsidies and waivers, without which the results would have been lower than noted. These subsidies and waivers may not continue to remain in effect. Please consult the prospectus for more information.

Investors should consider the investment objectives, risks, charges and expenses of investment options carefully before investing. This, and additional information about the investment options, can be found in the prospectuses, and, if available, the summary prospectuses, which can be obtained on Benefits OnLine® at www.benefits.ml.com or by calling Merrill Lynch at (866) 568-7865. Investors should read the prospectuses and, if available, the summary prospectuses carefully before investing.

For more information on the investment options that are not mutual funds (non-registered investments), log on to www.benefits.ml.com and refer to the fund description or fact sheet, if available.

Investing involves risk, including possible loss of the principal value invested. Investments in foreign securities or sector funds, including technology or real estate stocks, are subject to substantial volatility due to adverse political, economic or other developments and may carry additional risk resulting from lack of industry diversification. Funds that invest in small or mid-capitalization companies experience a greater degree of market volatility than those of large-capitalization stocks and are riskier investments. Bond funds have the same interest rate, inflation, and credit risks associated with the underlying bonds owned by the fund. Generally, the value of bond funds rises when prevailing interest rates fall and falls when interest rates rise. Investing in lower-grade debt securities ("junk" bonds) may be subject to greater market fluctuations and risk of loss of income and principal than securities in higher rated categories. There are ongoing fees and expenses associated with investing. Bear in mind that higher return potential is accompanied by higher risk.

**Important Note:** For additional and more recent details regarding your investment alternatives, including: (a) Name of the issuer; (b) The alternative's objectives or goals; (c) The alternative's principal strategies and risks; (d) The alternative's portfolio turnover rate, you may call (866) 568-7865 or contact your Plan Sponsor or you may visit your Plan's website at www.benefits.ml.com (access the "Investments" tab and click on the investment alternative's name to view the fund's prospectus. A prospectus may not be available for non-registered investment alternatives.)

Upon request, and at no charge, you will be provided with paper copies of the information available on the website, copies of prospectuses, financial statements or reports, values of shares or units of each designated investment alternative and the list of the assets comprising the portfolio of each designated investment. You may call (866) 568-7865 or contact your Plan Sponsor to request this information.

**Glossary of Terms**

Please visit www.benefits.ml.com for a glossary of investment terms relevant to the investment alternatives under this Plan. This glossary is intended to help you better understand your options.

---

**Learn more**

To learn more about investing, visit Benefits OnLine at www.benefits.ml.com. Then select the Education Center tab. Here you can view a wealth of informative articles and videos intended to help you feel confident in your financial future at each stage of your life, whether you are just starting out, transitioning to retirement or somewhere in between.

Our Risk Assessment and Investment Guide, available via the Investment Direction section of your Current Elections, is a guide that can help you understand your risk profile and how you might invest in your accounts.

