BRIAN BOYLE (S.B. #126576)
bboyle@omm.com
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MEAGHAN VERGOW (admitted *pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:   +1 202 383 5300
Facsimile:    +1 202 383 5414

Attorneys for Defendants
BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Investment Committee of the Retirement Committee; Catherine Bolz; Chip Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett; Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba; Kevin Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger; Tom Skrobe; Amy Engel; Mercer Investment Consulting; Management Development & Compensation Committee of the BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis; Milan Lint; and Laraine McKinnon

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>            Plaintiff,<br><br>       v.<br><br>BlackRock Institutional Trust Company, N.A., *et al.*,<br><br>            Defendants. | Case No:  17-cv-1892-HSG<br><br>**DECLARATION OF MICHAEL J. MCCARTHY IN SUPPORT OF BLACKROCK'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

1  I, Michael J. McCarthy, declare and state as follows:

2      1.    I am an attorney licensed to practice in the State of California and the District of Columbia. I am employed by the law firm of O'Melveny & Myers LLP, counsel of record for Defendants BlackRock Institutional Trust Company, N.A. ("BTC"); BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Investment Committee of the Retirement Committee; Catherine Bolz; Chip Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett; Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba; Kevin Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger; Tom Skrobe; Amy Engel; Management Development & Compensation Committee of the BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis; Milan Lint; and Laraine McKinnon (collectively, "BlackRock") in the above-captioned litigation. I submit this declaration in support of BlackRock's concurrently filed Motion To Dismiss Plaintiffs' Second Amended Class Action Complaint Or, In The Alternative, For Summary Judgment. I have personal knowledge of the following facts and, if called and sworn as a witness, I could and would testify to them.

    2.    In meeting and conferring with Plaintiffs' counsel following the Rule 16(b) conference and the filing of BlackRock's prior Declaration of Meaghan VerGow in Support of Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint (ECF No. 35-1), I understand Plaintiffs' position to be that Requests for Judicial Notice must contain full copies of each document, even if voluminous pages are irrelevant and not cited. Nevertheless, in accordance with the Court's standing order discouraging parties from needlessly submitting voluminous exhibits, BlackRock has provided excerpts, where appropriate, to the documents for which it requests judicial notice. Should the Court so request, BlackRock will provide full versions of any of these documents.

    3.    Attached hereto as Exhibit A is a true and correct copy of Plaintiff Charles Baird's quarterly account statements for the BlackRock Retirement Savings Plan (the "Plan") from January 2011 to December 2016, redacted to exclude personal and financial information, as obtained from the files of BlackRock, Inc. and/or BTC, as applicable. The full documents were produced by BlackRock to Plaintiffs under the Bates range BAIRD_0000444–651 on October 19, 2017.

4. Attached hereto as Exhibit B is a true and correct copy of Plaintiff Lauren Slayton's quarterly account statements for the Plan from January 2011 to December 2016, redacted to exclude personal and financial information, as obtained from the files of BlackRock, Inc. and/or BTC, as applicable. The full documents were produced by BlackRock to Plaintiffs under the Bates range BAIRD_0045504–729 on November 8, 2017.

5. Attached hereto as Exhibit C is a true and correct copy of the Guideline and Fee Agreement by and among BlackRock, Inc., the BlackRock Retirement Committee, and BTC, effective October 17, 2016. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0000423–428 on October 19, 2017.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts of the Investment Funds for Employee Benefit Trusts, F Series, Audited Financial Statements, dated December 31, 2014. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0022211–381 on October 19, 2017.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts of the Investment Funds for Employee Benefit Trusts, E Series, Audited Financial Statements, dated December 31, 2014. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0020710–842 on October 19, 2017.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts of the Participant Disclosure of Plan and Investment Related Information, dated August 20, 2013. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0000672–79 on October 19, 2017.

9. Attached hereto as Exhibit G is a true and correct copy of excerpts of the Participant Disclosure of Plan and Investment Related Information, dated October 13, 2016. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0000740–749 on October 19, 2017.

10. Attached hereto as Exhibit H is a true and correct copy of excerpts of *16 Things You Should Know: Information About BTC*, dated June 2010. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0046141–72 on February 4, 2018.

11. Attached hereto as Exhibit I is a true and correct copy of excerpts of the Plan of BlackRock Institutional Trust Company, N.A. Investment Funds for Employee Benefit Trusts, dated December 31, 2011. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0049004–114 on February 4, 2018.

12. Attached hereto as Exhibit J is a true and correct copy of the Investment Management Agreement by and among BTC, BlackRock, and the BlackRock Retirement Committee, dated November 23, 2010. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0000347–62 on October 19, 2017.

13. Attached hereto as Exhibit K is a true and correct copy of excerpts of the *Short-Term Investment Funds: Overview and Guidelines*, effective from 2011 to 2012. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0071395–410 on February 4, 2018.

14. Attached hereto as Exhibit L is a true and correct copy of excerpts of the registration statement of BlackRock Funds II, containing the prospectus of the BlackRock Low Duration Bond Portfolio, dated January 28, 2016, as obtained from the Securities and Exchange Commission ("SEC") website, available at https://goo.gl/JorW1u (last visited and document saved as an exhibit on October 28, 2017). The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0068569–9041 on February 4, 2018.

15. Attached hereto as Exhibit M is a true and correct copy of an excerpt from the prospectus of the BlackRock Global Allocation Fund, dated February 28, 2014, as obtained from the SEC website, at https://goo.gl/zSMikD (last visited and document saved as an exhibit on November 1, 2017). The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0070225–478 on February 4, 2018.

16. Attached hereto as Exhibit N is a true and correct copy of excerpts of the Investment Fund for Employee Benefit Trusts, Short Term Investment Series II, Audited Financial Statements, dated December 31, 2011. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0006634–663 on October 19, 2017.

17. Attached hereto as Exhibit O is a true and correct copy of excerpts of *16 Things You Should Know: Information About BTC*, dated June 2016, with supplements dated December 2016 and February 2017. The full document was produced by BlackRock to Plaintiffs under the Bates range BAIRD_0001771–820 on October 19, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this twenty-second day of October, 2018 in Washington, DC.

By: */s/ Michael J. McCarthy*
   Michael J. McCarthy