| | |
|---|---|
| Michelle C. Yau (admitted *Pro Hac Vice*) | Todd Jackson (Cal. Bar No. 202598) |
| Mary J. Bortscheller (admitted *Pro Hac Vice*) | Nina Wasow (Cal. Bar No. 242047) |
| Daniel R. Sutter (admitted *Pro Hac Vice*) | FEINBERG, JACKSON, WORTHMAN |
| COHEN MILSTEIN SELLERS & TOLL PLLC | & WASOW, LLP |
| 1100 New York Ave. NW ● Fifth Floor | 2030 Addison Street ● Suite 500 |
| Washington, DC 20005 | Berkeley, CA 94704 |
| Telephone: (202) 408-4600 | Telephone: (510) 269-7998 |
| Fax: (202) 408-4699 | Fax: (510) 269-7994 |


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Charles Baird et al., | Case No: 4:17-cv-01892-HSG |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE A CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| BlackRock Institutional Trust Company, N.A., et al., | |
| Defendants. | |

The Court has considered Plaintiffs' Unopposed Motion to File a Consolidated Response to Defendants' Motions to Dismiss.

IT IS SO ORDERED that Plaintiffs are granted leave to file a consolidated Response to the motions to dismiss filed by Mercer (ECF No. 178) and BlackRock (ECF No. 181), not to exceed 45 pages. The page limitations for the replies of Mercer and BlackRock under the Local Rules remain unchanged.

Dated: November 14, 2018

Judge Haywood S. Gilliam, Jr.
U.S. District Court for the Northern District of California