| | |
|---|---|
| Michelle C. Yau (admitted *Pro Hac Vice*) | Todd Jackson (Cal. Bar No. 202598) |
| Mary J. Bortscheller (admitted *Pro Hac Vice*) | Nina Wasow (Cal. Bar No. 242047) |
| Daniel R. Sutter (admitted *Pro Hac Vice*) | FEINBERG, JACKSON, WORTHMAN |
| COHEN MILSTEIN SELLERS & TOLL PLLC | & WASOW, LLP |
| 1100 New York Ave. NW ● Fifth Floor | 2030 Addison Street ● Suite 500 |
| Washington, DC 20005 | Berkeley, CA 94704 |
| Telephone: (202) 408-4600 | Telephone: (510) 269-7998 |
| Fax: (202) 408-4699 | Fax: (510) 269-7994 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Charles Baird et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>　　　　Defendants. | Case No: 4:17-cv-01892-HSG<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING ON MOTIONS TO DISMISS** |

　　The Court has considered Plaintiffs' Unopposed Motion to Continue Hearing on Motions to Dismiss.

　　IT IS SO ORDERED that the hearing on the Motions to Dismiss shall be on March 7, 2019 at 2:00 p.m.

Dated: November 21, 2018

　　　　　　　　　　　　　　　　　　　　　　/s/ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　Judge Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　U.S. District Court for the Northern District of California