# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Charles Baird et al., <br><br> Plaintiffs, <br><br> v. <br><br> BlackRock Institutional Trust Company, N.A., et al., <br><br> Defendants. | Case No: 4:17-cv-01892-HSG <br><br> **ORDER GRANTING STIPULATION TO FILE A CONSOLIDATED RESPONSE TO DEFENDANTS' REQUESTS FOR JUDICIAL NOTICE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED: the above Stipulation and Proposed Order to file a Consolidated Response to Defendants' Requests for Judicial Notice is approved. Plaintiffs are granted leave to file a consolidated Response to the Requests for Judicial Notice filed by Mercer (ECF No. 179) and BlackRock (ECF No. 182), not to exceed 25 pages. The page limitations for the replies of Mercer and BlackRock under the Local Rules remain unchanged.

Dated: December 11, 2018

*Haywood S. Gilliam, Jr.*
**Judge Haywood S. Gilliam, Jr.**
U.S. District Court for the Northern District of California