1  BRIAN D. BOYLE (S.B. #126576)
   bboyle@omm.com
2  MEAGHAN VERGOW (admitted *pro hac vice*)
   mvergow@omm.com
3  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
4  Washington, DC 20006-4061
   Telephone:    +1 202 383 5300
5  Facsimile:    +1 202 383 5414

6  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
7  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
8  San Francisco, California 94111-3823
   Telephone:    +1 415 984 8700
9  Facsimile:    +1 415 984 8701

10 Attorneys for Defendants
   BlackRock Institutional Trust Company, N.A.;
11 BlackRock, Inc.; the BlackRock, Inc. Retirement
   Committee; the Investment Committee of the
12 Retirement Committee; Catherine Bolz; Chip Castille;
   Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith;
13 Anne Ackerley; Nancy Everett; Joseph Feliciani, Jr.;
   Ann Marie Petach; Michael Fredericks; Corin Frost;
14 Daniel Gamba; Kevin Holt; Chris Jones; Philippe
   Matsumoto; John Perlowski; Andy Phillips; Kurt
15 Schansinger; Tom Skrobe; Amy Engel; Management
   Development & Compensation Committee of the
16 BlackRock, Inc. Board of Directors; Kathleen Nedl;
   Marc Comerchero; Joel Davies; John Davis; Milan
17 Lint; and Laraine McKinnon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>    Plaintiffs,<br><br>    v.<br><br>BlackRock Institutional Trust Company, N.A. *et al.*,<br><br>    Defendants. | Case No. 17-cv-01892-HSG<br><br>**ORDER GRANTING MOTION TO CHANGE TIME** |

On January 3, 2019, Defendants BlackRock Institutional Trust Company, N.A., Blackrock, Inc., the BlackRock, Inc. Retirement Committee, the Investment Committee of the Retirement Committee, the Administrative Committee of the Retirement Committee, the Management Development & Compensation Committee, Anne Ackerley, Catherine Bolz, Chip Castille, Marc Comerchero, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Milan Lint, Philippe Matsumoto, Katherine Nedl, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, Joel Davies, John Davis, and Laraine McKinnon ("collectively, "BlackRock") filed an unopposed Motion to Change Time pursuant to Civil Local Rule 6-3.

BlackRock has shown good cause to change the time to file a declaration in support of the Administrative Motions to Seal filed by Plaintiffs on December 21 and 28, 2018. Therefore, **IT IS HEREBY ORDERED** that the time to file a declaration in response to Plaintiffs' Administrative Motions shall be changed to January 9, 2019.

**IT IS SO ORDERED.**

DATED: January 4, 2019

_____
UNITED STATES DISTRICT JUDGE