BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MEAGHAN VERGOW (admitted *pro hac vice*)
mvergow@omm.com
MICHAEL J. MCCARTHY (S.B. #278945)
mmccarthy@omm.coms
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Attorneys for Defendants
BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Investment Committee of the Retirement Committee; Catherine Bolz; Chip Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett; Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba; Kevin Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger; Tom Skrobe; Amy Engel; Management Development & Compensation Committee of the BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis; Milan Lint; and Laraine McKinnon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>    Plaintiffs,<br><br>  v.<br><br>BlackRock Institutional Trust Company, N.A., *et al.*,<br><br>    Defendants. | Case No. 17-cv-01892-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS** |

Plaintiffs Charles Baird and Lauren Slayton (collectively, "Plaintiffs"), Defendant Mercer Investment Consulting ("Mercer"), and Defendants BlackRock Institutional Trust Company, N.A., Blackrock, Inc., the BlackRock, Inc. Retirement Committee, the Investment Committee of the Retirement Committee, the Administrative Committee of the Retirement Committee, the Management Development & Compensation Committee, Anne Ackerley, Catherine Bolz, Chip Castille, Marc Comerchero, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Milan Lint, Philippe Matsumoto, Katherine Nedl, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, Joel Davies, John Davis, Laraine McKinnon (collectively, "BlackRock"), by and through their counsel of record, stipulate as follows:

WHEREAS, Plaintiffs, Mercer, and BlackRock (collectively, the "Parties") have determined that the authenticity of certain documents is not disputed; and

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the significant and unnecessary burden and expense associated with the document-by-document authentication of documents, and that stipulating to the authenticity of certain documents will promote the orderly and efficient progress of the litigation;

THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Documents produced by Plaintiffs, Mercer, or BlackRock in this action in response to a discovery request or pursuant to Rule 26 disclosure obligations, and which accordingly bear Bates numbers for this action (excluding materials disclosed exclusively in connection with or as part of expert reports) (the "Produced Documents") qualify as authentic under the Federal Rules of Evidence to the extent set forth below, and shall not be subject to an authenticity objection at trial.

2. The Parties agree that, for purposes of Rule 901 of the Federal Rules of Evidence, the Parties will not contest the authenticity of any document or thing, including any true and correct copy thereof, produced by Plaintiffs, Mercer, or BlackRock in connection with the instant litigation, so long as the circumstances indicate that the document or thing was authored or

modified by the producing Party (or, in the case of Mercer or BlackRock, by any direct or indirect subsidiaries of Mercer or BlackRock, or any employees thereof). Material excepted from this stipulation under this standard includes (but is not limited to) copies of books or chapters therein; newspaper articles; magazine articles; web-published articles; surveys and public reports not authored by any Party; and testimony before Congress or public agencies.

3. This stipulation does not affect the Parties' ability to contest the authenticity of any document or thing produced by one of the Parties based on evidence that the document or thing is not what it purports to be.

4. In the event that a dispute arises regarding the authenticity of a document, the Parties agree to meet and confer in good faith about the authenticity of such document.

5. Nothing in this stipulation shall be construed as an agreement that any documents or things subject to this stipulation are admissible into evidence by any party. The Parties reserve the right to object to the admissibility of any document or thing under any grounds permitted by law and not expressed herein, including, without limitation, that the document is irrelevant, or

//
//
//

that the document recites or repeats hearsay.  The Parties also expressly reserve the right to object to the purpose for which any document is being used.

Dated:  January 10, 2019

| | |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | **O'MELVENY & MYERS LLP** |
| /s/ *Michelle C. Yau*<br>Michelle C. Yau | /s/ *Brian D. Boyle*<br>Brian D. Boyle |
| Michelle C. Yau (admitted *Pro Hac Vice*)<br>Mary J. Bortscheller (admitted *Pro Hac Vice*)<br>Daniel R. Sutter (admitted *Pro Hac Vice*)<br>1100 New York Avenue, N.W. ● Suite 500<br>Washington, D.C.  20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>khandorf@cohenmilstein.com<br>myau@cohenmilstein.com<br>jhorwitz@cohenmilstein.com | Meaghan VerGow (admitted *Pro Hac Vice*)<br>Brian D. Boyle (Cal. Bar No. 126576)<br>Michael J. McCrthy (Cal. Bar No. 278945)<br>1625 Eye Street, N.W.<br>Washington, D.C.  20006<br>Tel: (202) 383-5504<br>Fax: (202) 383-5414<br>mvergow@omm.com<br>bboyle@omm.com<br>mmccarthy@omm.com |
| **FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**<br>Nina Wasow (Cal. Bar No. 242047)<br>Todd Jackson (Cal. Bar No. 202598)<br>2030 Addison Street ● Suite 500<br>Berkeley, CA  94704<br>Tel: (510) 269-7998<br>Fax: (510) 269-7994<br>nina@feinbergjackson.com<br>todd@feinbergjackson.com | Randall W. Edwards (Cal. Bar No. 179053)<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Tel: (415) 984-8700<br>Fax: (415) 984-8701<br>redwards@omm.com<br><br>***Attorneys for Blackrock*** |
| ***Attorneys for Plaintiffs*** | **MORGAN, LEWIS & BOCKIUS LLP**<br> /s/ *Matthew A. Russell*<br>Matthew A. Russell<br><br>Matthew A. Russell (admitted *Pro Hac Vice*)<br>77 West Wacker Drive<br>Chicago, IL  60601<br>matthew.russell@morganlewis.com<br><br>Spencer H. Wan (Cal. Bar No. 304329)<br>One Market, Spear Street Tower<br>San Francisco, cA  94105<br>spencer.wan@morganlewis.com<br><br>***Attorneys for Mercer*** |

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: January 10, 2019           By:     /s/ Brian B. Boyle

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED: the above Stipulation is approved and all parties shall comply with its provisions.

Dated:  1/10/2019                     *Haywood S. Gill, Jr.*
                                      U.S. District Court for the
                                      Northern District of California