# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BAIRD, et al., <br> Plaintiffs, <br> v. <br> BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., et al., <br> Defendants. | Case No. 17-cv-01892-HSG (KAW) <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 222 |

On January 16, 2019, Plaintiffs filed an administrative motion to file under seal. (Dkt. No. 222.) Plaintiffs sought to file under seal exhibits that were identified by Defendant BlackRock as being "Confidential" pursuant to a stipulated protective order. (*Id.* at 1.) Per Local Rule 79-5(e), when "the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party . . . (1) [w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

As of January 23, 2019, Defendant has not filed the required declaration. Accordingly, Defendant is ordered, on or before January 28, 2019, to: (1) file the required declaration establishing that the designated material is sealable, and (2) respond to this order to show cause by explaining why it did not file a timely declaration. Failure to complete both tasks by January 28, 2019 will result in this Court denying Plaintiffs' motion to file under seal.

IT IS SO ORDERED.

Dated: January 23, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge