| | |
|---|---|
| Michelle C. Yau (admitted *Pro Hac Vice*) | Todd Jackson (Cal. Bar No. 202598) |
| Mary J. Bortscheller (admitted *Pro Hac Vice*) | Nina Wasow (Cal. Bar No. 242047) |
| Daniel Sutter (admitted *Pro Hac Vice*) | FEINBERG, JACKSON, WORTHMAN & |
| COHEN MILSTEIN SELLERS & TOLL PLLC | WASOW, LLP |
| 1100 New York Ave. NW ● Fifth Floor | 2030 Addison St. ● Suite 500 |
| Washington, DC 20005 | Berkeley, CA 94704 |
| Telephone: (202) 408-4600 | Telephone: (510) 269-7998 |
| Fax: (202) 408-4699 | Fax: (510) 269-7994 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>Defendants. | Case No: 4:17-cv-01892-HSG<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5(d) and (e), Plaintiffs Charles Baird and Lauren Slayton ("Plaintiffs") hereby move the Court to issue an administrative order that authorizes the sealing of portions of Plaintiffs' Response to BlackRock's Supplemental Brief Regarding Document Numbers 305, 346, 351, 535, and 536, filed by Plaintiffs. Certain information contained within the Supplemental Brief was produced by BlackRock to Plaintiffs during the course of discovery and is designated "CONFIDENTIAL" under the terms of the protective order entered by the Court on October 18, 2017 (Dkt. No. 76). An unredacted copy of the brief is being lodged concurrently with this motion.

The basis for Plaintiffs' administrative motion is set forth in the Declaration of Michelle C. Yau, submitted herewith. A proposed order granting Plaintiffs' administrative motion and authorizing the sealing of the document is also submitted herewith.

Dated:  May 15, 2019

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By:
/s/ *Michelle C. Yau*
Michelle C. Yau (admitted *Pro Hac Vice*)

Michelle C. Yau (admitted *Pro Hac Vice*)
Daniel R. Sutter (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
mbortscheller@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (Cal. Bar No. 242047)
Todd Jackson (Cal. Bar No. 202598)
2030 Addison St.
Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com

***Attorneys for Plaintiffs***