REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 12

```
                                                            Page 1

 1
 2    UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
 3    SAN FRANCISCO DIVISION
      Case No. 4:17-cv-01892-HSG
 4    - - - - - - - - - - - - - - - - - - - -x
      CHARLES BAIRD and LAURA SLAYTON, as
 5    Individuals, and on behalf of all others
      similarly situated, and on behalf of the
 6    BlackRock Retirement Savings Plan,
                     Plaintiffs,
 7           -against-
      BLACKROCK INSTITUTIONAL TRUST COMPANY,
 8    N.A.; BLACKROCK, INC.; THE BLACKROCK, INC.
      RETIREMENT COMMITTEE; THE INVESTMENT
 9    COMMITTEE OF THE RETIREMENT COMMITTEE;
      CATHERINE BOLZ; CHIP CASTILLE; PAIGE
10    DICKOW; DANIEL A. DUNAY; JEFFREY A. SMITH;
      ANNE ACKERLEY; AMY ENGEL; NANCY EVERETT;
11    JOSEPH FELICIANI JR.; ANN MARIE PETACH;
      MICHAEL FREDERICKS; CORIN FROST; DANIEL
12    GAMBA; KEVIN HOLT; CHRIS JONES;
      PHILIPPE MATSUMOTO; JOHN PERLOWSKI; ANDY
13    PHILLIPS; KURT SCHANSINGER; and TOM
      SKROBE,
14                   Defendants.
      - - - - - - - - - - - - - - - - - - - -x
15
                         September 19, 2018
16                       8:30 a.m.
17
           VIDEOTAPED DEPOSITION of JASON STROFS,
18    held at the offices of Cohen Milstein
      Sellers & Toll, PLLC, 88 Pine Street, New
19    York, New York, before Jeremy Richman, a
      Professional Shorthand Reporter and Notary
20    Public of the State of New York.
21              *      *      *
22              Veritext Legal Solutions
                   Mid-Atlantic Region
                1250 Eye Street NW - Suite 350
23              Washington, D.C.  20005
24
25
```

Page 46

1   Q.   Sure.  Has BTC ever evaluated
2   the use of a third-party lender through
3   means other than issuing an RFP?
4   A.   No.
5   Q.   BTC receives compensation for
6   the security and lending services it
7   provides to CTFs; is that correct?
8   A.   That is correct.
9   Q.   What types of compensation
10  does this include?
11  A.   So for investors within our
12  collective funds, there's an investment
13  management fee, and then there would be
14  if we accept cash collateral on a sec
15  lending transaction.  It would be cash
16  collateral management fees, or CMFs.
17  And then for the net securities
18  lending -- for the net of CMFs,
19  securities lending income that is
20  generated, there would be a split of
21  that income between BTC and the fund.
22  Q.   And you say the split of
23  income between BTC and the fund.  What
24  do you mean by that?
25  A.   So the portion of the income,

Page 47

1  50 percent would go to the fund, and
2  gets reflected in the NAV of the fund,
3  and then the other portion of that
4  would go to BTC.
5      Q.    Is the portion of income that
6  goes to BTC withdrawn from the CTF?
7           MR. BOYLE:  Objection, vague.
8      Q.    Let me rephrase that.  Is the
9  portion of income that is paid to BTC
10 withdrawn from the CTF that lent the
11 securities that generated that income?
12          MR. BOYLE:  Objection, vague,
13     and to the extent it calls for a
14     legal conclusion.
15     A.    So the specific mechanics I'm
16 not sure, I can't tell you.  Again,
17 when we lend the security, when we take
18 cash, we pay a rebate to the borrower,
19 which is an interest rate on that
20 security.  We reinvest the cash so
21 there's a yield on the cash
22 reinvestment.  The difference between
23 the two is the spread, the difference
24 between the yield and the cash fund and
25 the rebate is the spread, and that's





REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 21

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3            OAKLAND DIVISION
4              ---oOo---
5
6   CHARLES BAIRD, et al.,

              Plaintiffs,
7
    vs.                                Case No. 17-cv-1982-HSG
8
    BLACKROCK INSTITUTIONAL TRUST
9   COMPANY, N.A., et al.,
10            Defendants.
    _____/
11
12
13                CONFIDENTIAL
14   THE VIDEOTAPED DEPOSITION OF NORBERT SCHNADT, Ph.D.
15
            Thursday, January 31, 2019
16
17
18
19
20
21
22   Reported by:  Patricia Rosinski, CSR #4555
23
            VERITEXT LEGAL SOLUTIONS
24            MID-ATLANTIC REGION
         1250 Eye Street NW - Suite 350
25            Washington, D.C.  20005

Page 84



Page 85





# Exhibit 28

Page 1

```
 1  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
 2  SAN FRANCISCO DIVISION
    Case No. 4:17-cv-01892-HSG
 3  - - - - - - - - - - - - - - - - - - - - -x
 4  CHARLES BAIRD and LAURA SLAYTON, as
    individuals, and on behalf of all others
 5  similarly situated, and on behalf of the
    BlackRock Retirement Savings Plan,
 6
                        Plaintiffs,
 7
           -against-
 8
    BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.;
 9  BLACKROCK, INC.; THE BLACKROCK, INC.
    RETIREMENT COMMITTEE; THE INVESTMENT COMMITTEE
10  OF THE RETIREMENT COMMITTEE; CATHERINE BOLZ;
    CHIP CASTILLE; PAIGE DICKOW; DANIEL A. DUNAY;
11  JEFFREY A. SMITH; ANNE ACKERLEY; AMY ENGEL;
    NANCY EVERETT; JOSEPH FELICIANI JR.; ANN MARIE
12  PETACH; MICHAEL FREDERICKS; CORIN FROST;
    DANIEL GAMBA; KEVIN HOLT; CHRIS JONES;
13  PHILIPPE MATSUMOTO; JOHN PERLOWSKI; ANDY
    PHILLIPS; KURT SCHANSINGER; and TOM SKROBE,
14
                        Defendants.
15
    - - - - - - - - - - - - - - - - - - - - -x
16
                        July 12, 2018
17                      9:19 a.m.
18
19          CONTINUED VIDEOTAPED DEPOSITION of
20  KATHLEEN NEDL, taken by attorneys for Plaintiff,
21  pursuant to notice, held at the offices of Cohen
22  Milstein Sellers & Toll PLLC, 88 Pine Street, New
23  York, New York, before Brittany Saline, a
24  Professional Shorthand Reporter and Notary Public.
25
```

Kathleen Nedl

Page 93





REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 34

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   CHARLES BAIRD, et al.,
 6          Plaintiffs,       Case:  17-CV-1892-HSG-KAW
 7   vs.
 8   BLACKROCK INSTITUTIONAL TRUST
     COMPANY, N.A., et al.,
 9
            Defendants.
10   _____/
11
12
13              DEPOSITION OF RYAN HENIGE
14                 JANUARY 10, 2019
15
16
17
18
19
20   REPORTED BY:
21   JILL ANNE STEPHENSON, CSR 8563
22
23
                    Veritext Legal Solutions
24                    Mid-Atlantic Region
               1250 Eye Street NW - Suite 350
25                Washington, D.C.  20005
```

Page 44



REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]