REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 27

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

[Document Redacted]

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 28

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Case No. 4:17-cv-01892-HSG

- - - - - - - - - - - - - - - - - - - - - - -x

CHARLES BAIRD and LAURA SLAYTON, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,

Plaintiffs,

-against-

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.; BLACKROCK, INC.; THE BLACKROCK, INC. RETIREMENT COMMITTEE; THE INVESTMENT COMMITTEE OF THE RETIREMENT COMMITTEE; CATHERINE BOLZ; CHIP CASTILLE; PAIGE DICKOW; DANIEL A. DUNAY; JEFFREY A. SMITH; ANNE ACKERLEY; AMY ENGEL; NANCY EVERETT; JOSEPH FELICIANI JR.; ANN MARIE PETACH; MICHAEL FREDERICKS; CORIN FROST; DANIEL GAMBA; KEVIN HOLT; CHRIS JONES; PHILIPPE MATSUMOTO; JOHN PERLOWSKI; ANDY PHILLIPS; KURT SCHANSINGER; and TOM SKROBE,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

July 12, 2018
9:19 a.m.

CONTINUED VIDEOTAPED DEPOSITION of KATHLEEN NEDL, taken by attorneys for Plaintiff, pursuant to notice, held at the offices of Cohen Milstein Sellers & Toll PLLC, 88 Pine Street, New York, New York, before Brittany Saline, a Professional Shorthand Reporter and Notary Public.

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED
Kathleen Nedl
Page 93

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830



REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED
Kathleen Nedl

Page 94

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 29

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

[Document Redacted]

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 30

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

[Document Redacted]

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 31

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

[Document Redacted]

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 32

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

[Document Redacted]

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 33

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

[Document Redacted]

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 34

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CHARLES BAIRD, et al.,
Plaintiffs, Case: 17-CV-1892-HSG-KAW
vs.
BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., et al.,

Defendants.
______________________________/

DEPOSITION OF RYAN HENIGE
JANUARY 10, 2019

REPORTED BY:
JILL ANNE STEPHENSON, CSR 8563

Veritext Legal Solutions
Mid-Atlantic Region
1250 Eye Street NW - Suite 350
Washington, D.C. 20005

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# Exhibit 35

**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED**

[Document Redacted]