# Exhibit E



**Mon, Apr 3, 7:25 PM**

> this is kinda scary

> What is that

> You suing?

> yeah was approached by a DC-based law firm. class action suit representing all BLK employees who participated in their

CONFIDENTIAL                                                        BRPL_000311

> BLK employees who participated in their retirement plans. argument is that the funds we were given options of investing in were 90%+ BLK-managed plans with "multiple layers of fees" (think LifePath)

> I'm just YOLOing this

Nice

Can I participate

> well you're already in the class but I'll let the lawyer know you're interested

> class covers any and all participants in the BLK

CONFIDENTIAL
BRPL_000312

   

participants in the BLK Retirement Savings Plan

which I'm still in, no thanks to a certain someone who just loves dragging out my other legal situation

"BlackRock funds also underperformed comparative funds despite high fees. For example, despite charging a 500% – 871% premium, BlackRock's Low Duration Bond Fund has underperformed Vanguard's alternative over ten, five, three, and one year horizons." lol

  

       

CONFIDENTIAL BRPL_000313

  

other legal situation

"BlackRock funds also underperformed comparative funds despite high fees. For example, despite charging a 500% - 871% premium, BlackRock's Low Duration Bond Fund has underperformed Vanguard's alternative over ten, five, three, and one year horizons. " lol

Lol

**Mon, Apr 10**, 7:46 PM

I bought TSLA and BTC

CONFIDENTIAL

BRPL_000314