# Exhibit F

10/16/2017  Re: BlackRock 401k litigation

 Lauren Slayton **REDACTED**

## Re: BlackRock 401k litigation

**Lauren** **REDACTED**     Tue, Jun 13, 2017 at 4:13 PM
To: Lauren Slayton **REDACTED**

Sent from my iPhone

Begin forwarded message:

> **From:** **REDACTED**
> **Date:** June 13, 2017 at 3:59:00 PM PDT
> **To:** Lauren **REDACTED**
> **Subject: Re: BlackRock 401k litigation**

Ok here's the deal.  Click on **REDACTED** and enter your information, and the law firm who is representing the class will be in touch.  I think it is worth exploring!  They are alleging that BlackRock violated their ERISA duties by investing employee 401k savings almost all in blackrock funds, so the class wants to recover losses from excessive fees and losses.  You never know how it could pan out.  Let me know what happens!
xoxo

On Tue, May 30, 2017 at 10:09 AM, **REDACTED** wrote:
> it would be my personal pleasure to see if you could get money out of those guys!!  let me see what I can find out...

On Mon, May 29, 2017 at 9:03 AM, Lauren **REDACTED** wrote:
> I was mortified! And then remembered they fired all the people I know. Satan's dark forces in soccer shorts. I was there then but I don't see if there is anywhere to opt in to some sort of action. I'd love free money from those assholes!
>
> Sent from my iPhone
>
> > On May 29, 2017, at 7:24 AM, **REDACTED** wrote:
> >
> > Oh good point!! I can't remember what year you girls both left that crazy place! **REDACTED** we had girls dinner last Monday at Perry's and the entire blackrock soccer team came prancing in. Lauren had to hide!!
> >
> >> On May 29, 2017, at 1:02 AM, **REDACTED** wrote:
> >>
> >> I hadn't but it looks like it is from 2011 to now.  Lauren were you still there in 2011?
> >>
> >> Sent from my iPhone
> >>
> >>> On May 28, 2017, at 12:40 AM, **REDACTED** wrote:
> >>>
> >>> Did you guys see this?
> >>>
> >>> **REDACTED**

10/16/2017  Re: BlackRock 401k litigation

REDACTED
CONFIDENTIAL        BRPL_000309        2/2