BRIAN BOYLE (S.B. #126576)
bboyle@omm.com
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MEAGHAN VERGOW (admitted *pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414

Attorneys for Defendants
BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Investment Committee of the Retirement Committee; the Administrative Committee of the Retirement Committee; Catherine Bolz; Chip Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett; Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba; Kevin Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger; Tom Skrobe; Amy Engel; Management Development & Compensation Committee of the BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis; Milan Lint; and Laraine McKinnon

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A., *et al.*,<br><br>Defendants. | Case No: 17-cv-1892-HSG<br><br>**DECLARATION OF MEAGHAN VERGOW IN SUPPORT OF BLACKROCK'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF RUSSELL WERMERS ON CLASS CERTIFICATION ISSUES** |

I, Meaghan VerGow, declare and state as follows:

1. I am an attorney licensed to practice in the State of New York and the District of Columbia. I am a partner of O'Melveny & Myers LLP, counsel of record for Defendants BlackRock Institutional Trust Company, N.A. ("BTC"); BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Investment Committee of the Retirement Committee; the Administrative Committee of the Retirement Committee; Catherine Bolz; Chip Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett; Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba; Kevin Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger; Tom Skrobe; Amy Engel; Management Development & Compensation Committee of the BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis; Milan Lint; and Laraine McKinnon (collectively, "BlackRock") in the above-captioned litigation. I submit this declaration in support of BlackRock's Memorandum in Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Russell Wermers on Class Certification Issues. I have personal knowledge of the following facts and, if called and sworn as a witness, I could and would testify to them.

2. On February 25, 2019, counsel for plaintiffs notified counsel for BlackRock that they had served a subpoena on Finadium, a third party. The subpoena, dated February 15, 2019, sought the production of specific non-public reports created by Finadium. Plaintiffs later agreed to pay for the use of the reports.

3. On March 27, 2019, BlackRock served the Expert Report of Russell Wermers ("Report") on counsel for plaintiffs. Contemporaneously, BlackRock served all of the Markit and Brightscope Beacon data that Professor Wermers considered in preparing the Report as well as the working materials supporting the exhibits to the Report.

4. The working materials for Professor Wermers' report were produced to plaintiffs in format that organized the materials into subfolders reflecting the portions of the Report they supported. A subfolder labeled "Exhibit 5" contained a spreadsheet titled "Wermers_Exhibit_5.xlsx." That spreadsheet contains several tabs, including one that replicates Exhibit 5; another tab in the spreadsheet, titled "Beacon Asset Manager Details," identifies a date of

1  February 13, 2019.  A different subfolder, labeled "FN 41-43," contained a spreadsheet titled
2  "BrightScope_xls_Fund_fund_2019-03-24.xls."  That spreadsheet contains only one tab, titled
3  "Beacon Fund Details," which identifies a date of March 24, 2019.

4      5.    On May 24, 2019, O'Melveny & Myers LLP was copied on a letter from Laura
5  Anderson Wright, Associate General Counsel for the University of Maryland, to Daniel Sutter,
6  counsel for plaintiffs.  The letter stated that the University of Maryland had processed a request from
7  Mr. Sutter under the Maryland Public Information Act for "Emails between Russell Wermers . . .
8  and any of the following domains (@omm.com, @blackrock.com, or @analysisgroup.com)."  The
9  letter further noted two revised requests for emails containing "Baird," "BlackRock," "O'Melveny,"
10 and certain other terms.  The letter indicates that Mr. Sutter's request was denied as seeking records
11 outside the scope of or protected from disclosure under the Public Information Act.

12     6.    On April 29, 2019, plaintiffs issued a subpoena to Professor Wermers seeking all
13 documents he or anyone working under his direction or supervision considered in connection with
14 the case.  On May 7, 2019, BlackRock served objections to the subpoena, on the grounds that the
15 subpoena sought "Academic Articles, Books, and Surveys" and "Websites and News Articles" that
16 were "public or otherwise available to Plaintiffs," and that BlackRock had "already produced the
17 remaining documents that Dr. Wermers considered when preparing his report."

18     7.    In accordance with the Court's standing order discouraging parties from needlessly
19 submitting voluminous exhibits, BlackRock has provided excerpts, where appropriate, of the
20 documents it attaches as Exhibits to this declaration.  Should the Court so request, BlackRock will
21 provide full versions of any of these documents.

22     8.    Attached hereto as Exhibit A is a true and correct copy of excerpts of *16 Things You*
23 *Should Know: Information About BTC*, dated June 2017.  The full document was produced by
24 BlackRock to plaintiffs under the Bates range BAIRD_00001821-68 on October 19, 2017.

25     9.    Attached hereto as Exhibit B is a true and correct copy of excerpts of the transcript of
26 the deposition of Russell Wermers, taken on May 8, 2019, in Washington, D.C.

27     10.    Attached hereto as Exhibit C is a true and correct copy of a webpage from
28 BrightScope Beacon regarding Bridgewater Associates, Inc., as it appeared on August 5, 2019.  This

webpage requires a login to access and was downloaded at my direction by BlackRock's consulting expert, Analysis Group.

11. Attached hereto as Exhibit D is a true and correct copy of BAIRD_0087933. The document was produced by BlackRock to plaintiffs on March 9, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this sixteenth day of August, 2019 in Washington, DC.

By: */s/ Meaghan VerGow*
Meaghan VerGow