Michelle C. Yau (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
Daniel R. Sutter (admitted *Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Todd Jackson (Cal. Bar No. 202598)
Nina Wasow (Cal. Bar No. 242047)
FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
2030 Addison St. ● Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Fax: (510) 269-7994

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>Defendants. | Case No: 4:17-cv-01892-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

Having reviewed Plaintiffs' Administrative Motion for Leave to File Under Seal, and good cause appearing therefore, the Court hereby ORDERS as follows:

Plaintiffs' Administrative Motion to File Under Seal their Reply in Support of Plaintiffs' Motion to Exclude Expert Testimony of Russell Wermers on Class Certification Issues and Exhibits O-R to the Yau Reply Declaration In Support of Plaintiffs' Reply, is GRANTED.

Dated: _____

_____
U.S. District Judge Haywood S. Gilliam, Jr.
U.S. District Court for the
Northern District of California