UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BAIRD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., et al.,<br><br>Defendants. | Case No. 17-cv-01892-HSG<br><br>**ORDER RE SEALING OF ORDER ON MOTIONS TO DISMISS AND ADMINISTRATIVE MOTIONS TO STAY** |

The Court's order on Defendants' motions to dismiss and the administrative motions to file under seal, Dkt. No. 340, shall remain under seal until **September 16, 2019 at noon**, after which it will be filed on the public docket. If the parties believe any references to sealed materials need to be redacted, the parties are directed to file by **September 13, 2019 at noon** a joint proposed set of redactions along with a table for each item sought to be sealed and the corresponding citations to where the material has already been ordered sealed. The parties may file their joint proposed set of redactions via an administrative motion to file under seal.

The parties should not seek redaction of any information that is now publicly available. For example, although the information in paragraph 439 of Plaintiffs' second amended class action complaint has been ordered sealed, Defendants subsequently disclosed part of that information in their reply brief. *See* Dkt. No. 226 at 14:23–24 ("Plaintiffs do no better in defending their charge that BTC's decision not to sell certain ABS until 2012 was inconsistent with the STIFs' objective of safeguarding principal."). Overbroad requests will be denied, and the parties should narrowly tailor any requests for sealing. While the Court cited to paragraphs in Plaintiffs' second amended class action complaint that have been sealed, that does not necessarily

warrant sealing of general descriptions of the subject matter alleged in those paragraphs.

**IT IS SO ORDERED.**

Dated: 9/6/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge