BRIAN BOYLE (S.B. #126576)
bboyle@omm.com
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MEAGHAN VERGOW (*pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

Attorneys for Defendants
BlackRock Institutional Trust Company, N.A.;
BlackRock, Inc.; the BlackRock, Inc. Retirement
Committee; the Investment Committee of the
Retirement Committee; the Administrative Committee
of the Retirement Committee; Catherine Bolz; Chip
Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A.
Smith; Anne Ackerley; Nancy Everett; Joseph
Feliciani, Jr.; Ann Marie Petach; Michael Fredericks;
Corin Frost; Daniel Gamba; Kevin Holt; Chris Jones;
Philippe Matsumoto; John Perlowski; Andy Phillips;
Kurt Schansinger; Tom Skrobe; Amy Engel;
Management Development & Compensation
Committee of the BlackRock, Inc. Board of Directors;
Kathleen Nedl; Marc Comerchero; Joel Davies; John
Davis; Milan Lint; and Laraine McKinnon

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>Defendants. | Case No. 17-cv-01892-HSG<br><br>**ORDER DENYING BLACKROCK'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |

Upon consideration of the Administrative Motion for Leave to File Statement of Recent Decision, filed by Defendants BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Investment Committee of the Retirement Committee; the Administrative Committee of the Retirement Committee; Catherine Bolz; Chip Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett; Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba; Kevin Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger; Tom Skrobe; Amy Engel; Management Development & Compensation Committee of the BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis; Milan Lint; and Laraine McKinnon (collectively, "BlackRock"), the motion is hereby DENIED.

IT IS SO ORDERED.

Dated: 9/23/2019

**Judge Haywood S. Gilliam Jr.**
U.S. District Court
Northern District of California

DENIED
Judge Haywood S. Gilliam Jr.

- 1 -

ORDER DENYING ADMIN. MOT. FOR LEAVE TO FILE STATEMENT OF RECENT DECISION
4:17-CV-01892-HSG