BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MEAGHAN VERGOW (admitted *pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     +1 415 984 8700
Facsimile:      +1 415 984 8701

Attorneys for Defendants
BlackRock Institutional Trust Company, N.A.; BlackRock,
Inc.; the BlackRock, Inc. Retirement Committee; the
Investment Committee of the Retirement Committee; the
Administrative Committee of the Retirement Committee;
Catherine Bolz; Chip Castille; Paige Dickow; Daniel A.
Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett;
Joseph Feliciani, Jr.; Ann Marie Petach; Michael
Fredericks; Corin Frost; Daniel Gamba; Kevin Holt; Chris
Jones; Philippe Matsumoto; John Perlowski; Andy Phillips;
Kurt Schansinger; Tom Skrobe; Amy Engel; Management
Development & Compensation Committee of the
BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc
Comerchero; Joel Davies; John Davis; Milan Lint; and
Laraine McKinnon

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan, | Case No. 17-cv-01892-HSG |
| Plaintiffs, | **ORDER GRANTING BLACKROCK'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT** |
| v. | |
| BlackRock Institutional Trust Company, N.A., *et al.*, | |
| Defendants. | |

1       Upon consideration of the Unopposed Motion to Enlarge Time to File Answer to Second

2 Amended Complaint, filed by Defendants BlackRock Institutional Trust Company, N.A.;

3 BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Investment Committee of the

4 Retirement Committee; the Administrative Committee of the Retirement Committee; Catherine

5 Bolz; Chip Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy

6 Everett; Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba;

7 Kevin Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger;

8 Tom Skrobe; Amy Engel; Management Development & Compensation Committee of the

9 BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis;

10 Milan Lint; and Laraine McKinnon (collectively, "BlackRock"), the motion is hereby

11 GRANTED.  The deadline to file a responsive pleading to Plaintiffs' Second Amended

12 Complaint is extended to October 1, 2019.

13

14 IT IS SO ORDERED.

15

16 Dated:  9/25/2019

                                                 **Judge Haywood S. Gilliam, Jr.**

17                                                  U.S. District Court for the
Northern District of California

18

19

20

21

22

23

24

25

26

27

28