# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Charles Baird, et al.

    Plaintiff(s),

v.

BlackRock Inst. Trust Co., N.A., et al.

    Defendant(s).

Case No: 4:17-cv-01892-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3)

I, Sarah D. Holz, an active member in good standing of the bar of Mississippi, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Charles Baird & Lauren Slayton in the above-entitled action. My local co-counsel in this case is Nina Wasow and Todd Jackson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cohen Milstein Sellers & Toll, PLLC<br>1100 New York Ave. NW, Suite 500<br>Washington, DC 20005 | Feinberg, Jackson, Worthman & Wasow LLP<br>2030 Addison Street, Suite 500<br>Berkeley, CA 94704 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 408-3616 | (510) 269-7998 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sholz@cohenmilstein.com | nina@feinbergjackson.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 105015.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/13/19

                Sarah D. Holz
                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sarah D. Holz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/21/2019

                *[signature: Haywood S. Gilliam, Jr.]*
                UNITED STATES DISTRICT JUDGE

*October 2012*

PRO HAC VICE APPLICATION & ORDER



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Sarah Denise Holz,** *Mississippi Bar Identification Number* **(105015)** *was admitted to practice law,* **October 31, 2016.**

_____
Amy S. Ward
*Membership Records Coordinator*

Date   11/04/2019

