UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BAIRD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., et al.,<br><br>    Defendants. | Case No. 17-cv-01892-HSG<br><br>**ORDER RE SEALING OF ORDER ON MOTION FOR CLASS CERTIFICATION, MOTION TO STRIKE,** ***DAUBERT*** **MOTION, AND MOTIONS TO FILE UNDER SEAL** |

The Court's order on Plaintiffs' motion for class certification, motion to strike, *Daubert* motion, and the administrative motions to file under seal, Dkt. No. 360, shall remain under seal until **February 25, 2020 at noon**, after which it will be filed on the public docket. If the parties believe any references to sealed materials need to be redacted, the parties are directed to file by **February 21, 2020 at noon** a joint proposed set of redactions along with a table for each item sought to be sealed and the corresponding citations to where the material has already been ordered sealed. The parties may file their joint proposed set of redactions via an administrative motion to file under seal.

The parties should not seek redaction of any information that is now publicly available (for example, information contained in the public transcript of the hearing on the motion for class certification, Dkt. No. 347, or the Court's order on Defendants' motions to dismiss, Dkt. No. 340). Overbroad requests will be denied, and the parties should narrowly tailor any requests for sealing.

**IT IS SO ORDERED.**

Dated: 2/11/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge