| 1 | BRIAN D. BOYLE (Cal. Bar No. 126576)
bboyle@omm.com
| 2 | MEAGHAN VERGOW (admitted *Pro Hac Vice*)
mvergow@omm.com
| 3 | O'MELVENY & MYERS LLP
1625 Eye Street, NW
| 4 | Washington, DC 20006-4061
Telephone: +1 202 383 5300
| 5 | Facsimile: +1 202 383 5414
| 6 | RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
| 7 | O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
| 8 | San Francisco, California 94111-3823
Telephone: +1 415 984 8700
| 9 | Facsimile: +1 415 984 8701
| 10 | Attorneys for Defendants
BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; the BlackRock, Inc. Retirement Committee; the Investment Committee of the Retirement Committee; the Administrative Committee of the Retirement Committee; Catherine Bolz; Chip Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett; Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba; Kevin Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger; Tom Skrobe; Amy Engel; Management Development & Compensation Committee of the BlackRock, Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis; Milan Lint; and Laraine McKinnon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A., *et al.*,<br><br>Defendants. | Case No. 17-cv-01892-HSG<br><br>**ORDER GRANTING BLACKROCK'S UNOPPOSED MOTION TO CHANGE TIME FOR CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Upon consideration of the Unopposed Motion to Change Time for Case Management |
| 2 | Conference, filed by Defendants BlackRock Institutional Trust Company, N.A.; BlackRock, Inc.; |
| 3 | the BlackRock, Inc. Retirement Committee; the Investment Committee of the Retirement |
| 4 | Committee; the Administrative Committee of the Retirement Committee; Catherine Bolz; Chip |
| 5 | Castille; Paige Dickow; Daniel A. Dunay; Jeffrey A. Smith; Anne Ackerley; Nancy Everett; |
| 6 | Joseph Feliciani, Jr.; Ann Marie Petach; Michael Fredericks; Corin Frost; Daniel Gamba; Kevin |
| 7 | Holt; Chris Jones; Philippe Matsumoto; John Perlowski; Andy Phillips; Kurt Schansinger; Tom |
| 8 | Skrobe; Amy Engel; Management Development & Compensation Committee of the BlackRock, |
| 9 | Inc. Board of Directors; Kathleen Nedl; Marc Comerchero; Joel Davies; John Davis; Milan Lint; |
| 10 | and Laraine McKinnon (collectively, "BlackRock"), the motion is hereby GRANTED. The case |
| 11 | management conference is rescheduled for March 17, 2020 at 2:00 p.m. |

IT IS SO ORDERED.

Dated: 2/19/2020

**Judge Haywood S. Gilliam, Jr.**
U.S. District Court for the
Northern District of California