# Exhibit O

```
                                                            Page 1
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   SAN FRANCISCO DIVISION
     Case No. 4:17-cv-01892-HSG
 3   - - - - - - - - - - - - - - - - - - - - - - -x
 4   CHARLES BAIRD and LAURA SLAYTON, as
     individuals, and on behalf of all others
 5   similarly situated, and on behalf of the
     BlackRock Retirement Savings Plan,
 6
                                    Plaintiffs,
 7
              -against-
 8
     BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.;
 9   BLACKROCK, INC.; THE BLACKROCK, INC.
     RETIREMENT COMMITTEE; THE INVESTMENT COMMITTEE
10   OF THE RETIREMENT COMMITTEE; CATHERINE BOLZ;
     CHIP CASTILLE; PAIGE DICKOW; DANIEL A. DUNAY;
11   JEFFREY A. SMITH; ANNE ACKERLEY; AMY ENGEL;
     NANCY EVERETT; JOSEPH FELICIANI JR.; ANN MARIE
12   PETACH; MICHAEL FREDERICKS; CORIN FROST;
     DANIEL GAMBA; KEVIN HOLT; CHRIS JONES;
13   PHILIPPE MATSUMOTO; JOHN PERLOWSKI; ANDY
     PHILLIPS; KURT SCHANSINGER; and TOM SKROBE,
14
                                    Defendants.
15
     - - - - - - - - - - - - - - - - - - - - - - -x
16
                         July 12, 2018
17                       9:19 a.m.
18
19            CONTINUED VIDEOTAPED DEPOSITION of
20   KATHLEEN NEDL, taken by attorneys for Plaintiff,
21   pursuant to notice, held at the offices of Cohen
22   Milstein Sellers & Toll PLLC, 88 Pine Street, New
23   York, New York, before Brittany Saline, a
24   Professional Shorthand Reporter and Notary Public.
25
```

1    Q    Okay.  And are those indirect costs
2    disclosed within this disclosure statement?
3    A    (Perusing.)  Yes, they are.  They are
4    disclosed starting on page 5.
5    Q    Can you point me specifically where
6    they are disclosed?
7    A    Specifically, they are disclosed via
8    the annual gross expense ratio, which is a
9    column all the way to the right in the chart on
10   this page.
11   Q    Thank you.
12        Does that annual gross expense ratio
13   include the 50 percent securities lending fee
14   charged by BlackRock's sponsored CTIs in the
15   Plan?
16        MS. VERGOW:  Objection.  Scope and
17        lacks foundation.
18   A    My understanding is that it does not.
19   As I had previously said, the expense ratio
20   would include the investment management fees
21   and the administrative fees.
22   Q    Does this expense ratio noted in the
23   chart disclose the cash management fees charged
24   by the BlackRock -- I'm sorry, charged by the
25   BTC-sponsored CTIs that engage in securities

1  lending in the Plan Menu?
2          MS. VERGOW:  Objection.  Form, lacks
3      foundation and scope.
4      A     It does not.
5      Q     Is there any disclosure of the
6  50 percent securities leaning fee contained
7  within this participant disclosure that you see
8  before you at Exhibit 65?
9          MS. VERGOW:  Objection.  Form and
10     scope.
11     A     It does not.  It was -- it was our
12  understanding at this point in time that that
13  was not a -- a fee that was covered by this
14  type of disclosure.
15     Q     Okay.  Is the cash collateral
16  management fee disclosed within this
17  participant disclosure at Plaintiffs' 65?
18         MS. VERGOW:  Objection.  Form and
19     scope.
20     A     No, it is not.  Securities lending is
21  not an item discussed in this document; it was
22  our understanding that that was not part of
23  this requirement.
24     Q     Okay.  We discussed earlier -- does
25  the 50 percent securities lending fee reduce