FILED

APR 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES BAIRD, individually, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan; LAUREN SLAYTON,<br><br>            Plaintiffs-Petitioners,<br><br> v.<br><br>BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.; et al.,<br><br>            Defendants-Respondents. | No.   20-80044<br><br>D.C. No. 4:17-cv-01892-HSG<br>Northern District of California, Oakland<br><br>ORDER |

Before: MURGUIA and BENNETT, Circuit Judges.

The motion to maintain portions of the Sealed Appendix to the petition for permission to appeal under seal (Docket Entry No. 3), to which no opposition has been filed, is granted. *See* 9th Cir. R. 27-13. The Clerk shall publicly file the petition for permission to appeal at Docket Entry No. 1-2. The Clerk shall maintain the Sealed Appendix to the petition at Docket Entry No. 1-3 under seal.

Within 21 days after the date of this order, respondents shall submit for public filing a redacted version of the Sealed Appendix to the petition for permission to appeal.

The court, in its discretion, denies the petition for permission to appeal the district court's February 11, 2020 order partially denying class action certification.

LAB/MOATT

*See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).