Michelle C. Yau (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
Daniel Sutter (admitted *Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Todd Jackson (Cal. Bar No. 202598)
Nina Wasow (Cal. Bar No. 242047)
FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
2030 Addison St. ● Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Fax: (510) 269-7994

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Charles Baird et al., <br><br> Plaintiffs, <br><br> v. <br><br> BlackRock Institutional Trust Company, N.A., et al., <br><br> Defendants. | Case No: 4:17-cv-01892-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CASE SCHEDULE** |

Pursuant to Northern District of California Local Rule 6-2, Plaintiffs Charles Baird and Lauren Slayton (collectively, "Plaintiffs") and Defendants BlackRock Institutional Trust Company, N.A., Blackrock, Inc., the BlackRock, Inc. Retirement Committee, the Investment Committee of the Retirement Committee, the Administrative Committee of the Retirement Committee, the Management Development & Compensation Committee, Anne Ackerley, Catherine Bolz, Chip Castille, Marc Comerchero, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Milan Lint, Philippe Matsumoto, Katherine Nedl, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, Joel Davies, John Davis, and Laraine McKinnon ("collectively, "BlackRock"), by and through respective counsel, hereby stipulate and agree as follows:

WHEREAS, on March 24, 2020, the Court entered a Case Management Scheduling Order

1  setting, among other things, rebuttal Reports due by 6/26/2020 and Close of Expert Discovery due
2  by 7/17/2020.
3        WHEREAS, on May 22, 2020, the parties exchanged opening expert reports.
4        WHEREAS, Plaintiffs requested, and BlackRock agreed to, a two week extension to the
5  deadlines for rebuttal reports and the close of expert discovery, due to COVID-19 related
6  disruptions, including lack of childcare, for Plaintiffs' counsel and Plaintiff's expert witnesses who
7  are preparing rebuttal reports.
8        WHEREAS, Plaintiffs also requested, and BlackRock agreed to, dates certain for filing any
9  motions for summary judgment and to reset the hearing date for dispositive motions to December 10,
10 2020.
11       WHEREAS, the parties have not requested any previous modification to March 24, 2020
12 Scheduling Order.
13       A declaration from Michelle C. Yau, setting for the reasons for the parties' request, is
14 attached hereto as Exhibit A ("Yau Decl.").
15       **IT IS HEREBY STIPULATED AND AGREED,** subject to the approval of the Court that:
16       1.     The Parties agree there is good cause for a modest extension of the existing case
17 schedule, as detailed below, to accommodate COVID-19 related disruptions. Yau Decl. ¶ 3.
18       The Parties therefore stipulate and agree on the following case schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of Opening Expert Reports | 5/22/2020 | Completed |
| Exchange of Rebuttal Expert Reports | 6/26/2020 | 7/10/2020 |
| Close of Expert Discovery | 7/17/2020 | 8/7/2020 |
| Dispositive Motions Deadline | --- | 9/24/2020 |
| Response to Dispositive Motions | --- | 10/29/2020 |
| Replies to Dispositive Motions | --- | 11/19/2020 |
| Dispositive Motion Hearing | 11/19/2020, 2:00 PM | 12/10/2020, 2:00 PM |
| Pretrial Conference | 2/9/2021, 3:00 PM | 2/9/2021, 3:00 PM |
| Seven Day Bench Trial | 3/1/2021, 8:30 AM | 3/1/2021, 8:30 AM |

Dated: June 16, 2020

| | |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | **O'MELVENY & MYERS LLP** |
| /s/ Michelle C. Yau<br>Michelle C. Yau | /s/ Meaghan VerGow<br>Meaghan VerGow |
| Michelle C. Yau (admitted *Pro Hac Vice*)<br>Mary J. Bortscheller (admitted *Pro Hac Vice*)<br>Daniel R. Sutter (admitted *Pro Hac Vice*)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C.  20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>khandorf@cohenmilstein.com<br>myau@cohenmilstein.com<br>jhorwitz@cohenmilstein.com | Meaghan VerGow (admitted *Pro Hac Vice*)<br>Brian Boyle (Cal. Bar No. 126576)<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 383-5504<br>Fax: (202) 383-5414<br>mvergow@omm.com<br>bboyle@omm.com<br>mmccarthy@omm.com |
| **FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**<br>Nina Wasow (Cal. Bar No. 242047)<br>Todd Jackson (Cal. Bar No. 202598)<br>2030 Addison Street, Suite 500<br>Berkeley, CA 94704<br>Tel: (510) 269-7998<br>Fax: (510) 269-7994<br>nina@feinbergjackson.com<br>todd@feinbergjackson.com | Randall W. Edwards (Cal. Bar No. 179053)<br>Adam M. Kaplan (Cal. Bar No. 298077)<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Tel: (415) 984-8700<br>Fax: (415) 984-8701<br>redwards@omm.com |
| *Attorneys for Plaintiffs* | *Attorneys for the Blackrock Defendants* |

## ATTESTATION

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: June 16, 2020         By:    /s/ Michelle C. Yau
                                             Michelle C. Yau

1
2
3                              **[PROPOSED] ORDER**
4        PURSUANT TO THE STIPULATION, IT IS SO ORDERED: the above Stipulation and
5   Proposed Order Modify the Case Schedule is approved and all parties shall comply with its
6   provisions.
7
8
9   Dated: _____7/22/2020_____         *Haywood S. Gill, Jr.*
10                                          U.S. District Court for the
11                                          Northern District of California