UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BAIRD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-01892-HSG<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE A CONSOLIDATED MOTION FOR SUMMARY JUDGMENT ON BEHALF OF INDIVIDUAL AND CORPORATE DEFENDANTS THAT EXTENDS THE PAGE LIMIT FOR A SINGLE MOTION BY FIVE PAGES**<br><br>Re: Dkt. No. 376 |

Upon consideration of the Administrative Motion to File a Consolidated Motion for Summary Judgment On Behalf of Individual and Corporate Defendants That Extends the Page Limit for a Single Motion by Five Pages (Dkt. No. 376), filed by Defendants BlackRock Institutional Trust Company, N.A., Blackrock, Inc., the BlackRock, Inc. Retirement Committee, the Investment Committee of the Retirement Committee, the Administrative Committee of the Retirement Committee, the Management Development & Compensation Committee, Anne Ackerley, Catherine Bolz, Chip Castille, Marc Comerchero, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Milan Lint, Philippe Matsumoto, Katherine Nedl, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, Joel Davies, John Davis, Laraine McKinnon (collectively, "Defendants"), and good cause being shown, the Motion is hereby **GRANTED**.

Defendants may file a consolidated brief in support of a motion for summary judgment on behalf of the individual and corporate defendants of no more than 30 pages. Plaintiffs may also file an opposition to the motion for summary judgment of no more than 30 pages. The page limit

for Defendants' reply in support of its motion for summary judgment will remain 15 pages.

**IT IS SO ORDERED.**

Dated: 9/18/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge