Michelle C. Yau (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
Daniel Sutter (admitted *Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Todd Jackson (Cal. Bar No. 202598)
Nina Wasow (Cal. Bar No. 242047)
FEINBERG, JACKSON, WORTHMAN &
WASOW, LLP
2030 Addison St. ● Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Fax: (510) 269-7994

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>Defendants. | Case No: 4:17-cv-01892-HSG<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5(d) and (e), Plaintiffs Charles Baird and Lauren Slayton ("Plaintiffs") hereby move the Court to issue an administrative order that authorizes them to (1) seal portions of their Motion for Partial Summary Judgment and (2) seal certain exhibits attached to the Declaration of Michelle Yau, filed in support of Plaintiffs' Motion to for Partial Summary Judgment ("Yau Declaration"). These exhibits include documents produced by Defendants, deposition testimony of certain witnesses, and expert reports served by the parties in this case.

Plaintiffs seek to file portions of the Motion for Partial Summary Judgment under seal. Their brief extensively quotes, references, and discusses (i) documents produced to Plaintiffs by BlackRock

and Mercer during discovery and designated "CONFIDENTIAL" under the terms of the protective order entered by the Court on October 18, 2017 (Dkt. No. 76, hereinafter "Protective Order"); (ii) the expert reports of Eileen Kamerick and Russell Wermers, which BlackRock designated as "HIGHLY CONFIDENTIAL;" (iii) the deposition testimony of Jason Strofs and other witnesses, the contents of which BlackRock likewise designated as "CONFIDENTIAL;" and (iv) the expert reports of Dr. Steven Pomerantz and Marcia Wagner, which reference and concern the contents of aforementioned CONFIDENTIAL materials. An unredacted copy of the brief is being lodged concurrently with this Administrative Motion.

Plaintiffs further move the Court to seal Exhibits A-C; E-J; L-O; R-V; X; Z-BB; and DD-FF to the Yau Declaration, in their entirety. Each of the documents attached as exhibits A-C; E-H; L-O; R-V; Z-BB; and DD-FF was produced to Plaintiffs in discovery by BlackRock or Mercer, and each is designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the terms of the Protective Order. Exhibits I, J, and X are expert reports produced by Plaintiffs; these expert reports extensively cite, and wholly concern, the materials BlackRock designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the terms of the Protective Order. Unredacted copies of each Exhibit are being lodged concurrently with this Motion.

Plaintiffs also move the Court to seal the excerpted deposition testimony of the following witnesses: Chip Castille, Kathleen Nedl, Jason Strofs, Joseph Feliciani, Steve Case, and Eileen Kamerick, included as Exhibits D, K, P, Q, CC, and GG the Yau Declaration. Counsel for BlackRock or Mercer has designated certain deposition testimony from these witnesses as "CONFIDENTIAL" under the terms of the Protective Order. An unredacted copy of each excerpted deposition transcript is being lodged concurrently with this Motion.

Finally, Plaintiffs move the Court to seal portions of the Expert Report of Dr. Steve Pomerantz PhD. This expert report discussed materials BlackRock designated as "CONFIDENTIAL" under the

terms of the Protective Order, and further discusses materials produced by Finadium, a non-party, that have been designed as "CONFIDENTIAL" under the terms of the Protective Order.

The basis for Plaintiffs' Administrative Motion is set forth in the Declaration of Daniel R. Sutter, submitted herewith. A proposed order granting Plaintiffs' Administrative Motion and authorizing the sealing of the documents is also submitted herewith.

Respectfully submitted,

Dated:  September 24, 2020

COHEN MILSTEIN SELLERS & TOLL, PLLC

By:   /s/ *Daniel R. Sutter*

Daniel R. Sutter (admitted *Pro Hac Vice*)

Michelle C. Yau (admitted *Pro Hac Vice*)
Daniel R. Sutter (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
mbortscheller@cohenmilstein.com

**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
Nina Wasow (Cal. Bar No. 242047)
Todd Jackson (Cal. Bar No. 202598)
2030 Addison St.
Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
nina@feinbergjackson.com
todd@feinbergjackson.com

***Attorneys for Plaintiffs***