# Exhibit A

[Document Redacted in Entirety]

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit B

[Document Redacted in Entirety]

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit C

[Document Redacted in Entirety]

# Exhibit D

Page 1

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN FRANCISCO DIVISION
4    Index No. 17-cv-1892-HSG
5    - - - - - - - - - - - - - - - x
6    CHARLES BAIRD, et al.,
7                        Plaintiffs,
8            -against-
9    BLACKROCK INSTITUTIONAL TRUST
     COMPANY, N.A., et al.,
10
                        Defendants.
11
     - - - - - - - - - - - - - - - x
12
                            88 Pine Street
13                          New York, New York
14                          May 25, 2018
                            9:30 a.m.
15
16       VIDEOTAPED EXAMINATION BEFORE TRIAL of

     CHIP CASTILLE, on behalf of the Defendants
17
     in the above-entitled action, held at the
18
     above time and place, taken before Jessica
19
     R. Taft, a Notary Public of the State of New
20
     York, pursuant to Order and stipulations
21
     between Counsel.
22
                    *      *      *
23
                Veritext Legal Solutions
24                Mid-Atlantic Region
              1250 Eye Street NW - Suite 350
25               Washington, D.C.  20005

Page 18

1        C. Castille
2  responsible for developing any investment
3  products?
4      A   No.
5      Q   Have you been involved with
6  developing any investment products during
7  your time at BlackRock?
8      A   Yes.
9      Q   And during what time frame?
10     A   Well, from 1993 to 1995, I was in
11 part, you know, part of a team that was
12 responsible for developing our Life Path,
13 our target date fund.
14         From 1998 to 1999, I was part of
15 a team that was responsible for developing
16 and maintaining our product called Global
17 Ascent, which was a global macro hedge fund.
18         From 2007 to two thousand --
19 well, until -- 2007 until 2016, I was
20 responsible for product oversight and
21 management for Life Path, a target date fund
22 as a model, not as a portfolio management
23 function.  So the portfolio management
24 function itself was different.  And
25 that's -- everything else was kind of

Page 19

1        C. Castille
2  variations on Life Path.
3      Q   All right.  So your current role,
4  you manage this iRetire website, or you
5  developed and maintain the iRetire website,
6  is that correct?
7      A   Correct.
8      Q   And then, what else do you do?
9      A   We, or I am involved in, for lack
10 of a better word, evangelizing that approach
11 and working with our business development,
12 working with business development colleagues
13 to introduce the technology to potential
14 partner firms.
15     Q   Are you still -- strike that.
16         When I say the DC business, does
17 that -- do you understand what I'm talking
18 about, DC business at BlackRock?
19     A   It might be helpful to clarify.
20     Q   Okay.  The group, there is a
21 group within BlackRock that's responsible
22 for developing products, investment products
23 for defined contribution plans, right?
24     A   I, I don't know that I would use
25 that characterization.  So -- yeah.

Page 20

1        C. Castille
2      Q   Okay.  How would you characterize it?
3      A   There is a group within BlackRock
4  that looks after the US defined contribution
5  business.
6      Q   What do you mean by "looks after"?
7      A   They are looking at the marketing
8  and business development activities,
9  relationship management activities and the
10 administrative activities associated with that.
11     Q   And that group is -- is it fair
12 to characterize it as the DC group?
13     A   We can use that term.
14     Q   Great.
15         Are you part of the DC group?
16     A   No.
17     Q   Have you been part of the DC
18 group in the past?
19     A   Yes.
20     Q   Until when were you a part of the
21 DC group?
22     A   Fall of 2014.
23     Q   Fall of 2014.
24         And what was your role prior to
25 fall of 2014 in the DC group?

Page 21

1        C. Castille
2      A   From -- prior to the fall of
3  2014, I ran that group.
4      Q   And then, in the fall of 2014,
5  you transitioned into this role with --
6      A   Current role.
7      Q   -- iRetire?
8      A   Yes.
9      Q   How long were you in the previous
10 role of running the DC group?
11     A   My recollection is from April of
12 2010 until fall of 2014.
13     Q   I want to go back to what you
14 said when I asked what you meant by looks
15 after the US DC business.
16         You said marketing and business
17 development and administrative activities.
18 Right?
19     A   Yes.
20     Q   So, can you explain what you mean
21 by marketing and business development was
22 involved with that?
23     A   I think I may have also said
24 relationship management as well.
25     Q   Uh-huh.

6 (Pages 18 - 21)



Page 114

1          C. Castille
2

Page 116

1          C. Castille
2    that.  So I, I will, I will -- so in
3    that context, I don't feel
4    comfortable -- I mean, I don't feel
5    like I have the knowledge to answer
6    the question.
7  BY MS. WASOW:
8      Q   Did you ever get any training on
9  what constitutes a prohibited transaction as
10 part of your membership on the Investment
11 Committee?
12     A   I received training.  I don't
13 have any recollection of that specific
14 material.
15     Q   Did you have, get any training on
16 prohibited transaction exemptions as part of
17 your membership on the Investment Committee?
18     A   I don't recall any training on
19 that topic specifically.
20     Q   Do you recall the plan or the
21 Investment Committee ever relying on any
22 prohibited transaction exemptions?
23     A   I don't recall any -- I don't
24 recall that.
25     Q   Do you know whether the plan

Page 117

1          C. Castille
2  engaged in any prohibited transactions
3  during your tenure on the Investment
4  Committee?
5          MS. VerGOW:  Objection, form.
6          THE WITNESS:  I don't know ever
7      having any recollection of any plan
8      engaging any prohibited transactions.
9  BY MS. WASOW:
10     Q   Do you know what diversification
11 is in the context of BlackRock plans?
12     A   I know what diversification is
13 from an investment standpoint.  If you,
14 if -- and I would have a layperson -- it
15 sounds like you're using kind of a legal
16 term of art, and I wouldn't feel qualified
17 to speak to it.
18     Q   Did you understand it was one of
19 your duties as an Investment Committee
20 member to ensure that the plan had a
21 diversified menu?
22     A   That was, that was my
23 understanding as a layperson, yes.
24     Q   Can you state in your words what
25 the duty to diversify entailed?

30 (Pages 114 - 117)

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit E

[Document Redacted in Entirety]

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit F

[Document Redacted in Entirety]

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit G

[Document Redacted in Entirety]

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit H

[Document Redacted in Entirety]

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit I

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

[Document Redacted in Entirety]

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit J

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

[Document Redacted in Entirety]

# Exhibit K

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Page 1

```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   SAN FRANCISCO DIVISION
 3   Case No. 4:17-cv-01892-HSG
     - - - - - - - - - - - - - - - - - - - -x
 4   CHARLES BAIRD and LAURA SLAYTON, as
     individuals, and on behalf of all others
 5   similarly situated, and on behalf of the
     BlackRock Retirement Savings Plan,
 6
                              Plaintiffs,
 7             -against-
 8   BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.;
     BLACKROCK, INC.; THE BLACKROCK, INC.
 9   RETIREMENT COMMITTEE; THE INVESTMENT COMMITTEE
     OF THE RETIREMENT COMMITTEE; CATHERINE BOLZ;
10   CHIP CASTILLE; PAIGE DICKOW; DANIEL A. DUNAY;
     JEFFREY A. SMITH; ANNE ACKERLEY; AMY ENGEL;
11   NANCY EVERETT; JOSEPH FELICIANI JR.; ANN MARIE
     PETACH; MICHAEL FREDERICKS; CORIN FROST;
12   DANIEL GAMBA; KEVIN HOLT; CHRIS JONES;
     PHILIPPE MATSUMOTO; JOHN PERLOWSKI; ANDY
13   PHILLIPS; KURT SCHANSINGER; and TOM SKROBE,
14                            Defendants.
     - - - - - - - - - - - - - - - - - - - -x
15
                         June 7, 2018
16                       8:52 a.m.
17             Videotaped Deposition of KATHLEEN NEDL,
18   taken by attorneys for Plaintiff, pursuant to
19   notice, held at the offices of Cohen Milstein
20   Sellers & Toll PLLC, 88 Pine Street, New York, New
21   York, before Brittany Saline, a Professional
22   Shorthand Reporter and Notary Public.
23
                     Veritext Legal Solutions
24                     Mid-Atlantic Region
                  1250 Eye Street NW - Suite 350
25                    Washington, D.C.  20005
```

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED



Page 202

Page 204

Page 203

Page 205

1    A   I am not as familiar with Jason's role at
2  the firm, but I do know that Jason is associated
3  with the securities lending program.
4    Q   Who is Karen Kiser?
5    A   I don't recognize the name of Karen Kiser.
6        MS. VERGOW:  Mary, when you're done with
7  this line of questioning, can we take a
8  bathroom break?
9        MS. BORTSCHELLER:  I mean, this is going
10   to go on a while, but I think I will get to a
11   point where we can take a break.
12   Q   Is the investment committee bound by the
13 investment management agreement dated November 23rd,
14 2010?
15   A   Yes.
16   Q   Is the retirement committee bound by the
17 investment management agreement dated November 23rd,
18 2010?
19   A   Yes.
20   Q   Section 1 states that the named fiduciary,
21 who is identified as the retirement committee,
22 appoints BTC as the investment manager.
23       Do you see that?
24   A   I do.
25   Q   Is it correct that the retirement

52 (Pages 202 - 205)

Page 206



Page 208

1 THE VIDEOGRAPHER: The time is 2:48 p m.
2 We are back on the record. This is video four.
3 BY MS. BORTSCHELLER:
4 Q Okay. We're back on the record and back
5 under oath, Mrs. Nedl. During our break, did you
6 have the opportunity to discuss your deposition with
7 your counsel?
8 A I did.
9 Q And did you discuss with your counsel your
10 deposition?
11 A I did.
12 MS. VERGOW: Objection as to form.
13 Q Let's keep talking about the IMA. Let's
14 look at section 2B, please. It's on page 2 of the
15 document, Baird 348. This is the -- it's paragraph
16 2B and does it state that the manager BTC, quote,
17 "is authorized on behalf of the plan to perform any
18 act necessary or proper to enable the manager to
19 hold and vest and manage the account," end quote.
20 Did I read that correctly?
21 A Yes.
22 Q Okay. And then it enumerates a number of
23 acts that the manager is authorized to do on behalf
24 of the plan; is that right?
25 A That is correct.

Page 207

1 Q Okay. And I'm doubling back a little bit,
2 but, again, we talked about section 2, paragraph
3 two, it states that "BTC has granted full
4 discretionary authority to invest the account" --
5 "the account." End quote.
6 Does this accurately describe BTC's
7 authority?
8 A Yes, BTC had full authority over those
9 investment funds.
10 Q Besides BTC, did any other entity have the
11 authority to control or otherwise direct the
12 management in the investment of the BlackRock
13 proprietary collective trust funds offered in the
14 plan?
15 MS. VERGOW: Objection as to form.
16 A It is my understanding that BTC was the
17 only one directing the investments of the specific
18 collective trust funds, incorporated by reference
19 via the GLFA that are in the BlackRock plan.
20 Q Okay. Let's take a break.
21 MS. VERGOW: Thank you.
22 THE VIDEOGRAPHER: The time is 2:34 p m.
23 This is the end of video three. We are off the
24 record.
25 (Recess taken.)

Page 209

1 Q Okay. And then in number two it
2 authorizes the manager of BTC to, quote, "lend,
3 including through a collective investment fund, any
4 securities to brokers, dealers or other borrowers
5 and to permit the loan securities to be transferred
6 into the name and custody of and be voted by the
7 borrower or others and to invest any collateral
8 provided by any borrower in any security or other
9 asset," end quote.
10 Did I read that correctly?
11 A Yes.
12 Q What did you understand this provision of
13 the IMA to mean?
14 A That BTC is authorized to lend.
15 Q Okay. Is it also BlackRock's
16 understanding of this provision?
17 A Yes.
18 Q Does BTC receive compensation for the
19 service lending?
20 A Yes, BTC is receiving compensation for the
21 lending services.
22 Q Do you know what -- pardon me. Sorry for
23 interrupting you.
24 You said BTC receives compensation for
25 lending services?

53 (Pages 206 - 209)

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit L

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

[Document Redacted in Entirety]

# Exhibit M

[Document Redacted in Entirety]

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# Exhibit N

[Document Redacted in Entirety]

# Exhibit O

[Document Redacted in Entirety]