Michelle C. Yau (admitted *Pro Hac Vice*)
Mary J. Bortscheller (admitted *Pro Hac Vice*)
Daniel Sutter (admitted *Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Todd Jackson (Cal. Bar No. 202598)
Nina Wasow (Cal. Bar No. 242047)
FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
2030 Addison St. ● Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Fax: (510) 269-7994

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Charles Baird and Lauren Slayton, as individuals, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>Defendants. | Case No: 4:17-cv-01892-HSG<br><br>**STIPULATION AND ORDER TO MODIFY TIME TO RESPOND TO ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

Pursuant to N.D. Cal. Civil Local Rule 6-2, parties in the above captioned matter by and through their respective counsel, stipulate and agree to the following:

1. WHEREAS, on September 24, 2020, the parties filed, among other documents, administrative motions to file under seal motions for summary judgment and supporting exhibits. *E.g.*, ECF Nos. 378 and 384.

2. WHEREAS, the documents the parties seek to file under seal contain information designated as confidential and subject to a protective order. *Id.*

3. WHEREAS, N.D. Cal. Civil Local Rule 79-5(e)(1) provides that, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a

declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

4.     WHEREAS, on September 28, 2020 Plaintiffs requested, and Defendants agreed to, a seven day extension of time by which such Designating Parties may file declarations supporting the sealing of documents. Plaintiffs sought an extension time at the request of Finadium, a non-party to this litigation whose confidential information was included in Plaintiffs' exhibits filed under seal.

5.     WHEREAS, the Parties have not previously requested an extension of time with respect to the time to respond to the instant administrative motions to file under seal.

6.     WHEREAS, the requested modification would have no effect on the case schedule.

7.     WHEREAS, the previous time modifications in the case are as follows:

   a.  The parties have previously stipulated to modifications to the case schedule on August 3, 2017, ECF No. 62; February 20, 2018, ECF No. 103, June 18, 2018, ECF No. 122; and January 1, 2019, ECF No. 236; February 5, 2019, ECF No. 250; and June 16, 2020, ECF No. 375.

   b.  In addition to these stipulated scheduling orders, there have been eight other time adjustments in this matter. Six related to the motions to dismiss the original and first amended complaint. ECF Nos. 28, 38, 48, 55, 82, 88. Two related to the briefing schedule on the plaintiffs' Motion for Leave to File Second Amended Complaint. ECF Nos. 139, 146.

8.     A declaration from Daniel R. Sutter, setting forth the reasons for the parties' request, is attached hereto as Exhibit A.

Respectfully submitted,

Dated:  September 28, 2020

**COHEN MILSTEIN SELLERS & TOLL, Pl**     **O'MELVENY & MYERS LLP**

 /s/ *Michelle C. Yau*                                        /s/*Meaghan VerGow*
Michelle C. Yau (admitted *Pro Hac Vice*)     Meaghan VerGow (admitted *Pro Hac Vice*

| | |
|---|---|
| Michelle C. Yau (admitted *Pro Hac Vice*)<br>Mary J. Bortscheller (admitted *Pro Hac Vice*)<br>Daniel R. Sutter (admitted *Pro Hac Vice*)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C.  20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>myau@cohenmilstein.com<br>mbortsceheller@cohenmilstein.com<br>dsutter@cohenmilstein.com | Meaghan VerGow (admitted *Pro Hac Vice*)<br>Brian Boyle (Cal. Bar No. 126576)<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 383-5504<br>Fax: (202) 383-5414<br>mvergow@omm.com<br>bboyle@omm.com |
| **FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**<br>Nina Wasow (Cal. Bar No. 242047)<br>Todd Jackson (Cal. Bar No. 202598)<br>383 4th Street<br>Suite 201<br>Oakland, CA 94607<br>Tel: (510) 269-7998<br>Fax: (510) 269-7994<br>nina@feinbergjackson.com<br>todd@feinbergjackson.com | Randall W. Edwards (Cal. Bar No. 179053)<br>Adam M. Kaplan (Cal. Bar No. 298077)<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Tel: (415) 984-8700<br>Fax: (415) 984-8701<br>redwards@omm.com<br>akaplan@omm.com<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

## ORDER

PURSUANT TO THE STIPUATION, IT IS SO ORDERED:

The deadline by which Designating Parties may file declarations supporting the parties' administrative motions to file under seal shall be October 5, 2020.

Dated: 9/29/2020

*[signature]*
**Judge Haywood S. Gilliam, Jr.**
U.S. District Court for the
Northern District of California