**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Charles Baird and Lauren Slayton, individually, and on behalf of all others similarly situated, and on behalf of the BlackRock Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BlackRock Institutional Trust Company, N.A., *et al.*,<br><br>Defendants. | Case No. 17-cv-01892-HSG<br><br>**ORDER GRANTING JOINT REQUEST FOR TELEPHONIC STATUS CONFERENCE** |

**ORDER**

PURSUANT TO THE JOINT REQUEST OF THE PARTIES, IT IS SO ORDERED: A telephone Status Conference is set for the **January 5, 2021** at **2:00 p.m**. All counsel shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

For call clarity, parties shall **NOT** use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.  The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.

Dated: 12/28/2020

*Haywood S. Gilliam, Jr.*

U.S. District Judge Haywood S. Gilliam, Jr.
U.S. District Court for the
Northern District of California

Case No. 17-cv-01892-HSG                    Order