**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| Charles Baird, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BlackRock Institutional Trust Company, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 4:17-cv-01892-HSG<br><br>**STIPULATED FINAL JUDGMENT** |

**STIPULATED FINAL JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.  The Court has jurisdiction over the subject matter of this Action, brought pursuant to ERISA §§ 502(a)(2) & 502(a)(3), 29 U.S.C. §§ 1132(a)(2) and 1132(a)(3), and over all Parties to this Action, including all members of the BlackRock Plan Class.[1]

2.  The Court hereby adopts and incorporates as if fully set forth herein the Order Granting Motion for Final Settlement Approval and Granting in Part and Denying in Part Motion for Attorneys' Fees, Costs, and Incentive Awards, Dkt. No. 490 ("November 3 Order").

3.  The Court hereby approves the Settlement embodied in the Settlement Agreement which includes the payment of nine million six-hundred fifty-thousand dollars ($9,650,000) by Defendants, as constituting a fair, reasonable and adequate settlement and compromise in this Action in accordance with all applicable laws, including Federal Rule of Civil Procedure 23, and orders that the Settlement Agreement shall be effective, binding, and enforced according to its terms and conditions, upon the following certified Class: All participants (and their beneficiaries) in the BlackRock Retirement Savings Plan during the Class Period of April 5, 2011 through July 12, 2021.

4.  The Court determines that Defendants have fully complied with all requirements

---

[1] For purposes of this Final Judgment, capitalized terms used herein have the Definitions used in the Settlement Agreement Dated March 9, 2021, which is incorporated herein by reference.

of the Class Action Fairness Act, 28 U.S.C. §§ 1332, 1453, and 1711–1715.

5. The Court hereby dismisses with prejudice the Action and all Released Claims asserted therein whether asserted by Class Representatives on their own behalf or on the behalf of the Class Members, or derivatively to secure relief for the Plan, without costs to any Party other than as provided for in the Settlement Agreement.

6. The Plan and each Class Member (and their respective heirs, beneficiaries, executors, administrators, estates, past and present partners, officers, directors, agents, attorneys, predecessors, successors, and assigns) shall be conclusively deemed to have, and by operation of the Final Judgment shall have, fully, finally, and forever settled, released, relinquished, waived, and discharged the Released Parties and the Plan from all Released Claims.

7. The Court expressly retains jurisdiction over all Parties, the Action, and this Settlement Agreement to resolve any dispute that may arise regarding this Settlement Agreement or the Orders referenced herein, and no Party shall oppose the reopening and reinstatement of the Action on the Court's active docket for the purposes of effecting this paragraph. Any motion to enforce this Settlement Agreement may be filed in the U.S. District Court for the Northern District of California or asserted by way of an affirmative defense or counterclaim in response to any action asserting a violation of the Settlement Agreement.

8. Class Counsel are hereby awarded $2,798,500 in Attorneys' Fees, to be paid in accordance with the Settlement Agreement, and reimbursement of $641,557.58 for expenses.

9. Each Class Representative is hereby awarded a Service Award of $10,000. In addition, each Class Representative is also eligible for a share of the payment from the Settlement Fund as a member of the Class.

10. Upon entry of this Final Judgment, all Parties including the BlackRock Plan Class shall be bound by the Settlement Agreement and by the November 3 Order and Final Judgment.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| Dated: November 5, 2021 | | O'MELVENY & MYERS LLP |

By:   /s/ Brian Boyle
        Brian Boyle

Attorneys for Defendants BlackRock Institutional Trust Company, N.A., Blackrock, Inc., the BlackRock, Inc. Retirement Committee, the Investment Committee of the Retirement Committee, the Administrative Committee of the Retirement Committee, the Management Development & Compensation Committee of the BlackRock, Inc. Board of Directors, Anne Ackerley, Catherine Bolz, Chip Castille, Marc Comerchero, Paige Dickow, Daniel A. Dunay, Any Engel, Nancy Everett, Joseph Feliciani, Jr., Michael Fredericks, Corin Frost, Daniel Gamba, Kevin Holt, Chris Jones, Milan Lint, Philippe Matsumoto, Katherine Nedl, John Perlowski, Ann Marie Petach, Andy Phillips, Kurt Schansinger, Tom Skrobe, Jeffrey A. Smith, Joel Davies, John Davis, and Laraine McKinnon

Dated: November 5, 2021                COHEN MILSTEIN SELLERS & TOLL PLLC

FEINBERG, JACKSON, WORTHMAN & WASOW, LLP

By:   /s/ Mary Bortscheller
        Mary J. Bortscheller

Attorneys for Plaintiffs Charles Baird and Lauren Slayton and the Class

**IT IS SO ORDERED, PURSUANT TO STIPULATION.**

Dated: 11/8/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

3