UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

Charles Baird, *et al.*,

       Plaintiffs,

  v.

BlackRock Institutional Trust Company, N.A., *et al.*,

       Defendants.

Case No. 4:17-cv-01892-HSG

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the filed Motion to Withdraw as Attorney for Plaintiffs by Karen L. Handorf, it is hereby:

**ORDERED** that the Motion to Withdraw as Attorney is **GRANTED**. Attorney Karen L. Handorf of Cohen Milstein Sellers & Toll, PLLC, is hereby withdrawn as counsel of record in this matter.

**DATED** this 8th day of November 2021.

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge